1 | Name       Thomas E. Dietrich
2 | Bar #      031299
  | Firm       Mangum, Wall, Stoops & Warden, PLLC
3 | Address    100 N. Elden St.
4 |            Flagstaff, AZ 86001
5 |
  | Telephone  928.779.6951
6 |
7 |                    IN THE UNITED STATES DISTRICT COURT
8 |                        FOR THE DISTRICT OF ARIZONA
9 |
10 |
   | Jason Scott Collection, Inc.        )
11 |                                      )
   |              Plaintiff,              )
12 |                                      )
   |                                      )   Case No.
   |     vs.                              )
13 |                                      )
   | Trendily Furniture, LLC; Trendily    )   **Corporate Disclosure Statement**
14 | Home Collection, LLC; et al.         )
   |              Defendant.              )
15 |                                      )
   |                                      )
16 |  ─────────────────────────────────── )

17

18      This Corporate Disclosure Statement is filed on behalf of  Jason Scott Collection, Inc.
    in compliance with the provisions of: *(check one)*
19
           [✓]   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20               action in a district court must file a statement that identifies any parent corporation
21               and any publicly held corporation that owns 10% or more of its stock or states that
                 there is no such corporation.
22
           [ ]   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23               party to a proceeding in a district court must file a statement that identifies any
24               parent corporation and any publicly held corporation that owns 10% or more of its
                 stock or states that there is no such corporation.
25
           [ ]   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26               alleged criminal activity is a corporation the government must file a statement
27               identifying the victim and the statement must also disclose the information required
                 by Rule 12.4(a)(1).
28

**The filing party hereby declares as follows:**

[✓] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

[ ] Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.* *(Attach additional pages if needed.)*

_____ Relationship _____

[ ] Other(please explain)

_____

_____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated this  8th  day of  August , 2017 .

Thomas E. Dietrich
_____
Counsel of Record

Certificate of Service:

Trendily Furniture, LLC
Trendily Home Collection, LLC
Rahul Malhotra
2991 Congresman Ln.
Dallas, TX 75220