

# AFFIDAVIT OF SERVICE

**Case Number: 2:17-cv-02712-JJT**, *Jason Scott Collection, Inc. v. Trendily Furniture, LLC, et al.* **(U.S. District Court for the District of Arizona)**

BEFORE ME the undersigned authority, on this day personally appeared, David Zelazny, who after being duly sworn, did upon hearing the oath, deposes and states the following:

My name is David Zelazny, I am over 18 years of age. I am authorized to deliver Subpoenas, Citations and other notices within the State of Texas. I am not associated with the parties here to nor interested in the outcome of this matter. I am fully competent to testify to the matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit. I declare under penalty of perjury that the foregoing is true and correct.

**On the 15th day of August, 2017 at 10:00 AM I received the following documents:**

1. **Summons**
2. **Complaint and Complaint Exhibits 1-10**
3. **Plaintiff's Motion for Preliminary Injunction and Motion Exhibits 1-7**
4. **Proposed Order on Motion for Preliminary Injunction**
5. **August 11, 2017, Notice to Parties – Mandatory Initial Discover Pilot Project**
6. **August 15, 2017, Order Scheduling Hearing on Motion for Preliminary Injunction**

I was contracted to deliver these documents to <u>Rahul Malhotra</u> at 2991 Congressman Lane, Dallas, TX 75220 or wherever he may be found.

**On August, 16 2017 at 1:00 PM I delivered these documents to Rahul Malhotra at 2991 Congressman Lane, Dallas, TX 75220.**

Date: 8/17/17

*[signature]*

**David Zelazny**
**SCH12345**
**Ex. 10/31/19**

STATE OF TEXAS
TARRANT COUNTY
SUBSCIBED TO AND SWORN to before this 17th day of August 2017

*[signature: Maria A Pulido]*

Notary in and for the State of Texas

MARIA A. PULIDO
Notary Public, State of Texas
Comm. Expires 11-23-2019
Notary ID 130448746



# AFFIDAVIT OF SERVICE

Case Number: 2:17-cv-02712-JJT, *Jason Scott Collection, Inc. v. Trendily Furniture, LLC, et al.* (U.S. District Court for the District of Arizona)

BEFORE ME the undersigned authority, on this day personally appeared, David Zelazny, who after being duly sworn, did upon hearing the oath, deposes and states the following:

My name is David Zelazny, I am over 18 years of age. I am authorized to deliver Subpoenas, Citations and other notices within the State of Texas. I am not associated with the parties here to nor interested in the outcome of this matter. I am fully competent to testify to the matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit. I declare under penalty of perjury that the foregoing is true and correct.

**On the 15th day of August, 2017 at 10:00 AM I received the following documents:**

1. **Summons**
2. **Complaint and Complaint Exhibits 1-10**
3. **Plaintiff's Motion for Preliminary Injunction and Motion Exhibits 1-7**
4. **Proposed Order on Motion for Preliminary Injunction**
5. **August 11, 2017, Notice to Parties – Mandatory Initial Discover Pilot Project**
6. **August 15, 2017, Order Scheduling Hearing on Motion for Preliminary Injunction**

**I was contracted to deliver these documents to <u>Trendily Furniture, LLC</u> c/o Rahul Malhotra at 2991 Congressman Lane, Dallas, TX 75220 or wherever he may be found.**

**On August, 16 2017 at 1:00 PM I delivered these documents to Trendily Furniture, LLC c/o Rahul Malhotra at 2991 Congressman Lane, Dallas, TX 75220.**

Date: 8/17/17

*/s/ David Zelazny/*

**David Zelazny**
**SCH12345**
**Ex. 10/31/19**

STATE OF TEXAS
TARRANT COUNTY
SUBSCIBED TO AND SWORN to before this 17th day of August 2017

*/s/ Maria A. Pulido/*

Notary in and for the State of Texas

MARIA A. PULIDO
Notary Public, State of Texas
Comm. Expires 11-23-2019
Notary ID 130448746



# AFFIDAVIT OF SERVICE

**Case Number: 2:17-cv-02712-JJT,** *Jason Scott Collection, Inc. v. Trendily Furniture, LLC, et al.* **(U.S. District Court for the District of Arizona)**

BEFORE ME the undersigned authority, on this day personally appeared, David Zelazny, who after being duly sworn, did upon hearing the oath, deposes and states the following:

My name is David Zelazny, I am over 18 years of age. I am authorized to deliver Subpoenas, Citations and other notices within the State of Texas. I am not associated with the parties here to nor interested in the outcome of this matter. I am fully competent to testify to the matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit. I declare under penalty of perjury that the foregoing is true and correct.

**On the 15th day of August, 2017 at 10:00 AM I received the following documents:**

1. **Summons**
2. **Complaint and Complaint Exhibits 1-10**
3. **Plaintiff's Motion for Preliminary Injunction and Motion Exhibits 1-7**
4. **Proposed Order on Motion for Preliminary Injunction**
5. **August 11, 2017, Notice to Parties – Mandatory Initial Discover Pilot Project**
6. **August 15, 2017, Order Scheduling Hearing on Motion for Preliminary Injunction**

**I was contracted to deliver these documents to <u>Trendily Home Collection, LLC</u> c/o Rahul Malhotra at 2991 Congressman Lane, Dallas, TX 75220 or wherever he may be found.**

**On August, 16 2017 at 1:00 PM I delivered these documents to Trendily Home Collection, LLC c/o Rahul Malhotra at 2991 Congressman Lane, Dallas, TX 75220.**

Date: 8/17/17

*/s/ David Zelazny*

**David Zelazny**
**SCH12345**
**Ex. 10/31/19**

STATE OF TEXAS
TARRANT COUNTY
SUBSCIBED TO AND SWORN to before this 17th day of August 2017

*/s/ Maria A Pulido*

Notary in and for the State of Texas

MARIA A. PULIDO
Notary Public, State of Texas
Comm. Expires 11-23-2019
Notary ID 130448746