1 | Name _____
2 | Bar # _____
3 | Firm _____
  | Address _____
4 | _____
5 | _____
  | Telephone _____
6 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|                    |   |                              |
|--------------------|---|------------------------------|
|                    | ) |                              |
|                    | ) |                              |
|                    | ) |                              |
| Plaintiff,         | ) |                              |
|                    | ) | **Case No.**                 |
| vs.                | ) |                              |
|                    | ) | **Corporate Disclosure Statement** |
|                    | ) |                              |
| Defendant.         | ) |                              |
|                    | ) |                              |
|                    | ) |                              |

    This Corporate Disclosure Statement is filed on behalf of _____ in compliance with the provisions of: *(check one)*

    ____ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

1  **The filing party hereby declares as follows:**
2  ____ No such corporation.
3  ____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*
4  _____Relationship_____
5  ____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*
6  
7  _____Relationship_____
8  _____ Other(please explain)
9  _____
   _____
10 
11 **A supplemental disclosure statement will be filed upon any change in the information provided herein.**
12 
13 Dated this _____ day of _____, _____.
14 
15 
16                    _____
                            Counsel of Record
17 
18 
19 Certificate of Service:
20 
21 
22 
23 
24 
25 
26 
27 
28 

- 2 -