NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Scott Collection Incorporated,<br><br>     Plaintiff,<br><br>v.<br><br>Trendily Furniture LLC, *et al.*,<br><br>     Defendants. | No. CV-17-02712-PHX-JJT<br><br>**ORDER** |

At issue is Defendants' Emergency Motion to Rescind or Abate the Order for a Hearing on Plaintiff's Motion for Preliminary Injunction Pending a Ruling on Defendants' Motion to Dismiss (Doc. 15), to which Plaintiff filed a Response (Doc. 16). Defendants contend that the Court lacks personal jurisdiction over them and have filed a Motion to Dismiss (Doc. 12) on that ground. Defendants thus ask that the Court cancel or postpone the September 15, 2017 scheduled hearing (Doc. 10) on Plaintiff's Motion for Preliminary Injunction until after the Court rules on Defendants' Motion to Dismiss. Plaintiff does not oppose a continuance of up to two weeks but argues that the case law supports a conclusion that the Court has personal jurisdiction over Defendants and that the Preliminary Injunction hearing should proceed as soon as possible.

Upon review, the Court will grant Defendants' request for an extension of the Preliminary Injunction hearing date until after the Court rules on the Motion to Dismiss. While the Court would prefer to keep the extension as short as possible, the first available date the Court presently has for the hearing is October 25, 2017. The Court declines

1  Defendants' invitation to cancel the hearing absent a finding that the Court lacks
2  jurisdiction, and the Court will rule on Defendants' Motion to Dismiss once it is fully
3  briefed.

4  **IT IS ORDERED** granting in part Defendants' Emergency Motion to Rescind or
5  Abate the Order for a Hearing on Plaintiff's Motion for Preliminary Injunction Pending a
6  Ruling on Defendants' Motion to Dismiss (Doc. 15).

7  **IT IS FURTHER ORDERED** vacating the hearing on Plaintiff's Motion for
8  Preliminary Injunction (Doc. 9) set for September 15, 2017.

9  **IT IS FURTHER ORDERED** resetting the hearing on Plaintiff's Motion for
10 Preliminary Injunction (Doc. 9) for **October 25, 2017, at 9:00 a.m.** before District Judge
11 John J. Tuchi in Courtroom 505, Sandra Day O'Connor Federal Courthouse, 401 West
12 Washington Street, Phoenix, Arizona 85003.

13 **IT IS FURTHER ORDERED** that the parties shall <u>jointly</u> prepare and file a pre-
14 hearing statement by **October 18, 2017**, setting forth the information requested in the
15 Court's prior Order setting Preliminary Injunction hearing (Doc. 10).

16 Dated this 29th day of August, 2017.

_____
Honorable John J. Tuchi
United States District Judge