NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Scott Collection Incorporated,<br><br>  Plaintiff,<br><br>v.<br><br>Trendily Furniture LLC, *et al.*,<br><br>  Defendants. | No. CV-17-02712-PHX-JJT<br><br>**ORDER** |

At issue is Plaintiff's Administrative Motion for Leave to Allow Non-Electronic Filing of Telephonic Recording Exhibits (Doc. 22). Upon review, and good cause appearing;

IT IS HEREBY ORDERED granting Plaintiff's Administrative Motion (Doc. 22). Plaintiff is permitted to non-electronically file the exhibits of telephonic recordings in support of its motion for preliminary injunction. Plaintiff must comply with all Local Rules and Administrative Policies and Procedures in doing so.

Dated this 12th day of October, 2017.

Honorable John J. Tuchi
United States District Judge