Kenneth H. Brendel (#019003)
Thomas E. Dietrich (#031299)
MANGUM, WALL, STOOPS & WARDEN, PLLC
100 N. Elden St.
Flagstaff, AZ 86001
Tel. 928.779.6951
kbrendel@mwswlaw.com
tdietrich@mwswlaw.com

*Attorneys for Plaintiff Jason Scott Collection, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JASON SCOTT COLLECTION, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRENDILY FURNITURE, LLC, a Texas limited liability company, TRENDILY HOME COLLECTION, LLC, a Texas limited liability company, RAHUL MALHOTRA, an individual, JOHN DOE CORPORATIONS 1-10, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:17-cv-02712-JJT<br><br>**NOTICE OF NON-ELECTRONIC FILING AND INDEX OF EXHIBITS FILED MANUALLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

**Notice**

Pursuant to the Court's October 12, 2017, Order (Dkt. 24) and Paragraph N.2. of the Electronic Case Filing Administrative Policies and Procedures Manual, Plaintiff Jason Scott Collection, Inc. ("Jason Scott") provides notice that it will be submitting a non-electronic filing as requested in its administrative motion (Dkt. 22).

/ / /

/ / /

## Index of Exhibits

The following exhibits are filed in support of Jason Scott's motion for preliminary injunction (Dkt. 9):

1. Full version of audio recording between Trendily sales representatives and Calamity Jane's Trading Company staff (47 minutes, 58 seconds), referenced in the Second Declaration of Bonita Runyon (Dkt. 23, Ex. 1).

2. Excerpt of same audio recording containing all material relating to Defendants' alleged infringing furniture (18 minutes, 2 seconds) (written transcript previously filed, Dkt. 23, Ex. 2).

Copies of these exhibits have been served in hard-copy upon Defendants' counsel.

RESPECTFULLY SUBMITTED this 13th day of October, 2017.

By /s/ Thomas E. Dietrich

Kenneth H. Brendel
Thomas E. Dietrich
Mangum, Wall, Stoops & Warden, PLLC
100 N. Elden St.
Flagstaff, AZ 86001

*Attorneys for Plaintiff Jason Scott Collection, Inc.*

I hereby certify that on October 13, 2017, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sim Israeloff, Esq.
COWLES & THOMPSON, P.C.
901 Main St., Ste. 3900
Dallas, TX 75202
tel. 214.672.2000
sisraeloff@cowlesthompson.com

*Counsel for Defendants*