Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorneys for Defendants*
*Trendily Furniture, LLC,*
*Trendily Home Collection, LLC, and*
*Rahul Malhotra*

# In the United States District Court

# For the District of Arizona

| | |
|---|---|
| Jason Scott Collection, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Trendily Furniture LLC, et al.,<br><br>Defendant | Case No.: CV-17-02712-PHX-JJT<br><br>**EMERGENCY NOTICE AND MOTION TO RESET THE HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION PENDING A RULING ON DEFENDANT'S MOTION TO DISMISS** |

      Defendants Trendily Furniture, LLC, Trendily Home Collection, LLC and Rahul Malhotra respectfully file this Notice and Motion to advise the Court of its Order of August 29, 2017, and its application to the upcoming hearing on Plaintiff's motion for a preliminary injunction and state as follows:

      1.    On August 24, 2017, Defendants filed a Motion to Dismiss for lack of personal jurisdiction, and a motion to rescind or abate the hearing on Plaintiff's

motion for preliminary injunction pending a ruling on the Motion to Dismiss (Doc. 12, 15).

2. On August 29, 2017, the Court granted in part the motion to rescind or abate the hearing. The Court's order provided in part as follows:

> Upon review, <u>the Court will grant Defendants' request for an extension of the Preliminary Injunction hearing date until after the Court rules on the Motion to Dismiss</u>. While the Court would prefer to keep the extension as short as possible, the first available date the Court presently has for the hearing is October 25, 2017. The Court declines Defendants' invitation to cancel the hearing absent a finding that the Court lacks jurisdiction, and the Court will rule on Defendants' Motion to Dismiss once it is fully briefed.

Order (Doc. 18)(Aug. 29, 2017)(emphasis added).

3. Defendant filed its final Reply in support of the Motion to Dismiss on September 18, 2017 (Doc. 21). The Motion to Dismiss is fully briefed.

4. No ruling has been issued on the Motion to Dismiss, but the hearing on Plaintiff's motion for preliminary injunction is now days away. In the absence of a ruling on the Motion to Dismiss, the hearing on Plaintiff's motion will need to be extended in accordance with the Order of August 29.

5. Because of the imminent hearing date for which Defendant's counsel will need to depart on October 24, Defendants respectfully file this Notice and Motion as an emergency motion and request that it be considered as such.

Wherefore, Defendants pray that the Court rule on the Motion to Dismiss or, in the alternative, extend the hearing of October 25, 2017, until after a ruling can be issued, and for such other and further relief to which Defendants may show themselves to be justly entitled.

DATED this 19th day of October, 2017

By: /s/ Sim Israeloff
Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorneys for Defendants
Trendily Furniture, LLC,
Trendily Home Collection, LLC, and
Rahul Malhotra*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

<u>*Plaintiff's Counsel:*</u>
Kenneth H. Brendel, Esq.
Thomas E. Dietrich, Esq.
MANGUM, WALL, STOOPS & WARDEN, PLLC
100 N. Elden St.
Flagstaff, AZ  86001
Phone:  928 779-6951
kbrendel@mwswlaw.com
tdietrich@mwswlaw.com

/s/Sim Israeloff
**SIM ISRAELOFF**