NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Scott Collection Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Trendily Furniture LLC, *et al.*,<br><br>    Defendants. | No. CV-17-02712-PHX-JJT<br><br>**ORDER** |

At issue are Defendants' Motion to Dismiss (Doc. 12) and Emergency Notice and Motion to Reset the Hearing on Plaintiff's Motion for a Preliminary Injunction Pending a Ruling on Defendant[s'] Motion to Dismiss (Doc. 31). Because the Court will deny the Motion to Reset the Hearing, the Court did not await Plaintiff's response to that Motion.

The Court is fully aware of its prior Order (Doc. 18) stating that it will resolve Defendants' Motion to Dismiss prior to next week's hearing on Plaintiff's Motion for Preliminary Injunction, and the Court is in the process of finalizing the Order on Defendants' Motion to Dismiss. To allow Defendants to proceed with their travel plans, the Court now informs the parties that Defendants' Motion to Dismiss is denied, with an Order containing the Court's reasoning to follow.

IT IS ORDERED denying Defendants' Motion to Dismiss (Doc. 12).

IT IS FURTHER ORDERED denying Defendants' Emergency Notice and Motion to Reset the Hearing on Plaintiff's Motion for a Preliminary Injunction Pending a Ruling on Defendant[s'] Motion to Dismiss (Doc. 31).

Dated this 19th day of October, 2017.

_____
Honorable John J. Tuchi
United States District Judge