Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorneys for Defendants*
*Trendily Furniture, LLC,*
*Trendily Home Collection, LLC, and*
*Rahul Malhotra*

# In the United States District Court

# For the District of Arizona

| | |
|---|---|
| Jason Scott Collection Incorporated,<br><br>Plaintiff,<br><br>vs.<br><br>Trendily Furniture LLC, et al.,<br><br>Defendant | Case No.: CV-17-02712-PHX-JJT<br><br>**DEFENDANTS' WITNESS LIST** |

  Defendants Trendily Furniture, LLC, Trendily Home Collection, LLC and Rahul Malhotra, subject to and without waiving their pending Motion to Dismiss, submit the following list of witnesses for the upcoming hearing on Plaintiff's motion for preliminary injunction:

  Rahul Malhotra.  Mr. Malhotra will attend the hearing and testify telephonically for Plaintiff's cross-examination.  Defendant will arrange for him to be contacted by the conference call moderator.

  Defendant intends to cross-examine the following Plaintiff witnesses:

  1. Jason Scott Forsberg.

  2. Bonita Runyon

3. Brian Forsberg

With regard to the telephonic arrangements, Defendant will arrange for the conference call moderator to call into the Chambers number and allow the Judicial Assistant to transfer the call into the courtroom. The moderator will be asked to stay on the line during the hearing. As counsel or the Court desire the next witness, the moderator will be asked to call that witness at the numbers provided by counsel. The moderator will be asked to disconnect each witness as they are excused by the Court.

DATED this 23rd day of October, 2017

By: /s/ Sim Israeloff
Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorneys for Defendants*
*Trendily Furniture, LLC,*
*Trendily Home Collection, LLC, and*
*Rahul Malhotra*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

***Plaintiff's Counsel:***
Kenneth H. Brendel, Esq.
Thomas E. Dietrich, Esq.
MANGUM, WALL, STOOPS & WARDEN, PLLC
100 N. Elden St.
Flagstaff, AZ  86001
Phone:  928 779-6951
kbrendel@mwswlaw.com
tdietrich@mwswlaw.com

          /s/Sim Israeloff
          **SIM ISRAELOFF**