Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorneys for Defendants*
*Trendily Furniture, LLC,*
*Trendily Home Collection, LLC, and*
*Rahul Malhotra*

# In the United States District Court

## For the District of Arizona

| | |
|---|---|
| Jason Scott Collection, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Trendily Furniture LLC, et al.,<br><br>Defendant | Case No.: CV-17-02712-PHX-JJT<br><br>**NOTICE OF NO CHANGE IN COPYRIGHTS AT ISSUE** |

    Defendants Trendily Furniture, LLC, Trendily Home Collection, LLC and Rahul Malhotra file this Notice in response to the Minute Order (Document 42). The Answer (Document 41) does not add any new Copyrights to the subject matter of this action. The Copyrights involved in this action were previously identified and reported on Plaintiff's Copyright, Trademark, or Patent Information form (Document 8).

DATED this 6th day of November, 2017

By: /s/ Sim Israeloff
Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorneys for Defendants*
*Trendily Furniture, LLC,*
*Trendily Home Collection, LLC, and*
*Rahul Malhotra*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

***Plaintiff's Counsel:***
Kenneth H. Brendel, Esq.
Thomas E. Dietrich, Esq.
MANGUM, WALL, STOOPS & WARDEN, PLLC
100 N. Elden St.
Flagstaff, AZ  86001
Phone:  928 779-6951
kbrendel@mwswlaw.com
tdietrich@mwswlaw.com

/s/Sim Israeloff
**SIM ISRAELOFF**