Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorneys for Defendants*
*Trendily Furniture, LLC,*
*Trendily Home Collection, LLC, and*
*Rahul Malhotra*

**In the United States District Court**

**For the District of Arizona**

| | |
|---|---|
| Jason Scott Collection Incorporated, | Case No.: CV-17-02712-PHX-JJT |
| Plaintiff, | |
| vs. | **DEFENDANTS' REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| Trendily Furniture LLC, et al., | |
| Defendant | |

Defendants Trendily Furniture, LLC, Trendily Home Collection, LLC and Rahul Malhotra respectfully request that the Court issue Findings of Fact and Conclusions of Law with respect to its Order granting Plaintiff's request for a preliminary injunction dated October 26, 2017 (Dkt. 39).

DATED this 15th day of November, 2017

By: /s/ Sim Israeloff
Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorneys for Defendants
Trendily Furniture, LLC,
Trendily Home Collection, LLC, and
Rahul Malhotra*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 15, 2017, I electronically transmitted the attached document to:

***Plaintiff's Counsel:***
Kenneth H. Brendel, Esq.
Thomas E. Dietrich, Esq.
MANGUM, WALL, STOOPS & WARDEN, PLLC
100 N. Elden St.
Flagstaff, AZ 86001
Phone: 928 779-6951
tdietrich@mwswlaw.com

                                /s/Sim Israeloff
                                **SIM ISRAELOFF**