Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorneys for Defendants
Trendily Furniture, LLC,
Trendily Home Collection, LLC, and
Rahul Malhotra*

# In the United States District Court

## For the District of Arizona

| | |
|---|---|
| Jason Scott Collection Incorporated, | Case No.: CV-17-02712-PHX-JJT |
| Plaintiff, | |
| vs. | **DEFENDANTS' REPORT ON COMPLIANCE WITH PRELIMINARY INJUNCTION** |
| Trendily Furniture LLC, et al., | |
| Defendant | |

Defendants Trendily Furniture, LLC, Trendily Home Collection, LLC and Rahul Malhotra file the attached verified Report on Compliance With Preliminary Injunction in accordance with the Court's order dated October 26, 2017 (Dkt. 39).

DATED this 15th day of November, 2017

By: /s/ Sim Israeloff
Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorneys for Defendants
Trendily Furniture, LLC,
Trendily Home Collection, LLC, and
Rahul Malhotra*

### CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, I electronically transmitted the attached document to:

***Plaintiff's Counsel:***
Kenneth H. Brendel, Esq.
Thomas E. Dietrich, Esq.
MANGUM, WALL, STOOPS & WARDEN, PLLC
100 N. Elden St.
Flagstaff, AZ  86001
Phone:  928 779-6951
tdietrich@mwswlaw.com

/s/Sim Israeloff
**SIM ISRAELOFF**

# REPORT ON COMPLIANCE WITH PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the following statements are true and correct.

1. My name is Rahul Malhotra. I am the managing member of defendants Trendily Furniture, LLC and Trendily Home Collection, LLC (collectively "Defendants"). I have personal knowledge of the facts stated herein.

2. Defendants are in full compliance with the Order granting Plaintiff's Motion for Preliminary Injunction (Dkt. 39)(Oct. 26, 2017). In particular, as an individual and as the managing member of the corporate defendants, I direct and control the actions of the Defendants. I have complied myself, and have ensured that the corporate defendants are complying with, and not taking any steps prohibited by, the Court's Order.

3. Defendants are not:

    a. Imitating, copying, using, reproducing, displaying, or creating derivative works of the JSC Designs in any manner, medium, or form (including but not limited to the Accused Products), or otherwise infringing Jason Scott's Copyrights in such designs;

    b. Displaying, selling, or offering to sell any piece of furniture that infringes Jason Scott's Trade Dress (including but not limited to the Accused Products), in any manner, medium, or form;

    c. Representing by any means whatsoever, directly or indirectly, or doing any other acts or things calculated or likely to cause confusion, mistake, or deception among members of the public or members of the trade between Defendants and Jason Scott as relates to the source, sponsorship, affiliation, or approval of Defendants' furniture; nor

     d.    Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) - (c) above.

4. Defendants have, at their own expense, recalled and removed from Defendants' stores, galleries, and showrooms, and such locations under Defendants' control or with any affiliation to Defendants, all inventory of Accused Products and all marketing, promotional, and advertising materials containing any images of or references to the Accused Products. Defendants have no stores, galleries or showrooms. Retail customers are independent of and not affiliated with any Defendant, but we have requested that all retail customers remove from the sales floor any remaining unsold pieces of the Accused Products, and we have been told that they have done so and that no Accused Products are still on display.

5. Defendants have edited any websites under their possession, custody, or control to remove all references to, photographs of, and sale listings for the Accused Products.

6. Defendants are preserving without alteration all brochures, catalogues, packaging, labels, headers, tags, cards, drawings, designs, masters, advertisements, promotional material, displays, literature, photographs, and all other matter in their possession, custody, or control incorporating, featuring, or bearing any colorable imitations of the JSC Pieces (including but not limited to the Accused Products), and any materials that could be used to reproduce infringing material substantially similar to Jason Scott's copyrighted designs.

7. Defendants are preserving without alteration all Accused Products, and any other furniture pieces that are substantially similar to any

of the JSC Pieces, in Defendants' inventory or otherwise in Defendants' possession, custody, and control, or en route to the United States from Defendants' overseas supplier(s). All unsold pieces of the Accused Products are in storage. No pieces of Accused Products are en route.

8. Defendants are preserving without alteration all records documenting the manufacture, sale, or receipt of any Accused Products.

9. Defendants are not destroying, erasing, mutilating, concealing, altering, transferring, or otherwise disposing of, in any manner, directly or indirectly, any documents, electronically stored information, or other records that relate to the Accused Products and Defendants' business and operations related thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2017.

_____
Rahul Malhotra