NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Scott Collection Incorporated, | No. CV-17-02712-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Trendily Furniture LLC, *et al.*, | |
| Defendants. | |

At issue is Defendants' Request for Findings of Fact and Conclusions of Law (Doc. 45). As the Court stated both at the hearing (Doc. 36) and in the Order issuing the Preliminary Injunction (Doc. 39), the Court made a detailed record of its findings of fact and conclusions of law, as required by Federal Rule of Civil Procedure 65(d), at the end of the October 25, 2017 hearing. Defendants do not provide the Court with any authority stating that oral findings of fact and conclusions of law are not permitted, nor is the Court aware of any. *But see, e.g.*, *In re McCarthy*, 230 B.R. 414, 416-17 (Bankr. 9th Cir. 1999) (noting lower court's oral findings of fact and conclusions of law in bankruptcy case); *F.J. Hanshaw Enters., Inc. v. Emerald River Dev., Inc.*, 152 F. 3d 925, 1998 WL 416505, at *1 (9th Cir. 1998) (unpublished) (noting lower court's oral findings of fact and conclusions of law in partnership dissolution proceeding). Defendants—who were present at the October 25, 2017 hearing—may refer to the transcript of the hearing for a reminder of "the reasons why [the injunction] issued," in the words of Rule 65(d), or the Court's findings of fact and conclusions of law, as framed by Defendants.

IT IS THEREFORE ORDERED denying Defendants' Request for Findings of Fact and Conclusions of Law (Doc. 45).

Dated this 20th day of November, 2017.

Honorable John J. Tuchi
United States District Judge