1 Kenneth H. Brendel (#019003)
2 Thomas E. Dietrich (#031299)
  MANGUM, WALL, STOOPS & WARDEN, PLLC
3 100 N. Elden St.
  Flagstaff, AZ 86001
4 Tel. 928.779.6951
5 kbrendel@mwswlaw.com
  tdietrich@mwswlaw.com
6
7 *Attorneys for Plaintiff Jason Scott Collection, Inc.*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JASON SCOTT COLLECTION, INC., an Arizona corporation,<br><br>Plaintiff,<br>v.<br>TRENDILY FURNITURE, LLC, a Texas limited liability company, TRENDILY HOME COLLECTION, LLC, a Texas limited liability company, RAHUL MALHOTRA, an individual, JOHN DOE CORPORATIONS 1-10, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:17-cv-02712-JJT<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF MANDATORY INITIAL DISCOVERY RESPONSES** |

20  PLEASE TAKE NOTICE that, in accordance with the Court's August 11, 2017,
21 Order and the Mandatory Initial Discovery Pilot, Plaintiff Jason Scott Collection, Inc.
22 served its Mandatory Initial Discovery Responses on Defendants via U.S. Mail on
23 December 4, 2017.
24 / / /
25 / / /
26 / / /

1  RESPECTFULLY SUBMITTED this 4th day of December, 2017.

By /s/ Thomas E. Dietrich

Kenneth H. Brendel
Thomas E. Dietrich
Mangum, Wall, Stoops & Warden, PLLC
100 N. Elden St.
Flagstaff, AZ 86001

*Attorneys for Plaintiff Jason Scott Collection, Inc.*

I hereby certify that on December 4, 2017, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sim Israeloff, Esq.
COWLES & THOMPSON, P.C.
901 Main St., Ste. 3900
Dallas, TX 75202
tel. 214.672.2000
sisraeloff@cowlesthompson.com

*Counsel for Defendants*