Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorneys for Defendants*
*Trendily Furniture, LLC,*
*Trendily Home Collection, LLC, and*
*Rahul Malhotra*

# In the United States District Court

# For the District of Arizona

| | |
|---|---|
| Jason Scott Collection Incorporated, | Case No.: CV-17-02712-PHX-JJT |
| Plaintiff, | |
| vs. | **DEFENDANTS' NOTICE OF SERVICE OF MANDATORY INITIAL DISCLOSURES** |
| Trendily Furniture LLC, et al., | |
| Defendant | |

    Notice is hereby provided that Defendants Trendily Furniture, LLC, Trendily Home Collection, LLC and Rahul Malhotra served their Responses to Mandatory Initial Discovery Requests on December 6, 2017.

DATED this 7th day of December, 2017

By: /s/ Sim Israeloff
Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorneys for Defendants
Trendily Furniture, LLC,
Trendily Home Collection, LLC, and
Rahul Malhotra*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2017, I electronically transmitted the attached document to:

***Plaintiff's Counsel:***
Kenneth H. Brendel, Esq.
Thomas E. Dietrich, Esq.
MANGUM, WALL, STOOPS & WARDEN, PLLC
100 N. Elden St.
Flagstaff, AZ  86001
Phone:  928 779-6951
tdietrich@mwswlaw.com

/s/Sim Israeloff
**SIM ISRAELOFF**