Kenneth H. Brendel (#019003)
Thomas E. Dietrich (#031299)
MANGUM, WALL, STOOPS & WARDEN, PLLC
112 N. Elden St.
Flagstaff, AZ 86001
Tel. 928.779.6951
kbrendel@mwswlaw.com
tdietrich@mwswlaw.com

*Attorneys for Plaintiff Jason Scott Collection, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JASON SCOTT COLLECTION, INC., an Arizona corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TRENDILY FURNITURE, LLC, a Texas limited liability company, TRENDILY HOME COLLECTION, LLC, a Texas limited liability company, RAHUL MALHOTRA, an individual, JOHN DOE CORPORATIONS 1-10, and JOHN DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-02712-JJT<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE IS HEREBY GIVEN to the Court and counsel that the law firm of Mangum, Wall, Stoops & Warden, PLLC has recently moved. All future mailings should be addressed as follows:

　　　　　　Kenneth H. Brendel
　　　　　　Thomas E. Dietrich
　　　　　　Mangum, Wall, Stoops & Warden, PLLC
　　　　　　112 N. Elden Street
　　　　　　Flagstaff, Arizona 86001

The telephone number, fax number, email addresses, and mailing address of P.O. Box 10, Flagstaff, Arizona 86002, remain unchanged.

RESPECTFULLY SUBMITTED this 15th day of March, 2018.

By */s/ Thomas E. Dietrich*

Kenneth H. Brendel
Thomas E. Dietrich
Mangum, Wall, Stoops & Warden, PLLC
112 N. Elden St.
Flagstaff, AZ 86001

*Attorneys for Plaintiff Jason Scott Collection, Inc.*

I hereby certify that on March 15, 2018, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sim Israeloff, Esq.
COWLES & THOMPSON, P.C.
901 Main St., Ste. 3900
Dallas, TX 75202
tel. 214.672.2000
sisraeloff@cowlesthompson.com

*Counsel for Defendants*