1  Kenneth H. Brendel (#019003)
2  Thomas E. Dietrich (#031299)
   MANGUM, WALL, STOOPS & WARDEN, PLLC
3  112 N. Elden St.
   Flagstaff, AZ 86001
4  Tel. 928.779.6951
5  kbrendel@mswlaw.com
   tdietrich@mswlaw.com
6
7  *Attorneys for Plaintiff Jason Scott Collection, Inc.*
8

9  **UNITED STATES DISTRICT COURT**

10  **DISTRICT OF ARIZONA**

11
12  JASON SCOTT COLLECTION, INC., an Arizona corporation,

13               Plaintiff,

14       v.

15  TRENDILY FURNITURE, LLC, a Texas limited liability company, TRENDILY
16  HOME COLLECTION, LLC, a Texas limited liability company, RAHUL
17  MALHOTRA, an individual, JOHN DOE CORPORATIONS 1-10, and JOHN
     DOES 1-10,
18
                 Defendants.
19

Case No. 2:17-cv-02712-JJT

**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY**

20       Pursuant to Civil Local Rule 5.2, Plaintiff Jason Scott Collection, Inc. notifies the
21  Court it served its First Sets of Interrogatories and Requests for Admission on Defendants
22  via U.S. Mail on March 6, 2018.
23  / / /
24  / / /
25  / / /
26  / / /

RESPECTFULLY SUBMITTED this 15th day of March, 2018.

By */s/ Thomas E. Dietrich*

Kenneth H. Brendel
Thomas E. Dietrich
Mangum, Wall, Stoops & Warden, PLLC
112 N. Elden St.
Flagstaff, AZ 86001

*Attorneys for Plaintiff Jason Scott Collection, Inc.*

I hereby certify that on March 15, 2018, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Sim Israeloff, Esq.
COWLES & THOMPSON, P.C.
901 Main St., Ste. 3900
Dallas, TX 75202
tel. 214.672.2000
sisraeloff@cowlesthompson.com

*Counsel for Defendants*