Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorneys for Defendants*
*Trendily Furniture, LLC,*
*Trendily Home Collection, LLC, and*
*Rahul Malhotra*

# In the United States District Court

# For the District of Arizona

| | |
|---|---|
| Jason Scott Collection Incorporated, | Case No.: CV-17-02712-PHX-JJT |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| Trendily Furniture LLC, et al., | |
| Defendant | |

     Sim Israeloff moves to withdraw as attorney of record for Defendants Trendily Furniture, LLC, Trendily Home Collection, LLC and Rahul Malhotra and states as follows:

     1.    Movant is attorney of record for all Defendants.

     2.    Defendants have failed to comply with the terms of the engagement agreement with Movant, including but not limited to failing to pay fees incurred for legal services provided in the case and failing to respond to requests for documents.

3.    Pursuant to Local Rule 83.3, Movant hereby certifies that the clients have been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions.

4.    This matter has not been set for trial.

5.    This motion has been delivered to Defendants.  Defendants have been notified in writing of their right to object to this motion.  Defendants have not responded to a request for written confirmation of no objection to this motion.

6.    The last known address and telephone number for all Defendants is 2991 Congressman Lane, Dallas TX 75220, phone number 469-647-2553.

Wherefore, Sim Israeloff prays for an order allowing him to withdraw as attorney of record for all Defendants.

DATED this 29th day of August, 2018

By: /s/ Sim Israeloff
Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorney for Defendants*
*Trendily Furniture, LLC,*
*Trendily Home Collection, LLC, and*
*Rahul Malhotra*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, this motion was served on Defendants; and on all other parties through their counsel of record via the Court's ECF system.

/s/Sim Israeloff
**SIM ISRAELOFF**