Sim Israeloff (admitted pro hac vice)
Texas Bar No. 10435380
COWLES & THOMPSON, P.C.
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2000
(214) 672-2020 (Fax)
sisraeloff@cowlesthompson.com

*Attorneys for Defendants*
*Trendily Furniture, LLC,*
*Trendily Home Collection, LLC, and*
*Rahul Malhotra*

**In the United States District Court**

**For the District of Arizona**

| | |
|---|---|
| Jason Scott Collection Incorporated, | Case No.: CV-17-02712-PHX-JJT |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO WITHDRAW** |
| Trendily Furniture LLC, et al., | |
| Defendant | |

     Before the Court for ruling is the motion of Sim Israeloff to withdraw as attorney of record for all Defendants. The Court finds that the motion complies with local rules and should be granted. It is, therefore,

     ORDERED that the motion to withdraw as attorney of record is Granted. Sim Israeloff and the law firm of Cowles & Thompson, P.C. are hereby withdrawn as attorneys of record for all Defendants and shall have no further duties or obligations in connection with this case.

Dated this _____ day of _____, 2018.

_____
Honorable John J. Tuchi
United States District Judge