# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Scott Collection Incorporated, | No. CV-17-02712-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Trendily Furniture LLC, *et al*., | |
| Defendants. | |

At issue is the Motion to Withdraw as Attorney of Record (Doc. 64) filed by counsel for Defendants. Upon review of the Motion and the record, and good cause appearing, the Court grants the Motion and permits Sim Israeloff and the law firm of Cowles & Thompson, P.C. to withdraw as Defendants' counsel of record.

While Defendant Rahul Malhotra, an individual, may appear *pro se*—that is, represent himself—in this matter, Defendants Trendily Furniture, LLC and Trendily Home Collection, LLC, may not. That is, a limited liability corporation (LLC) may not appear *pro se* in federal court, but may appear only through licensed counsel. *See*, *e.g.*, *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). Accordingly, Defendants Trendily Furniture, LLC and Trendily Home Collection, LLC must retain licensed counsel to proceed with their defense in this matter.

IT IS THEREFORE ORDERED granting the Motion to Withdraw as Attorney of Record (Doc. 64) filed by counsel for Defendants.

1    IT IS FURTHER ORDERED that Defendants Trendily Furniture, LLC and Trendily Home Collection, LLC shall retain licensed legal counsel who shall file a notice of appearance with the Court within 21 days of the date of this Order.

IT IS FURTHER ORDERED that if counsel for Defendants Trendily Furniture, LLC and Trendily Home Collection, LLC does not file a timely notice of appearance, the Clerk shall enter default against these Defendants without further Order of this Court.

IT IS FURTHER ORDERED that Defendant Rahul Malhotra shall file a notice with the Court within 21 days of the date of this Order, informing the Court and Plaintiff whether he intends to proceed *pro se* in this matter or has retained counsel.

Dated this 30th day of August, 2018.

Honorable John J. Tuchi
United States District Judge