# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Scott Collection Incorporated, | No. CV-17-02712-PHX-JJT |
| Plaintiff, | |
| v. | |
| Trendily Furniture LLC, *et al.* | **NOTICE OF APPEARANCE AS** |
| Defendants. | **RETAINED COUNSEL** |

TO THE HONORABLE JUDGE OF SAID COURT

　　　　Now comes the undersigned attorney and files this Notice of Appearance as retained counsel in the above-styled and numbered cause for Rahul Malhotra, Trendily Furniture LLC, and Trendily Home Collection LLC, Defendants.


DATED this 20th of September 2018

By: ____/Brandon J. Leavitt_____
Brandon James Leavitt
Texas Bar Number: 24078841

4204 SW Green Oaks Blvd. Suite 140
Arlington, TX 76017
Telephone: (214) 727-2055
brandon@dfwpatentlaw.com

**ATTORNEY FOR DEFENDANTS**

**NOTICE OF APPEARANCE AS RETAINED COUNSEL – 1**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 20th day of September, 2018.

> Kenneth Harold Brendel
> Mangum Wall Stoops & Warden PLLC
> 112 N Elden St.
> Flagstaff, AZ 86001
> 928-779-6951
> Fax: 928-773-1312
> Email: kbrendel@mwswlaw.com
>
> Thomas E Dietrich
> Mangum Wall Stoops & Warden PLLC
> 112 N Elden St.
> Flagstaff, AZ 86001
> 928-779-6951
> Fax: 928-773-1312
> Email: tdietrich@mwswlaw.com

By: /Brandon J. Leavitt/ _____
    Brandon James Leavitt

**Attorney for Defendants**

**CERTIFICATE OF SERVICE**