# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
## CIVIL WITNESS LIST

☐ **Preliminary Injunction**    ☐ **TRO**    ☐ **Non-Jury Trial**    ✔ **Jury Trial**

**Case Number** 2:17-cv-02712-JJT    **Judge Code** ___    **Date** October 5, 2018

Jason Scott Collection Incorporated    vs.    Trendily Furniture LLC, et al.

☐ Plaintiff/Petitioner    ✔ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Chris Sanders | | |
| Ron McBee | | |
| Rahul Malhotra | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |