1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Scott Collection Incorporated, | No. CV-17-02712-PHX-JJT |
| Plaintiff, | |
| v. | |
| Trendily Furniture LLC, *et al*. | **DEFENDANTS' PRETRIAL DISCLOSURES** |
| Defendants. | |

Pursuant to Rule 26(a)(3) of the Federal Rules of Procedure and this Court's

scheduling order (ECF 61), Defendants Trendily Furniture LLC, *et al*. ("Defendants")

hereby make the following disclosures.

**I.     WITNESSES**

      A.     <u>Witnesses Defendants Expect to Present</u>

            1.     Rahul Malhotra 2991 Congressman Lane Dallas, TX 75220

                   469-647-2553

            2.     Ron McBee 1525 Fort Worth Highway Weatherford, TX 76086

                   817-594-1581

            3.     Chris Sanders 809 Albany Dr. Fort Worth, TX 76131

                   214-618-3253

      B.     <u>Witnesses Defendants May Call if the Need Arises</u>

            1.     Defendants reserve the right to call any and all expert witnesses and fact

                   witnesses listed by any parties of this lawsuit.

**DEFENDANTS' PRETRIAL DISCLOSURES – 1**

      2.     Defendants reserve the right to call impeachment and rebuttal witnesses, as necessary.

      3.     Plaintiffs reserve the right to amend and/or supplement this Witness List at any time in the future.

  C.    <u>Deposition Designations</u>

      1.     Defendants do not expect to designate or present any witness testimony by deposition.

## II.   EXHIBITS

  A.    <u>Exhibits Defendants Expect to Offer</u>

      1.     Copyright registrations (JSC00025-30).

      2.     Summary Exhibit – A timeline of relevant events leading up to the dispute. This exhibit has not yet been created but will be timely produced to opposing counsel for review.

      3.     Excerpts from applicable statutes and case law – This exhibit has not yet been created but will be timely produced to opposing counsel for review.

      4.     Summary Exhibit – A compilation of figures to demonstrate Defendants' net revenue from relevant sales. This exhibit has not yet been created but will be timely produced to opposing counsel for review.

  B.    <u>Exhibits Defendants May Offer if the Need Arises</u>

      1.     Any and all exhibits, papers, records or writing attached to, filed with, or referenced by either party's filings in this case.

**DEFENDANTS' PRETRIAL DISCLOSURES – 2**

2.      Defendants reserve the right to use any exhibits listed by Plaintiff.

3.      All papers, records, and writing provided by Defendants to Plaintiff in this case.

4.      Defendants reserve the right to supplement and/or amend this Exhibit List.

5.      Defendants reserve any and all objections to any and all exhibits listed by Plaintiffs in this action.

Dated: November 16, 2018

By:      /Brandon J. Leavitt/
Brandon James Leavitt
Texas Bar Number: 24078841

4204 SW Green Oaks Blvd. Suite 140
Arlington, TX 76017
Telephone: (214) 727-2055
brandon@dfwpatentlaw.com

**ATTORNEY FOR DEFENDANTS**

**DEFENDANTS' PRETRIAL DISCLOSURES – 3**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing

document has been forwarded to all counsel of record in accordance with the Federal

Rules of Civil Procedure on this the 16th day of November, 2018.

Rahul Malhotra, Trendily Furniture LLC, and
Trendily Home Collection LLC
2991 Congressman Lane
Dallas Tx 75220
469-647-2553
Fax: 469-335-9770
Email: rahul@trendilyhomecollection.com

Kenneth Harold Brendel
Mangum Wall Stoops & Warden PLLC
112 N Elden St.
Flagstaff, AZ 86001
928-779-6951
Fax: 928-773-1312
Email: kbrendel@mwswlaw.com

Thomas E Dietrich
Mangum Wall Stoops & Warden PLLC
112 N Elden St.
Flagstaff, AZ 86001
928-779-6951
Fax: 928-773-1312
Email: tdietrich@mwswlaw.com

By: /Brandon J. Leavitt/
     Brandon James Leavitt

**Attorney for Defendants**

**CERTIFICATE OF SERVICE**