**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Scott Collection Incorporated, | No. CV-17-02712-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Trendily Furniture LLC, *et al*., | |
| Defendants. | |

A conflict in the Court's calendar requires the resetting of the March 23, 2020 Final Pretrial Conference. Accordingly,

IT IS HEREBY ORDERED vacating the Final Pretrial Conference currently set in this matter for March 23, 2020 at 10:00 AM.

IT IS FURTHER ORDERED resetting the Final Pretrial Conference for **3:00 PM** on **March 30, 2020**, in Courtroom 505, 401 W. Washington Street, Phoenix, AZ  85003, before Judge John J. Tuchi.

IT IS FURTHER ORDERED that the parties shall file a Notice of Filing and attaching a Joint Proposed Pretrial Order by **March 23, 2020**. All other items in the Court's Order of July 1, 2019 (Doc. 92) remain in effect.

Dated this 4th day of December, 2019.

Honorable John J. Tuchi
United States District Judge