# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Scott Collection Incorporated,<br><br>        Plaintiff,<br><br>v.<br><br>Trendily Furniture LLC, *et al.*,<br><br>        Defendants. | No. CV-17-02712-PHX-JJT<br><br>**ORDER** |

This matter is currently set for a Final Pretrial Conference on March 30, 2020, at 3:00 PM. In light of the states of emergency declared by both the President and the Governor, as well as this Court's General Order 20-11, all of which recognize the current public health situation and the need to adopt operational measures to minimize health risks to all participants in the Court's processes, the Court on its own motion will vacate the Final Pretrial Conference and instead set a status hearing. The hearing will be telephonic for all parties; no party or counsel may participate or attend in person.

IT IS HEREBY ORDERED vacating the Final Pretrial Conference currently set for March 30, 2020 at 3:00 PM. Instead, the Court sets a telephonic status conference for the same date and time - **March 30, 2020 at 3:00 PM** (Arizona time). All parties to appear telephonically. Chambers will email call-in information to counsel prior to the hearing.

Dated this 17th day of March, 2020.

Honorable John J. Tuchi
United States District Judge