# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Scott Collection Incorporated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Trendily Furniture LLC, *et al.*,<br><br>　　　　　Defendants. | No. CV-17-02712-PHX-JJT<br><br>**ORDER SETTING TELEPHONIC FINAL PRETRIAL CONFERENCE** |

　　　IT IS HEREBY ORDERED that the lawyers for each party who will be responsible for trial of the lawsuit shall appear and participate in a Telephonic Final Pretrial Conference on **June 4, 2020**, at **10:30 AM** in Courtroom 505, 401 W. Washington Street, Phoenix, AZ 85003 before Judge John J. Tuchi. At the Final Pretrial Conference, the Court will confirm the current trial date of **June 23, 2020**, and will give any additional instructions for trial preparation.

　　　Dated this 4th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge