Thomas E. Dietrich (#031299)
FORTRESSGC, PLLC
1811 N. Turquoise Dr.
Flagstaff, AZ 86001
Tel. 520.404.1713
tom@fortressgc.com

*Attorneys for Plaintiff Jason Scott Collection, Inc.*

Brandon J. Leavitt (TX#24078841)
Leavitt Eldredge Law Firm
4204 SW Green Oaks Blvd. Suite 140
Arlington, TX 76017
Tel. 214.727.2055
brandon@uslawpros.com

*Attorneys for Defendants Trendily Furniture LLC, et. al.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Scott Collection, Inc., | **Case No. CV-17-02712-PHX-JJT** |
| Plaintiff, | **JOINT DEPOSITION DESIGNATIONS** |
| v. | Hon. John J. Tuchi<br>United States District Court Judge |
| Trendily Furniture, LLC, *et al.*, | **Pretrial Conference Date:** June 4, 2020, 10:30 a.m.<br>**Trial Date:** June 23, 2020, 8:30 a.m.<br>**Courtroom:** 505, 401 W. Washington St., Phoenix, AZ 85003 |
| Defendants. | |

**- 1 -**

Counsel for each Party stipulates and objects to the following deposition testimony to be used at trial. In the transcripts filed herewith, the following markings are used:

- Yellow highlight: Plaintiff's marked testimony
- Blue highlight: Defendants' marked testimony
- Green highlight: Jointly marked testimony
- Blue text in margin: Defendants' objection to Plaintiff's marked testimony
- Red text in margin: Plaintiff's objection to Defendants' marked testimony

1.      **Shawn Beach**

| Shawn Beach July 24, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 4:6-10 | | | |
| 5:17-13:1 | | | |
| 13:18-25 | | | |
| 14:17-17:25; Depo. Ex. 1 | 15:2-10 | | |
| 18:14-22 | | | |
| 19:4-20:17 | | | |
| 21:7-26:18 | | | |
| 26:25-27:5 | | | |
| 27:18-28:5 | | | |
| 28:15-29:13 | | | |
| 29:25-30:4 | | | |
| 30:7-31:1 | | | |
| 31:21-32:12 | | | |

| Shawn Beach July 24, 2018 | | | |
|---|---|---|---|
| Plaintiff's Designations | Defendants' Designations | Objection(s) | Response to Objection(s) |
| 32:16-21 | | | |
| 32:23-33:3 | | | |
| 36:9-16 | | | |
| | 41:17-43:1 | | |
| | 45:23-46:10 | | |
| | 57:19-24 | | |
| | 59:25-61:1 | | |
| | 64:10-65:10 | | |
| | 65:11-22 | | |
| 99:23-100:4 | | | |
| 105:1-14 | 105:1-14 | | |
| | 108:6-13 | | |
| | 110:13-111:19 | | |

**2.      Sally Brumbaugh**

| Sally Brumbaugh June 26, 2018 | | | |
|---|---|---|---|
| Plaintiff's Designations | Defendants' Designations | Objection(s) | Response to Objection(s) |
| 5:10-14 | | | |
| 7:4-9:4 | | | |
| 9:12-20 | | | |
| 11:13-19 | | | |

- 3 -

| Sally Brumbaugh June 26, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 12:7-15:14 | | | |
| 15:25-16:9 | 16:3-9 | | |
| 16:15-17:6 | | | |
| 17:25-19:20 | 18:11-20 18:21-19:20 | | |
| 21:24-25:25;  Depo. Ex. 1 | 21:24-23:9 23:18-24:6 | | |
| 26:19-29:15;  Depo. Ex. 2 | | | |
| 29:21-31:17 | | | |
| 33:6-18 | | | |
| 34:13-16 | | | |
| 35:1-37:21; Depo. Ex. 3 | | | |
| 38:1-39:4 | | | |
| | 39:5-10 | | |
| 39:11-40:2 40:4-14 | 39:20-23 39:25-40:14 | | |
| 40:17-41:18 | 41:19-42:11 | | |
| | 43:22-24 | | |
| 43:25-47:13;  Depo. Exs. 4, 5 | 45:23-46:10 | | |
| 51:8-15 | | | |
| 52:10-23 | | | |
| | 53:1-18 | | |

- 4 -

| Sally Brumbaugh June 26, 2018 | | | |
|---|---|---|---|
| Plaintiff's Designations | Defendants' Designations | Objection(s) | Response to Objection(s) |
| | 55:24-57:20 | | |
| 60:24-61:4 | | | |
| | 61:5-23 | | |
| | 67:8-17 | | |
| 68:11-20 | 68:6-25 | | |
| 72:25-74:5 | | | |
| 84:20-22 84:25-85:9 | 84:20-85:1 | | |
| 85:16-86:10 | | | |
| 86:12-17 | | FRE 611(c) | Summary of witness's prior testimony. |
| | 88:10-21 | FRE 611(c) (88:14-21) | This question was made to a witness associated with the other Party and on cross-examination. FRE 611(c)(1)-(2). |
| | 89:5-10 | | |
| | 89:20-90:2 | | |
| | 90:7-23 | | |

3.    **Tanner Dipple**

| Kyle Tanner Dipple June 29, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 6:6-12 | | | |
| 9:5-19 | | | |
| 10:13-11:6 | | | |
| 12:20-13:24 | | | |
| 14:13-18 | | | |
| 15:18-24 | 15:18-24 | | |
| 17:4-8 | | | |
| 17:19-22 | | | |
| 18:21-19:1;    Depo. Ex. 1 | 18:21-19:1 | | |
| 20:4-10 | | | |
| 21:21-24 | | | |
| 22:18-24 | | | |
| | 22:25-23:5 | | |
| 23:6-11 | | | |
| 23:20-24 | | | |
| | 24:4-25:15 | | |
| 28:8-24 | 28:8-29:1 | | |
| 29:4-9 | | | |
| | 29:10-21 | | |
| 29:22-30:16 | | | |

| Kyle Tanner Dipple June 29, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 31:3-19 | | | |
| 32:9-33:25 | 32:18-21 | | |
| 34:10-17 | | | |
| | 35:22-36:1 | | |
| 36:2-20 | | | |
| 37:3-19 | | | |
| 38:1-7 | 38:1-7 | | |
| | 38:8-9 | | |
| 39:10-20 | 39:10-25 | | |
| 40:1-3 | | | |
| | 40:4-17 | | |
| 41:1-9; Depo. Ex. 2 | | | |
| 41:18-42:4 | | | |
| 42:7-10 | | | |
| 45:9-46:20    Depo. Exs. 3, 4 | | | |
| | 47:2-24 | | |
| 48:21-24 | | | |
| 49:7-9 | | | |
| 49:20-52:4;    Depo. Ex. 5 | | | |
| | 51:19-52:11 | | |
| 52:18-23 | | | |

- 7 -

| Kyle Tanner Dipple June 29, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 53:12-54:7;   Depo. Ex. 6 | | | |
| 55:10-21; Depo. Ex. 7 | | | |
| 56:7-20;  Depo.  Ex. 8 | | | |
| 57:2-13 | | | |
| 58:3-59:3 | | | |
| | 59:7-11 | | |
| 60:13-61:2;   Depo. Ex. 9 | | | |
| 61:9-62:1;   Depo. Ex. 10 | | | |
| 62:10-18 | | | |
| 65:14-66:21 | 65:14-66:21 | | |
| 67:25-68:8 | 67:16-68:8 | | |
| | 68:9-69:4 | | |
| 69:1-20 | | | |
| 70:13-16 | 69:21-70:13 | | |
| 71:3-11 | | | |
| | 71:11-15 | | |
| | 72:24-73:11 | | |
| 75:6-76:1;   Depo. Ex. 11 | | | |
| 77:5-12 | | | |

JOINT DEPOSITION DESIGNATIONS                    CASE NO. CV-17-02712-PHX-JJT

| Kyle Tanner Dipple<br>June 29, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 78:2-79:8;    Depo. Ex. 12 | | | |
| 81:9-82:2 | | | |
| 82:9-23 | | | |
| | 82:24-83:13 | | |
| | 84:21-85:4 | | |
| 85:5-86:15;    Depo. Ex. 13 | | | |
| 92:5-11 | | | |
| 92:17-20 | | | |
| 92:25-93:8 | 92:25-93:8 | | |
| 93:19-23 | | | |
| | 95:19-23 | | |
| | 96:14-97:10 | | |
| | 97:25-98:6 | | |
| | 115:23-116:8 | | |
| | 116:13-16 | | |
| 120:3-121:10 | 121:1-10 | | |
| | 123:10-124:3 | | |
| 124:4-21 | 124:4-21 | | |
| | 127:24-128:5 | | |
| | 129:5-10 | | |
| | 130:10-21 | | |

JOINT DEPOSITION DESIGNATIONS                    CASE NO. CV-17-02712-PHX-JJT

| Kyle Tanner Dipple<br>June 29, 2018 | | | |
|---|---|---|---|
| Plaintiff's<br>Designations | Defendants'<br>Designations | Objection(s) | Response to<br>Objection(s) |
| | 131:18-25 | | |
| 132:1-133:12 | | | |
| 135:1-136:3 | 135:25-136:3 | | |
| 140:23-141:8 | | | |
| | 142:22-143:17 | | |
| | 143:18-25 | | |
| | 144:14-20 | | |
| | 144:21-145:7 | | |
| | 147:2-25 | | |
| 149:16-151:8 | 150:21-151:3 | | |
| | 151:25-152:5 | | |
| 153:7-22 | | | |

4.    **Bill Holland**

| William Holland<br>June 28, 2018 | | | |
|---|---|---|---|
| Plaintiff's<br>Designations | Defendants'<br>Designations | Objection(s) | Response to<br>Objection(s) |
| 4:6-12 | | | |
| 6:6-7:7 | | | |
| 8:11-23 | | | |
| 9:2-12:21 | 12:18-21 | | |
| 13:14-23 | 13:14-23 | | |

| William Holland June 28, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 14:16-17:13 | 16:18-17:20 | | |
| 17:21-19:10 | 18:2-13 | | |
| | 20:4-16 | | |
| 20:17-22:21 | 20:22-22:13 | | |
| 23:7-24 | | | |
| 25:8-26:3 | 24:5-25:12 25:24-26:3 | | |
| | 26:21-27:9 | | |
| 27:22-29:2;   Depo. Ex. 1 | | | |
| 29:15-30:6 | | | |
| | 30:7-19 | | |
| 31:13-25 | 30:24-31:23 | | |
| 32:6-16 | 32:6-11 | | |
| 32:20-33:9 | | | |
| 33:17-38:9;   Depo. Ex. 2 | 34:4-21 | | |
| 38:20-39:8 | | | |
| 39:18-40:19 | | | |
| 41:3-12 | | | |
| 41:19-20,   41:25-42:1 | | FRE 602 | Witness is stating how he personally received confirmation of |

| William Holland June 28, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| | | | facts from Defendants. |
| 42:24-46:5 | 44:22-45:3 | | |
| 46:15-51:10 | 48:2-5 49:3-5 | | |
| | 51:18-52:3 | | |
| 52:4-53:13 | | | |
| | 53:14-54:15 | | |
| 55:8-56:4;  Depo. Ex. 3 | | | |
| 57:3-9 | | | |
| 58:4-59:15 | | | |
| 61:5-17 | | | |
| 62:22-63:16;  Depo. Ex. 4 | | | |
| 64:1-65:2 | 64:15-65:5 | FRE 802; FRE 602 | Nonhearsay under FRE 801; testimony offered to prove effect on this witness of what he heard and reaction thereto, not offered to prove the truth of the matter asserted. Witness has personal knowledge of having heard this information. Defendants' Response: |

**- 12 -**

| William Holland June 28, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| | | | Defendants disagree with Plaintiffs' characterization of the purpose and intent of the statement. |
| 65:10-66:2 | | | |
| 67:6-12 | | | |
| | 68:21-69:1 | | |
| | 70:9-18 | | |
| | 71:6-15 | | |
| | 72:25-73:11 | | |
| | 73:20-25 | | |
| 74:8-18 | | | |
| 74:25-76:11 | | | |
| | 76:12-25 | | |
| 77:19-79:13 | | | |
| | 79:21-24 | | |
| 80:21-83:5;    Depo. Ex. 5 | 81:18-82:10 | | |
| | 83:12-22 | | |
| 83:23-84:12 | | | |
| 85:2-87:13 | 85:2-86:9 87:7-13 | | |
| | 87:14-23 | | |

| William Holland | | | |
| June 28, 2018 | | | |
| Plaintiff's Designations | Defendants' Designations | Objection(s) | Response to Objection(s) |
| --- | --- | --- | --- |
| | 89:2-90:17 | | |
| | 95:16-96:6 | | |
| | 97:22-99:1 | | |
| | 99:23-100:11 | | |
| | 101:21-25 | | |
| 103:3-7 | | | |
| | 107:23-108:7 | | |
| 108:21-109:20 | | | |
| | 109:21-25 | | |
| 110:21-111:6 | 110:21-111:6 | | |
| | 111:23-112:3 | | |
| | 112:13-16 | | |
| 112:25-114:1 | 114:2-6 | | |
| 123:18-124:8 | 121:15-122:4 | | |
| | 124:9-20 | | |
| | 126:6-24 | | |
| | 128:25-129:4 | | |
| 129:22-130:23 | | | |
| 131:8-132:22 | | | |

JOINT DEPOSITION DESIGNATIONS                    CASE NO. CV-17-02712-PHX-JJT

**5.** **Rahul Malhotra / Trendily Companies Rule 30(b)(6)**

| Rahul Malhotra / Trendily Rule 30(b)(6) June 27, 2018 | | | |
|---|---|---|---|
| Plaintiff's Designations | Defendants' Designations | Objection(s) | Response to Objection(s) |
| 7:13-15 | | | |
| 9:3-12 | | | |
| 12:15-13:11 | | | |
| 16:21-17:1 | | | |
| 17:16-19 | | | |
| 18:7-10 | | | |
| 21:12-22 | | | |
| 22:4-9 | | | |
| 23:5-7 | | | |
| 24:11-13 | | | |
| 24:25-25:2 | | | |
| 25:19-25 | | | |
| 26:20-27:6 | | | |
| 35:14-16 | | | |
| 36:22-37:6 | | | |
| 38:15-17 | | | |
| 41:13-18 | | | |
| 44:3-17 | | | |
| 48:7-12 | | | |

| Rahul Malhotra / Trendily Rule 30(b)(6) June 27, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 52:14-53:6 | | | |
| 55:18-56:15 | | | |
| 57:5-11 | | | |
| 62:10-19 | | | |
| 64:19-65:14 | | | |
| 66:9-13 | | | |
| 67:4-18 | | | |
| 68:2-69:4 | | | |
| 69:23-70:3 | | | |
| 71:9-72:5 | | | |
| 73:22-74:2 | | | |
| 76:13-25 | | | |
| 77:4-24 | | | |
| 79:13-80:14 | | | |
| 80:21-24 | | | |
| 86:8-18 | | | |
| 89:4-8 | | | |
| 89:23-91:9 | | | |
| 92:11-93:9 | | | |
| 94:20-95:10 | | | |
| 98:6-9 | | | |
| 100:24-101:1 | | | |

| Rahul Malhotra / Trendily Rule 30(b)(6) June 27, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 104:12-20;    Depo. Ex. 2 | | | |
| 109:19-112:3; Depo. Ex. 3 | | | |
| 113:6-12 | | | |
| 114:1-10; Depo. Ex. 4 | | | |
| 123:4-13; Depo. Ex. 5 | | | |
| 157:23-158:5; Depo. Ex. 8 | | | |
| 159:17-162:6 | | | |
| 162:21-163:2 | | | |
| 167:20-168:8 | | | |
| 170:4-15 | | | |
| 174:22-176:15; Depo. Ex. 9 | | | |
| 179:11-22 | | | |
| 181:21-23 | | | |
| 182:20-184:6 | | | |
| 190:22-191:8 | | | |
| 192:8-22 | | | |
| 202:2-9; Depo. Ex. 11 | | | |

JOINT DEPOSITION DESIGNATIONS

CASE NO. CV-17-02712-PHX-JJT

| Rahul Malhotra / Trendily Rule 30(b)(6) June 27, 2018 | | | |
|---|---|---|---|
| Plaintiff's Designations | Defendants' Designations | Objection(s) | Response to Objection(s) |
| 211:8-15; Depo. Ex. 12 | | | |
| 218:11-17 | | | |
| 228:4-11; Depo. Ex. 13 | | | |
| 228:15-229:8 | | | |
| 229:21-231:10 | | | |
| 231:15-232:8 | | | |
| 239:11-20 | | | |
| 241:7-242:1 | | | |
| 242:3-243:3 | | | |
| 243:10-245:18 | | | |
| 260:7-10 | | | |
| 260:21-25 | | | |
| 261:6-262:1 | | | |
| 263:3-13 | | | |
| 264:2-265:15 | | | |

6.    Ron McBee

| Ron McBee June 26, 2018 | | | |
|---|---|---|---|
| Plaintiff's Designations | Defendants' Designations | Objection(s) | Response to Objection(s) |
| 4:23-5:12 | | | |

| Ron McBee June 26, 2018 | | | |
|---|---|---|---|
| Plaintiff's Designations | Defendants' Designations | Objection(s) | Response to Objection(s) |
| 6:4-16 | | | |
| 7:11-12 | | | |
| 7:18-22 | | | |
| 8:4-11 | | | |
| | 8:23-9:17 | | |
| | 10:13-11:3 | | |
| | 11:10-12:9 | | |
| 15:12-22 | 13:16-15:11 | | |
| | 17:11-18:8 | | |
| | 20:20-21:8 | | |
| 24:12-19 | | | |
| | 28:23-29:5 | | |
| | 30:14-21 | | |
| | 30:22-25 | | |
| | 33:14-17 | | |
| 35:1-11 | | | |
| 35:24-36:2 | | | |
| 36:7-38:5 | | | |
| 38:14-25 | | | |
| 39:10-16 | | | |
| 41:1-4 | | | |

| Ron McBee June 26, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 41:19-42:11 | 41:19-24 42:8-9 | | |
| 42:19-23 | 42:19-23 | | |
| 44:22-45:3;   Depo. Ex. 1 | | | |
| 45:18-21; Depo. Ex. 3 | | | |
| 45:24-46:13 | | | |
| 46:18-20 | | | |
| 47:24-48:6;   Depo. Ex. 4 | | | |
| 48:16-22 | | | |
| | 50:2-21 | | |
| | 51:18-19 | | |
| 50:2-21 | 52:3-22 | | |
| 52:23-25 | | | |
| 54:8-10 | | | |
| 56:23-57:4 | | | |
| 62:1-6 | | | |
| 62:13-14 | | | |
| | 62:18-25 | | |
| 64:17-20 | | | |
| | 67:2-15 | | |
| | 67:22-69:13 | | |

JOINT DEPOSITION DESIGNATIONS                    CASE NO. CV-17-02712-PHX-JJT

| Ron McBee June 26, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 72:16-73:10 | 72:16-21 | | |
| 75:3-14 | | | |

7.     **Bo Runyon**

| Bo Runyon June 27, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 6:9-14 | | | |
| 7:25-8:12[1] | | | |
| 9:2-20 | | | |
| 10:3-13 | | | |
| 12:7-14:10 | | | |
| 15:5-19 | | | |
| 15:24-17:8 | | | |
| | 17:12-20 | | |
| 18:2-6 | 18:2-6 | | |
| 18:13-19:7 | 18:13-25 | | |
| 19:12-20:18 | 20:8-18 | | |
| 21:4-22:17;    Depo. Ex. 1 | 21:12-17 | | |

---

[1] Ms. Runyon's deposition transcript includes her name at line 1 on all pages. Those lines should be considered omitted from Jason Scott's markings.

| Bo Runyon<br>June 27, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 23:3-24:17 | | | |
| | 25:5-7 | | |
| 25:8-23 | | | |
| 27:8-5; Depo. Ex. 2 | | | |
| | 27:16-23 | | |
| 28:11-17 | | | |
| 30:13-38:8 | 34:21-35:4<br>36:20-22<br>37:19-22 | | |
| 38:22-44:23 | | | |
| 45:18-25 | | | |
| 46:15-51:14;  Depo. Ex. 3 | | | |
| 52:7-23 | | | |
| 54:4-57:7 | | FRE 802<br>(54:20-57:7) | Bulk of testimony is not an out of court statement.    FRE 803(3) statement of customer's motive, intent, or plan.<br><br>The bulk of the testimony expounds on hearsay that is not subject to FRE 803(3). |
| 58:6-16 | | | |
| 59:8-61:3 | | | |

| Bo Runyon June 27, 2018 | | | |
|---|---|---|---|
| Plaintiff's Designations | Defendants' Designations | Objection(s) | Response to Objection(s) |
| 61:13-21; Depo. Ex. 5 | | | |
| 62:4-16 | 62:13-14 | | |
| 64:11-65:11 | | | |
| | 65:23-66:5 | | |
| 66:8-67:14 | 67:7-11 | | |
| | 83:2; 89:6-15 | | |
| | 93:2-5 | | |
| 97:8-14 | 97:15-98:10 | | |
| | 99:19-100:18 | | |
| 106:22-107:10 | 107:11-15 | | |
| | 113:22-114:8 | | |
| 115:11-25 | 114:14-25 | | |
| | 117:4-12 | | |
| | 125:6-11 | | |
| 126:23-127:4 | 126:14-22 | | |
| 127:18-20 | 127:5-17 | | |
| | 130:9-132:12 | | |
| 147:19-22 | 147:23-148:14 | | |
| 152:11-154:2; Depo. Exs. 9, 10 | | | |
| 157:23-158:15 | | | |
| 160:10-162:8 | | | |

| Bo Runyon June 27, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 164:10-11 | 164:11-18 | | |
| 165:10-12 | 165:13-166:2 | | |
| 166:14-167:3 | | | |

**8.     Chris Sanders**

| Chris Sanders July 23, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 6:8-10 | | | |
| 9:8-18 | | | |
| 10:11-11:11 | 11:7-16 | | |
| 11:24-12:3 | | | |
| 12:6-10 | | | |
| 12:24-13:4 | | | |
| 13:11-23 | | | |
| 14:13-15:6 | | | |
| 17:18-21 | | | |
| 18:6-8 | | | |
| 18:16-19:9 | | | |
| 19:23-20:16 | | | |
| 20:23-21:15 | | | |
| | 21:4-15 | | |

| Chris Sanders July 23, 2018 | | | |
|---|---|---|---|
| Plaintiff's Designations | Defendants' Designations | Objection(s) | Response to Objection(s) |
| 22:24-23:1 | | | |
| 23:7-9 | | | |
| 25:8-22 | | | |
| 26:8-9 | | | |
| 26:15-18 | | | |
| 30:20-23 | | | |
| 35:14-36:4 | | | |
| | 36:5-20 | | |
| 36:21-24 | | | |
| 37:9-38:4 | | | |
| 39:4-10 | | | |
| 39:19-23 | | | |
| 40:12-16 | 40:12-16 | | |
| 42:1-6 | | | |
| 42:12-43:4 | | | |
| 44:12-45:5 | | | |
| | 45:13-46:1 | | |
| 46:13-21 | | | |
| 48:21-51:7    Depo. Exs. 1-3 | | | |
| 51:12-14 | | | |
| 52:18-53:5 | 52:18-53:2 | | |

| Chris Sanders July 23, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 53:15-21 | | | |
| 54:3-5 | | | |
| 55:22-56:3 | 55:5-21 | | |
| 56:17-21 | | | |
| 57:12-15 | | | |
| 57:21-59:10 | | | |
| 59:23-60:14 | 59:23-60:2 | | |
| 62:20-22; Depo. Ex. 4 | | | |
| 63:17-23 | | | |
| 65:8-19 | | | |
| 72:9-74:1 | 73:1-74:1 | | |
| 75:20-24 | | | |
| 76:15-77:10 | | | |
| | 77:24-79:1 | FRE 802 (78:17-79:1) | FRE 801(c)(2). This statement is not offered to prove the truth of the matter asserted.  FRE 801(d)(2). Out of court statement was made by Plaintiff's vendor at his request and for his benefit. (*see, e.g.*, Runyon 34:2-38:8). |

| Chris Sanders July 23, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| | | | *Alternatively* this statement is exempted by FRE 803(3) as a reflection of the witness's then-existing state of mind.<br><br>Plaintiff Response: Bo Runyon is an independent furniture retailer; she is not an owner, member, agent, or employee of Jason Scott Collection, Inc. Statement is being offered for the truth of what Mr. Sanders says Ms. Runyon allegedly said. |
| 80:5-81:16 | 81:4-16 | | |
| 81:20-82:11 | | | |
| 82:23-83:22 | | | |
| 84:4-8 | | | |
| 84:16-22 | 84:9-15 | | |
| 85:13-16 | 84:22-85:12 | | |
| | 85:16-20 | | |
| 85:21-86:22 | | | |
| 87:12-88:7 | | | |

| Chris Sanders July 23, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 89:4-10 | 88:15-89:10 | FRE 802 (88:15-89:3) | FRE 801(c)(2). This statement is not offered to prove the truth of the matter asserted.<br><br>FRE 801(d)(2). Out of court statement was made by Plaintiff's vendor at his request and for his benefit. (*see, e.g.,* Runyon 34:2-38:8).<br><br>*Alternatively* this statement is exempted by FRE 803(3) as a reflection of the witness's then-existing state of mind.<br><br>Plaintiff Response: Bo Runyon is an independent furniture retailer; she is not an owner, member, agent, or employee of Jason Scott Collection, Inc. Statement is being offered for the truth of what Mr. Sanders says Ms. Runyon allegedly said. |

JOINT DEPOSITION DESIGNATIONS                    CASE NO. CV-17-02712-PHX-JJT

| Chris Sanders July 23, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
| 90:2-91:3; Depo. Ex. 5 | 90:9-13 91:1-3 | | |
| 91:14-93:5 | | | |
| 97:4-22 | | | |
| | 99:17-21 | | |
| 100:19-101:6 | 100:19-101:19 | | |
| | 103:7-12 | | |
| 104:1-19 | | | |
| | 104:20-105:11 | | |
| 105:12-22 | | | |
| 106:13-22 | | | |
| 107:8-108:3 | | | |
| 109:15-111:7 | 109:23-111:7 | | |
| 112:7-22 | | | |
| 113:4-9 | | | |
| 113:23-115:8 | 115:5-8 | | |
| 117:11-18 | 117:11-18 | | |
| 118:16-119:10; Depo. Ex. 6 | | | |
| 120:6-17 | | | |
| 120:23-121:9 | | | |
| 122:12-124:7; Depo. Ex. 7 | | | |

| Chris Sanders July 23, 2018 | | | |
|---|---|---|---|
| Plaintiff's Designations | Defendants' Designations | Objection(s) | Response to Objection(s) |
| 124:24-125:16 | | | |
| 130:16-24; Depo. Ex. 8 | | | |
| 135:17-22 | | | |
| 138:3-18 | 138:8-18 | | |
| 138:25-139:10 | | | |
| 144:3-145:3 | | | |
| 145:9-146:1, 146:18-147:19 | | | |
| | 162:7-14 | | |
| | 164:12-19 | | |
| | 177:25-178:5 | | |
| | 205:13-206:6 | FRE 611(c); 802 | FRE 611(c)(1)-(2). This question was made to a witness associated with the other Party and on cross-examination. FRE 801(c)(2). This statement is not offered to prove the truth of the matter asserted. FRE 801(d)(2). Out of court statement was made by Plaintiff's vendor at his request and for his benefit. (*see,* |

| Chris Sanders July 23, 2018 | | | |
|---|---|---|---|
| **Plaintiff's Designations** | **Defendants' Designations** | **Objection(s)** | **Response to Objection(s)** |
|  |  |  | *e.g.,* Runyon 34:2-38:8).<br><br>*Alternatively* this statement is exempted by FRE 803(3) as a reflection of the witness's then-existing state of mind.<br><br>Plaintiff's Response: As noted above, Bo Runyon is not an agent of Plaintiff. Statement is being offered for the truth of what Mr. Sanders says Ms. Runyon allegedly said. Mr. Sanders is an agent of Defendants and Defendants' counsel was asking these questions; this was not a cross-examination. |
| 210:2-10 |  |  |  |
| 210:17-7 |  |  |  |

/ / /

/ / /

/ / /

JOINT DEPOSITION DESIGNATIONS                     CASE NO. CV-17-02712-PHX-JJT

Dated: May 28, 2020

By */Thomas E. Dietrich/*

Thomas E. Dietrich
FortressGC, PLLC
1811 N. Turquoise Dr.
Flagstaff, AZ 86001

*Attorney for Plaintiff Jason Scott Collection, Inc.*

By */Brandon J. Leavitt/*

Brandon James Leavitt
4204 SW Green Oaks Blvd. Suite 140
Arlington, TX 76017

*Attorney for Defendants Trendily Furniture, LLC et. al.*

JOINT DEPOSITION DESIGNATIONS                    CASE NO. CV-17-02712-PHX-JJT