```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ARIZONA


JASON SCOTT COLLECTION,      §
INC.,                        §
                             §
          Plaintiff,         §
VS.                          §    CIVIL ACTION NO.
                             §    2:17-cv-02712-JJT
TRENDILY FURNITURE, LLC      §
et al.,                      §
                             §
          Defendants.        §




                  ORAL DEPOSITION OF
             RICHARD CHRISTOPHER SANDERS
                   Fort Worth, Texas
                 Monday, July 23, 2018
                      10:20 a.m.




Reported By:
Janice McMoran, CSR, RDR, CRR
Job No.: 11413
```

Richard Christopher Sanders

7/23/2018

Page 2

1
2          ORAL DEPOSITION OF RICHARD CHRISTOPHER
3    SANDERS, produced at the instance of the Plaintiff, in
4    the above-styled and numbered cause on the 23rd day of
5    July, 2018, at 10:20 a.m., before Janice K.  McMoran,
6    RDR, CRR, and Certified Shorthand Reporter in and for
7    the State of Texas, reported by realtime stenographic
8    means, at Law Offices of Matthew Bobo, PLLC, 4916 Camp
9    Bowie Blvd., Fort Worth, Texas, pursuant to notice and
10   subpoena, and in accordance with the Federal Rules of
11   Civil Procedure.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1           A P P E A R A N C E S
2
3    ON BEHALF OF THE PLAINTIFF:
4       MANGUM, WALL, STOOPS & WARDEN, PLLC
         112 North Elden Street
5        Flagstaff, Arizona 86001
         (928) 779-6951
6          BY:  THOMAS E. DIETRICH, ESQ.
              tdietrich@mwswlaw.com
7
8
9
10   ON BEHALF OF THE DEFENDANTS:
11      COWLES & THOMPSON
         901 Main Street, Suite 3000
12       Dallas, Texas  75202
         (214) 672-2000
13         BY:  CHARLES A. GREEN, ESQ.
              cgreen@cowlesthompson.com
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              I N D E X
2                            PAGE
3    Proceedings.......................................6
4    WITNESS:  RICHARD CHRISTOPHER SANDERS
5       Examination by Mr. Dietrich.................6
        Examination by Mr. Green...................154
6       Further Examination by Mr. Dietrich........208
        Further Examination by Mr. Green...........217
7
8    Reporter's Certification......................218
9    Acknowledgment of Deponent....................220
10   Errata........................................221
11
12
13            EXHIBIT INDEX
14   EXHIBIT
     NUMBER      DESCRIPTION           IDENTIFIED
15
16   EXHIBIT 1 - Photograph of Trendily MJ
            Collection table....................48
17
     EXHIBIT 2 - Photograph of Trendily MJ Collection
18          sideboard/credenza..................49
19   EXHIBIT 3 - Photograph of Trendily MJ Collection
            desk................................49
20
     EXHIBIT 4 - Text exchange between Chris Sanders
21          and Tanner Dipple...................62
22   EXHIBIT 5 - Transcript of Trendily Recording
            08-15-17 Excerpt....................90
23
     EXHIBIT 6 - E-mail to Bo Runyon from Chris
24          Sanders dated August 15, 2017........118
25

Page 5

1           EXHIBIT INDEX (continued)
2    EXHIBIT
     NUMBER      DESCRIPTION           IDENTIFIED
3
4    EXHIBIT 7 - E-mail to Chris Sanders from
            Colt Dipple dated July 28,
5           2017 with attached photos...........122
6    EXHIBIT 8 - Trendily Sales Orders and
            Invoices to Adobe Interiors.........130
7
     EXHIBIT 9 - Trendily Furniture LLC
8           Inventory QuickReport as of
            December 31, 2017...................139
9
     EXHIBIT 10- E-mail to Chris Sanders from
10          Bo Runyon dated August 16, 2017.....144
11
     EXHIBIT 11- Photograph of Trendily table
12          (new)..............................151
13   EXHIBIT 12- Photographs of Trendily
            table (new).........................154
14
     EXHIBIT 13- Photographs of Jason Scott
15          Collection Sacred Heart dining
            table...............................154
16
     EXHIBIT 14- Collection of various photographs
17          of pedestal tables..................162
18   EXHIBIT 15- Collection of various photographs
            of Trendily furniture...............189
19
20
21
22
23
24
25

2  (Pages 2 to 5)

**Richard Christopher Sanders**

7/23/2018

Page 6

1    RICHARD CHRISTOPHER SANDERS,
2  having been first duly sworn, testified as
3  follows:
4           EXAMINATION
5  BY MR. DIETRICH:
6    Q.  Good morning, Chris.
7    A.  Good morning.
8    Q.  Can you please state your
9  full name for the record?
10   A.  Richard Christopher Sanders.
11   Q.  We just met a minute ago, but
12  I'm Tom Dietrich.  I represent Jason
13  Scott Collection, Inc.
14   A.  Uh-huh.
15   Q.  Have you ever had your
16  deposition taken before?
17   A.  No.
18   Q.  So let me go through a couple
19  of ground rules.  Chuck is probably
20  sick of hearing the ground rules at
21  this point.  But this is the court
22  reporter.  She's going to take down
23  everything that we say.  So it's
24  helpful not to talk over each other or
25  interrupt.  I'll ask a question.  Let

Page 7

1  me ask my question and then you answer.
2  I'll let you answer.  Try to speak loud
3  enough for her to hear.  So I don't
4  think that will be a problem in this --
5  this setting.
6        When you're answering, no
7  head nods or head shakes.  Say "yes" or
8  "no."  And don't say "uh-huh" or
9  "huh-uh."  Rather, "yes" or "no" is
10  easier to take down.
11   A.  Okay.
12   Q.  If you don't understand a
13  question, just let me know.  I'll try
14  to ask a better one.  And --
15   A.  I'm going to have to turn my
16  phone off.
17   Q.  You got your phone on?
18   A.  Yeah.
19   Q.  All right.
20   A.  I need to turn it off.
21   Q.  Also, if I ask you a question
22  and maybe five, ten minutes down the
23  road you remember something else that
24  goes to that question --
25   A.  Uh-huh.

Page 8

1    Q.  -- just let me know and we'll
2  get that on the record.
3    A.  Okay.
4    Q.  Is there any reason to think
5  of that you can't testify fully and
6  truthfully today?
7    A.  No.
8    Q.  Let's start with your
9  educational background.  Did you
10  graduate high school?
11   A.  Yes.
12   Q.  Here in Fort Worth?
13   A.  No.  In Dallas.
14   Q.  And where do you live?
15   A.  I live in Fort Worth.
16   Q.  And how long have you lived
17  in Fort Worth?
18   A.  Two and a half years.
19   Q.  Where did you live before
20  that?
21   A.  Frisco, Texas.
22   Q.  Where is Frisco in relation
23  to Fort Worth?
24   A.  Frisco is about 30 miles
25  north of Dallas.

Page 9

1    Q.  Did you go to college?
2    A.  I did a little college.
3    Q.  Did you graduate?
4    A.  No, I did not.
5    Q.  Did you have a major in
6  college?
7    A.  Science.
8    Q.  And you work in the furniture
9  industry today, correct?
10   A.  Correct.
11   Q.  How long have you worked in
12  the furniture industry?
13   A.  I've worked -- I've worked
14  for a furniture transporter for, like,
15  two, two and a half years, several
16  years back.  And then I was out of the
17  business.  And then I've worked for
18  Trendily for two and a half years.
19   Q.  How long were you out of the
20  business in between the transporter and
21  Trendily?
22   A.  See, what I did prior to
23  working for Trendily was my job was
24  transportation.  And so I was always
25  working for some sort of transportation

email@tobyfeldman.com
tobyfeldman.com

Toby Feldman, Inc.
NATIONWIDE SERVICES

Certified WOB
(800) 246.4950

**Richard Christopher Sanders**                                    7/23/2018

Page 10

```
 1    company.  But there for a while, I
 2    actually worked for a furniture
 3    transportation company.  But in
 4    between, I would say five years.
 5         Q.   And what did you do in that
 6    five years?
 7         A.   I worked for transportation
 8    companies.
 9         Q.   Just not furniture related?
10         A.   Correct.
11         Q.   Did your -- did your prior
12    furniture transportation company have
13    any relationship with Trendily?
14         A.   Yes.
15         Q.   What kind of work did you do
16    for Trendily there?
17         A.   We just transported furniture
18    for them all over the country.
19         Q.   And there's two Trendily
20    companies.  There's Trendily Furniture
21    and Trendily Home Collection, right?
22         A.   Yes.
23         Q.   What's the difference between
24    those two companies?
25         A.   Trendily Furniture is the
```

Page 11

```
 1    part of the company that sells to
 2    stores and dealers.  Trendily Home
 3    Collection is the part that sells to
 4    designers.
 5         Q.   Can you describe the
 6    difference there?
 7         A.   Yeah.  A dealer -- a stocking
 8    dealer, like a store, is going to get a
 9    wholesale price.  And a designer is not
10    going to get a wholesale price.
11    They're going to pay a higher price.
12         Q.   Do they just sell to
13    designers or also to the general
14    public?
15         A.   Do not sell to the general
16    public.
17         Q.   Is there some way you know if
18    somebody is a designer?
19         A.   Yeah.  The designer comes in
20    and shows their credentials.
21         Q.   And then they can buy from --
22    from Trendily Home Collection?
23         A.   Correct.
24         Q.   I'm just going to refer to
25    both those together as Trendily,
```

Page 12

```
 1    probably, throughout this deposition.
 2    Do you understand that?
 3         A.   That's fine.
 4         Q.   Is that okay with you?
 5         A.   That doesn't bother me.
 6         Q.   Who owns Trendily?
 7         A.   Rahul Malhotra.
 8         Q.   How long have you known
 9    Rahul?
10         A.   Since about 2008 or '09.
11         Q.   Was that when you started
12    with the transporter business?
13         A.   I was with the transporter
14    business, and then he started
15    warehousing his furniture at our -- at
16    our warehouse, and that's how I met
17    him.
18         Q.   And where was that warehouse
19    at?
20         A.   Flower Mound, Texas.
21         Q.   Does Trendily still use that
22    warehouse?
23         A.   No.
24         Q.   Does Trendily have a
25    warehouse?
```

Page 13

```
 1         A.   Yes.
 2         Q.   And where is that?
 3         A.   It's at the office there on
 4    Congressman Lane in Dallas.
 5         Q.   And you said back in -- when
 6    you were with the transportation
 7    company, you would transport Trendily
 8    furniture around the country?
 9         A.   Yes.
10         Q.   Where -- well, strike that.
11    What states did Trendily sell furniture
12    in?
13         A.   Well, Trendily sold furniture
14    out of Dallas, but they had customers,
15    you know, in other parts of the
16    country.  So, like, California, Texas.
17    You know, I don't remember all the
18    locations that he sent to.  I remember
19    those two.  Kansas.
20         Q.   Any others that you recall?
21         A.   Maybe Arizona.  Probably
22    Arizona.  Maybe Utah.  You know, it was
23    a long time ago.
24         Q.   Sure, sure.  And I
25    understand.  I just wanted to know what
```

email@tobyfeldman.com          Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com               NATIONWIDE SERVICES                   (800) 246.4950

Richard Christopher Sanders                                    7/23/2018

Page 14

```
 1    you remember --
 2        A.  Uh-huh.
 3        Q.  -- from that.
 4        A.  Uh-huh.
 5        Q.  Did Trendily have a certain
 6    kind of furniture that they focused on,
 7    or was it the whole array of different
 8    kind of furniture pieces?
 9        A.  Back then?
10        Q.  Yes.
11        A.  Back then it was what we
12    called case goods.
13        Q.  And what are case goods?
14        A.  Case goods would be anything
15    with a hardwood finish.  So, like, a
16    dining table or a console table or a
17    coffee table or a credenza or a buffet
18    and dining chairs.  So that's what they
19    made, those kind of things.
20        Q.  At that time do you know
21    where Trendily manufactured its
22    furniture?
23        A.  India.
24        Q.  Is that the same place that
25    it manufactures it today?
```

Page 15

```
 1        A.  He manufactures all of his
 2    case goods in India, and he
 3    manufactures his upholstery in Dallas.
 4        Q.  And India, is that Rahul's
 5    father's factory?
 6        A.  Yes.
 7        Q.  Do you ever communicate with
 8    Rahul's father?
 9        A.  Only when he's in the United
10    States.  Only when he's at the office
11    and I happen to be there as well.
12        Q.  What's his name?
13        A.  Raj.
14        Q.  How often does he come to the
15    United States?
16        A.  Probably two times a year.
17        Q.  Does he have any ownership
18    interest in Trendily, to your
19    knowledge?
20        A.  I believe so, but I'm not 100
21    percent sure on how all that works.
22        Q.  Does Rahul have control of
23    Trendily?
24        A.  I think so.
25        Q.  So you worked at the
```

Page 16

```
 1    transportation company, and then you --
 2    or the furniture transportation, you
 3    took a break from furniture, and then
 4    went back to work with Trendily?
 5        A.  I wasn't working for Trendily
 6    when I worked for the furniture
 7    company.
 8        Q.  Understood.
 9        A.  I worked for a furniture
10    mover, and that furniture mover changed
11    ownership.  And so I was no longer with
12    the company because of that ownership
13    change.  And so I went and worked for
14    another transportation company, and I
15    worked for a couple of transportation
16    companies in between -- and then I
17    started working for Trendily.
18        Q.  How did you start working for
19    Trendily again?
20        A.  One of -- one of the
21    customers that I had found when I was
22    at the furniture transportation company
23    contacted me and said that that company
24    that I had previously been with was
25    unable to service her around
```

Page 17

```
 1    Christmastime, and she was calling me
 2    to see if I could possibly do it for
 3    her, provide the -- because it was
 4    close to Christmas.  And I was able to
 5    do that.  And it turns out that the
 6    shipments that she had shipping were
 7    coming out of Rahul's place, out of
 8    Trendily.
 9        And so Rahul and I had not
10    spoken in a few years, and because I
11    had to go and pick up there, he and I
12    started talking.  And so then -- you
13    know, because I did provide
14    transportation.  So I started providing
15    some transportation services for him.
16    And then that's how we got working
17    together again.
18        Q.  At some point you became a
19    sales representative for Trendily,
20    right?
21        A.  Correct.
22        Q.  How did that go -- you
23    started in transportation.  How did you
24    become a sales representative?
25        A.  He just came to me one day
```

email@tobyfeldman.com                Toby Feldman, Inc.                Certified WOB
tobyfeldman.com                     NATIONWIDE SERVICES              (800) 246.4950

**Richard Christopher Sanders**

7/23/2018

---

Page 18

```
 1   and asked me if I was looking for a
 2   change, if I would like to make a
 3   change.  And so I went down and met
 4   with him, and he offered me the sales
 5   representative position.
 6        Q.   And are you still in that
 7   position today?
 8        A.   Yes.
 9        Q.   How are you paid as a sales
10   representative?
11        A.   I'm paid as a contractor.
12        Q.   Hourly or commission?
13        A.   Commission.
14        Q.   Any hourly wage as well?
15        A.   No.
16        Q.   Do you have a contract with
17   Trendily?
18        A.   Yes.
19        Q.   A written contract?
20        A.   Yes.
21        Q.   What's CTT Associates?
22        A.   CTT?  It's just -- it's just
23   the company that I use so that I can be
24   an LLC.
25        Q.   Are you the only --
```

Page 19

```
 1        A.   Yes.
 2        Q.   -- owner or employee of CTT?
 3        A.   Correct.
 4        Q.   No other employees?
 5        A.   No.
 6        Q.   So how long have you been
 7   working as a sales representative of
 8   Trendily?
 9        A.   April of 2016.
10        Q.   Do you represent any other
11   lines of furniture?
12        A.   Yes.
13        Q.   Who?
14        A.   Old Hickory Tannery.
15        Q.   Any others?
16        A.   No, that's it.
17        Q.   Is Old Hickory still in
18   business?
19        A.   Yes.
20        Q.   Did they go out of business
21   at any point?
22        A.   No.
23        Q.   On a monthly basis, how much
24   money do you make from your
25   representation of Trendily, on average?
```

Page 20

```
 1        A.   About 6,500 to 7,000,
 2   average.
 3        Q.   How about in your
 4   representation of Old Hickory?
 5        A.   Just started with Old Hickory
 6   Tannery, so not very much right now.
 7   Probably about a thousand dollars.
 8        Q.   When did you start with Old
 9   Hickory?
10        A.   April of this year, the end
11   of April.
12        Q.   So April 2018?
13        A.   Uh-huh, yes.
14        Q.   And before that, you only
15   represented Trendily?
16        A.   Correct.
17        Q.   Can you just tell me a little
18   bit about what your job as a sales
19   representative -- and we'll focus on
20   Trendily -- consists of?
21        MR. GREEN:  Object to the
22   form of the question.
23        Q.   (By Mr. Dietrich)  What are
24   you doing on a daily basis?
25        A.   Marketing Trendily.  You
```

Page 21

```
 1   know, working with customers and going
 2   to see customers and trying to develop
 3   new customers.
 4        Q.   And when you say "customers,"
 5   who do you mean?
 6        A.   I mean stores.  Stores mainly
 7   within Texas.  So I handle the state of
 8   Texas, and I try to continue relations
 9   with stores that we have relationships
10   with and try to develop relations with
11   new stores that we don't.
12        Q.   And those are stores that
13   then resell Trendily furniture to end
14   consumers?
15        A.   Yes.
16        MR. GREEN:  Object to form.
17        Q.   (By Mr. Dietrich)  And so he
18   may state an objection, and that's just
19   to get it on the record.  We can --
20   we'll deal with that later.
21        A.   Okay.
22        Q.   But you can go ahead and
23   answer after he states an objection.
24        A.   Okay.
25        Q.   Do you -- so you said the
```

email@tobyfeldman.com
tobyfeldman.com

Toby Feldman, Inc.
NATIONWIDE SERVICES

Certified WOB
(800) 246.4950

**Richard Christopher Sanders**                                              7/23/2018

1    state of Texas is your region?
2        A.   Correct.
3        Q.   Do you have any dealings
4    outside the state of Texas?
5        A.   I do.  I have some customers
6    in Oklahoma and Louisiana.
7        Q.   Anywhere else?
8        A.   That's -- that's it.
9        Q.   Does Trendily have other
10   sales representatives in other
11   locations?
12       A.   Yes.
13       Q.   Can you tell me the
14   geographic regions where Trendily has
15   other sales representatives?
16       A.   I believe he has one in Ohio.
17   I'm not sure if he has any others.  I
18   know he's got that guy.
19       Q.   And do you know the region
20   where the rep in Ohio sells to?
21       A.   I think -- not really.  I
22   know he sells Ohio.  I'm not sure of
23   any other areas.
24       Q.   By amount of sales, who would
25   you say Trendily's biggest customers in

1    Texas are?
2        MR. GREEN:  Objection, form.
3        A.   So do I still answer?
4        Q.   (By Mr. Dietrich)  Yes.
5        MR. GREEN:  Yes, go ahead and
6    answer.
7        A.   By amount of sales in Texas,
8    Catrina Interiors is a big one.  Hill
9    Country Interiors is a big one.
10       Q.   (By Mr. Dietrich)  Where is
11   Catrina Interiors located?
12       A.   Boerne, Texas.
13       Q.   Do you know about how many
14   customers Trendily has in the
15   Dallas/Fort Worth region?
16       MR. GREEN:  Objection, form.
17       A.   Dallas/Fort Worth?  Off the
18   top of my head -- I'm just guessing --
19   eight.
20       Q.   (By Mr. Dietrich)  Does
21   Trendily have any kind of agreement
22   about exclusivity or if it sells to one
23   dealer, it won't sell to dealers around
24   or nearby to that one?
25       A.   Well, what we --

1        MR. GREEN:  Objection, form.
2        A.   What we do is, if we're
3    selling to multiple dealers within the
4    same area, then we try to protect them
5    by -- if we're selling this dealer a
6    certain piece, we want to sell a
7    different piece to this dealer so that
8    they're not competing against each
9    other.
10       Q.   (By Mr. Dietrich)  So you
11   might sell to dealers close to each
12   other, but you try to sell different
13   pieces.
14       A.   Correct.
15       Q.   Is there any kind of written
16   agreement along those lines?
17       A.   No.
18       Q.   Is Trendily still primarily
19   selling case goods, or is it selling
20   other furniture now?
21       MR. GREEN:  Objection, form.
22       A.   Trendily sells probably -- a
23   lot of upholstery.  So it's not
24   primarily case goods, by any means.
25   It's probably just as much upholstery

1    as it is case goods.
2        Q.   (By Mr. Dietrich)  Anything
3    else besides upholstery and case goods?
4        A.   That's pretty much it.
5        Q.   I guess that's furniture,
6    isn't it?
7        A.   Yeah, that's furniture, yes.
8        Q.   Are you familiar with the
9    term SKU?
10       A.   Yes.
11       Q.   And what does that mean to
12   you?
13       A.   It's a specific item number
14   that identifies a piece of whatever it
15   is.
16       Q.   How many SKUs does Trendily
17   sell right now?
18       A.   150.  I'm guessing.  I
19   don't -- honestly, I don't know.
20   That's a total guess.
21       Q.   Over a hundred?
22       A.   Yes.
23       Q.   And was it the same in 2017?
24       A.   I have no idea how many SKUs
25   he had back then because all I was

7 (Pages 22 to 25)

Page 26

1  doing -- oh, in 2017.
2      Q.   Correct.
3      A.   Oh, okay.
4      Q.   Just a year ago.
5      A.   Sorry.  For a second I
6  thought you were asking about way back.
7  Yeah, pretty much, yes.
8      Q.   So who does the manufacturing
9  for Trendily?
10         MR. GREEN:  Objection, form.
11     A.   The stuff -- the case goods
12  are manufactured in --
13     Q.   (By Mr. Dietrich)  Yeah, the
14  case goods.
15     A.   So Trendily in India
16  manufactures case goods.  And then
17  Trendily in Dallas, at the place on
18  Congressman, manufactures upholstery.
19     Q.   Is there anyone else involved
20  in the manufacturing at all?
21     A.   No.
22     Q.   Let's go through -- to the
23  extent that you know, so, say, a piece
24  of furniture is manufactured in India.
25  How does it get to the U.S.?

Page 27

1      A.   The guys in India manufacture
2  the piece, and then they stuff it in a
3  container, and then the container comes
4  across the ocean, lands in Houston, a
5  truck picks it up in Houston, brings it
6  to Dallas, it gets unloaded in Dallas
7  at the Dallas warehouse.
8      Q.   Can you keep track of that
9  process as a sales rep?
10     A.   I get a -- I get a sheet that
11  indicates what's coming on the next
12  container.
13     Q.   Does it track multiple
14  containers or just whatever is coming
15  next?
16     A.   It just tracks what's coming
17  next.
18     Q.   What's a manufacturing
19  timeline, say, for a case good in
20  India?
21     A.   From start to finish, case
22  good in India, would be about eight to
23  ten weeks.
24     Q.   And how does that
25  manufacturing process usually start if

Page 28

1  you are here and you want someone in
2  India to manufacture a piece of
3  furniture?
4      A.   I'll take an order from a
5  customer, and if it's something that's
6  not in stock, then we have to order it
7  from India.  So I'll write the order,
8  turn it in to the office, and then
9  Rahul --
10         I don't know how to turn my
11  phone off, so it just keeps ringing.
12     Q.   I can't hear it, so...
13     A.   Rahul will then enter a
14  purchase order to India, and then they
15  will manufacture the piece.
16     Q.   Does Rahul send a picture of
17  the piece to India?
18     A.   I don't know.  Usually what
19  happens is, is I write the order, and I
20  just send my sales -- or my PO to him,
21  and then he sends the PO.  Sometimes if
22  someone were to ask us to do something
23  specific, he might send a picture, I
24  would assume.
25     Q.   Is that sent by e-mail to

Page 29

1  India?
2      A.   That, I don't know.  I don't
3  have any involvement in that part of
4  it.
5      Q.   Are you involved at all --
6  strike that.  Are you involved at all
7  with the design of furniture products?
8      A.   No.
9      Q.   Do you know how Trendily
10  chooses what products to manufacture?
11     A.   We manufacture products -- I
12  guess I'm not quite sure what you mean
13  by the question.
14     Q.   Sure.  If Trendily is coming
15  out with a new product or if it's going
16  to make a new table, how does it go
17  about selecting what design?
18         MR. GREEN:  Objection, form.
19     A.   That, I don't know.
20     Q.   (By Mr. Dietrich)  Do you
21  know who is involved with the design of
22  Trendily furniture?
23     A.   I --
24         MR. GREEN:  Objection, form.
25     A.   I -- I don't know.  I would

email@tobyfeldman.com                 Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                      NATIONWIDE SERVICES                    (800) 246.4950

**Richard Christopher Sanders**                                7/23/2018

Page 30

1    assume Rahul.
2        Q.   (By Mr. Dietrich)  Are there
3    any designers that you know of that
4    work for Trendily?
5        A.   No.
6        Q.   Do you know who the employees
7    of Trendily are?
8        A.   Yes.
9        Q.   Who is that?
10       A.   The employees?
11       Q.   Yes.
12       A.   You want me to list all the
13   employees?
14       Q.   Well, how many are there?
15       A.   In Dallas?  I don't know
16   anybody in India except Raj.
17       Q.   No, let's just go with
18   Dallas.
19       A.   Seven or eight.
20       Q.   Is Dara Dykes an employee?
21       A.   She worked with Trendily for
22   about a month.  She no longer works
23   there.
24       Q.   Do you know why she left
25   Trendily?

Page 31

1        A.   I really don't, no.
2        Q.   She was only there for a
3    month?
4        A.   Yeah.
5        Q.   Do you have any knowledge of
6    Trendily's profitability?
7        A.   I do not.
8        Q.   You have been there two and a
9    half years, you said?
10       A.   Correct.
11       Q.   Do you have an idea of
12   whether sales are growing?
13       A.   Sales are growing.
14       Q.   Sales are growing?
15       A.   Yes.
16       Q.   Do you know how much they've
17   grown in the last year?
18       A.   No, I do not.
19       Q.   In your view, is the company
20   profitable?  Is it making money?
21       MR. GREEN:  Objection, form.
22       A.   I think the company is doing
23   fine.
24       Q.   (By Mr. Dietrich)  You talked
25   a little bit about the system you would

Page 32

1    create a purchase order on, correct?
2        A.   Yes.
3        Q.   What's -- does that system
4    have a name?
5        A.   RepZio.
6        MR. GREEN:  Pardon me?
7        THE WITNESS:  Rep, R-E-P,
8    Z-I-O.  RepZio.
9        Q.   (By Mr. Dietrich)  And is
10   that a system you access on your
11   computer, or where is it?
12       A.   I can access it on my iPad.
13       Q.   So let's just say a customer
14   wants to place an order.  They come to
15   you and say I want to order a table.
16   What do you do from there?
17       A.   So it can go one of two ways.
18   Either the customer will say I'm going
19   to send you a PO, and so the customer
20   will actually send me a written
21   purchase order via fax or e-mail, or
22   they'll send me the information, like,
23   in a text or an e-mail telling me what
24   they want.  So if they send the PO, the
25   written PO, then I just turn it in.  If

Page 33

1    they send me an e-mail or a text
2    stating what they want, then I will
3    write it up in RepZio, and then I'll
4    submit that.
5        Q.   Do you have a Trendily e-mail
6    address?
7        A.   Yes.
8        Q.   Do you use that for Trendily
9    business?
10       A.   Yes.
11       Q.   Do you distribute that
12   Trendily e-mail address to customers?
13       A.   Yes.
14       Q.   Once you write something up
15   in RepZio, is it submitted to Rahul?
16       A.   It's submitted to -- it goes
17   to Rahul and to Patricia.
18       Q.   What's Patricia's last name,
19   if you know?
20       A.   I can't think of it.
21       Q.   She's a Trendily employee?
22       A.   Yes.
23       MR. GREEN:  Objection, form.
24       Q.   (By Mr. Dietrich)  And then
25   what happens after the PO is submitted?

email@tobyfeldman.com                Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                     NATIONWIDE SERVICES                  (800) 246.4950

Richard Christopher Sanders                                    7/23/2018

Page 34

1     A.   She enters a sales order into
2   the system.
3     Q.   And what happens with the
4   sales order?
5     A.   The sales order generates a
6   work order.  So what happens is the
7   sales order is either going to generate
8   the purchase order to create something
9   in India, or it's going to generate a
10  work order for the guys that are doing
11  the upholstery to begin on the
12  upholstery.
13    Q.   So if it's going to go over
14  to India, it's a purchase order?
15    A.   The sales order will generate
16  a purchase order or -- yes.
17    Q.   And then at some point is
18  there an invoice created?
19    A.   An invoice is created once
20  the item is in stock in Dallas.
21    Q.   And then the invoice goes to
22  the customer?
23    A.   Correct.
24    Q.   Is that all happening in the
25  RepZio system?

Page 35

1     A.   No.  No.  All the RepZio
2   system is, is just a place for me to
3   enter an order just so that I don't
4   have to write it out by hand.  That's
5   basically all that is.
6     Q.   Do you know if the RepZio
7   system saves the records that you
8   create?
9     A.   Yes.
10    Q.   And can you go back and
11  access records from past years?
12    A.   I can go back and see the
13  records, yes.
14    Q.   Are you familiar with the
15  Jason Scott Collection, the company?
16    A.   Yes.
17    Q.   How long have you known of
18  Jason Scott Collection?
19    A.   Probably since late 2016.
20    Q.   How did you come to know
21  about Jason Scott Collection at that
22  time?
23    A.   Well, he sells to a lot of
24  the same customers that I sell to.  So,
25  you know, when I go and see a customer,

Page 36

1   one of my jobs is to walk around and
2   see who else is in the store, just
3   to -- you know, so that I know who I'm
4   up against.
5     Q.   Do you consider Jason Scott
6   Collection a competitor of Trendily?
7     A.   Everybody makes furniture.
8   So we're all furniture manufacturers.
9   So --
10    Q.   I guess you said to see who
11  you're up against.
12    A.   Well, what I mean by that is
13  who is in the store.  You know, who's
14  already in the store.  So what kind of
15  looks are in the store, what kind of
16  price point is in the store so that it
17  helps me to understand, you know, if
18  it's a store that I'm trying to get
19  into, you know, what is my -- how do I
20  work my way into that store.
21    Q.   Do you recall where you first
22  saw Jason Scott furniture?
23    A.   Probably at Hill Country
24  Interiors.
25    Q.   And that's in San Antonio?

Page 37

1     A.   Yes.
2     Q.   Did you have any knowledge of
3   Jason Scott from back when you were a
4   furniture transporter?
5     A.   No.  But I didn't have
6   knowledge of any manufacturers, hardly,
7   because that wasn't my job.  My job was
8   just to move it.
9     Q.   Is Runyon's a customer of
10  Trendily?
11    A.   Runyon's is a customer of
12  Trendily.  We haven't sold anything to
13  them in quite some time.  But, yes,
14  they have been a customer of ours.
15    Q.   Do you recall seeing Jason
16  Scott furniture on the floor at
17  Runyon's?
18    A.   Yes.
19    Q.   Is Brumbaugh's a customer of
20  Trendily?
21    A.   Yes.
22    Q.   Do you recall seeing Jason
23  Scott furniture on the floor at
24  Brumbaugh's?
25    A.   Yes.

email@tobyfeldman.com                Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                     NATIONWIDE SERVICES                   (800) 246.4950

Richard Christopher Sanders                                    7/23/2018

Page 38

1     Q.   And Hill Country, you said
2  you saw Jason Scott furniture on the
3  floor there?
4     A.   Yes.
5     Q.   Have you ever taken
6  photographs of Jason Scott furniture?
7     A.   No.
8     Q.   Have you ever asked someone
9  else to take photographs of --
10    A.   No.
11    Q.   -- Jason Scott furniture?
12    A.   No.
13    Q.   Do you know Mark Williamson,
14 the Jason Scott rep in Texas?
15    A.   No, I do not.
16    Q.   I'm going to ask you some
17 questions about the start of what
18 Trendily called the MJ Collection.  Do
19 you know what I mean when I --
20    A.   Yes.
21    Q.   -- refer to that?
22    A.   Yes.
23    Q.   And even if it wasn't going
24 by that name at the very beginning,
25 when I say "MJ Collection," I'm

Page 39

1  referring to those pieces of furniture.
2  Do you understand that?
3     A.   Okay.
4     Q.   How did the MJ Collection
5  pieces come about?
6     A.   I don't know.  All I know is
7  that all of a sudden one day Rahul told
8  me that we're going to start selling
9  these pieces that we're calling the MJ
10 Collection.
11    Q.   And what pieces was he
12 talking about at that time?
13    A.   Can you be more specific?
14    Q.   Sure.  You said Rahul said,
15 we're going to start selling these
16 pieces called the MJ Collection.
17    A.   Uh-huh.
18    Q.   What pieces were those?
19    A.   What pieces were those?
20    Q.   Yes.
21    A.   Okay.  There was a dining
22 table, there was a desk, and there was
23 a credenza.
24    Q.   And when did Rahul tell you
25 that?

Page 40

1     A.   I'm trying to think.
2     Q.   Sure.  To the best of your
3  recollection.
4     A.   Beginning of 2017.
5     Q.   And to the extent you can
6  recall, what specifically did he say
7  about those pieces?
8     A.   These are some pieces that
9  we're going to sell.  These are really
10 cool-looking pieces, and we're going to
11 market these.
12    Q.   Did he say where the idea for
13 those pieces came from?
14    A.   He told me that he was asked
15 to create some pieces that had that
16 look to it.
17    Q.   Did he say who asked him?
18    A.   I do not know who asked him.
19    Q.   Did he tell you what kind of
20 wood the pieces were made out of?
21    A.   The pieces were made out of
22 reclaimed teak.
23    Q.   To your knowledge, had
24 Trendily ever carried any furniture
25 before that made out of reclaimed teak?

Page 41

1        MR. GREEN:  Objection, form.
2     A.   We had carried furniture
3  before that made out of reclaimed wood.
4  I'm not certain about it being
5  reclaimed teak, but yes, we had carried
6  wood -- furniture made out of reclaimed
7  wood.
8     Q.   (By Mr. Dietrich)  Is there
9  anything else that you can recall that
10 Rahul said in that first conversation?
11    A.   I'm just trying to remember
12 it.  Like I said, I'm not 100 percent
13 sure of when it was.  I'm just guessing
14 on when it was.  That's pretty much it.
15    Q.   And what did you do after
16 that conversation with regard to the MJ
17 Collection pieces?
18    A.   Nothing.
19    Q.   Did you go --
20    A.   I mean, I'm not going to
21 market them until I have all the
22 information that I need to market.
23 Once I get that information, then I'll
24 start -- I'll start going out and
25 trying to sell it.

email@tobyfeldman.com                Toby Feldman, Inc.              Certified WOB
tobyfeldman.com                     NATIONWIDE SERVICES          (800) 246.4950

**Richard Christopher Sanders**                           7/23/2018

---

Page 42

```
 1        Q.   So did you get more
 2   information about them?
 3        A.   I go out and start to sell
 4   whatever it is I'm selling once I've
 5   been given pictures, dimensions, and
 6   pricing.
 7        Q.   And did you get that
 8   information on the MJ Collection?
 9        A.   I did get that information.
10   I don't recall when I got that, but
11   yes, I did get it.
12        Q.   You said pictures,
13   dimensions, and pricing?
14        A.   Yes.
15        Q.   How did you get that
16   information on the -- about the MJ
17   Collection pieces?
18        A.   I went into his office and he
19   gave me some -- he sent me some
20   pictures.  Actually, I think he put
21   some pictures on the Dropbox.  And then
22   he gave me the dimensions and gave me
23   the prices.
24        Q.   And that information came
25   straight from Rahul?
```

Page 43

```
 1        A.   Yes.
 2        Q.   And the Dropbox you referred
 3   to, that's Trendily's Dropbox?
 4        A.   Yes.
 5        Q.   And Rahul put the pictures
 6   there?
 7        A.   I don't remember if he put
 8   the pictures there or if I did.  I
 9   think -- I think he did, but I can't
10   remember.
11        Q.   Do you know if there were any
12   e-mails to you or from you about these
13   pieces then?
14        A.   No, I don't recall any
15   e-mails, because I was right there.
16        Q.   You were right there in his
17   office?
18        A.   Yes.
19        Q.   Did he make any other
20   comments about the pieces at that time
21   when you were in the office with him?
22        A.   I don't recall any.
23        Q.   So you got the information
24   that -- the photos, the dimensions, and
25   the prices.  Do you know how the prices
```

Page 44

```
 1   of those pieces were set?
 2        A.   Not really.  I mean, I think
 3   what he does is he looks at, you know,
 4   what his cost is, and then comes up
 5   with the price based on his cost.
 6        Q.   Did you have any involvement
 7   in setting the price?
 8        A.   No.
 9        Q.   Do you know the cost to
10   manufacture the MJ Collection pieces?
11        A.   I do not.  No, I do not.
12        Q.   Did you talk to Rahul at all
13   about the sales price?
14        A.   He told me what the price
15   was.  I looked at the piece and said
16   okay.
17        Q.   So from there, what did you
18   do?
19        A.   From there, then I go and see
20   customers and try to sell it along with
21   all the other items that, you know, I'm
22   selling.
23        Q.   Those times -- did you
24   recognize the design of the furniture
25   at all, the MJ Collection pieces?
```

Page 45

```
 1        A.   Yes.
 2        Q.   And what did you recognize it
 3   as?
 4        A.   Well, I recognized that it
 5   had a similar look to Jason Scott.
 6        Q.   Did you say anything about
 7   that to Rahul?
 8        A.   No.
 9        Q.   Did he mention Jason Scott at
10   all in those early conversations?
11        A.   I don't recall.  Maybe, maybe
12   not.  I don't remember.
13        Q.   But at that time you
14   recognized a similarity to Jason Scott?
15        A.   I did recognize it, but
16   everything is similar to everything.  I
17   mean, you know, I sell -- I sell dining
18   tables.  My dining tables are similar
19   to other people's dining tables.  I
20   sell sofas that are similar to other
21   people's sofas, consoles that are
22   similar to other people's consoles.
23   It's because they're all made out of
24   wood or metal, and they all have
25   similar looks because there's only so
```

email@tobyfeldman.com                 **Toby Feldman, Inc.**                Certified WOB
tobyfeldman.com                    **NATIONWIDE SERVICES**                (800) 246.4950

**Richard Christopher Sanders**                                        7/23/2018

Page 46

1    many looks you can produce.
2        Q.   Had you seen the Jason Scott
3    pieces -- the table, the desk, and the
4    buffet -- at any of your customers'
5    locations?
6        A.   The Jason Scott pieces --
7        Q.   That were similar to the MJ
8    Collection pieces.
9        A.   I think I remember seeing a
10   buffet or a credenza that was similar
11   to what we were making.  I don't recall
12   seeing the table or the desk.
13       Q.   Did you have any
14   conversations with Rahul in this maybe
15   early 2017 time frame about the MJ
16   Collection that were in text or e-mail?
17       A.   Maybe.  I don't recall.  He
18   and I talk an awful lot.
19       Q.   Do you talk by text often?
20       A.   We talk by text, we talk by
21   phone call.
22       Q.   Do you recall getting a
23   subpoena from Jason Scott Collection
24   asking for documents in this case?
25       A.   Me getting one?

Page 47

1        Q.   CTT Associates.
2        A.   Okay, yes.
3        Q.   Did you look for text
4    messages that had information
5    responsive to the subpoena?
6        A.   Uh-huh.
7        Q.   And you would have produced
8    those if you found them?
9        A.   Yes.
10       Q.   Have you talked to Rahul
11   about this deposition?
12       A.   About this deposition?
13       Q.   Correct.
14       A.   Just told him that I was
15   going to be here.
16       Q.   Did you have any more
17   conversation than that about it?
18       A.   No.
19       Q.   Have you talked with any of
20   Trendily's attorneys about the
21   deposition?
22       A.   He and I talked the other
23   day.
24       Q.   For how long?
25       A.   15 minutes.

Page 48

1        Q.   And what did you talk about?
2        A.   Just kind of getting me the
3    general idea of how this was going to
4    go, because I had never been involved
5    in anything like this before.
6        Q.   Did you talk about any of
7    your testimony?
8        A.   He just gave me an indication
9    of probably what you might ask me.
10       Q.   Did you talk about your
11   answers to different questions?
12       A.   He asked me questions, and I
13   answered them.
14       Q.   Do you remember who the first
15   customer that you approached about the
16   MJ Collection was?
17       A.   Probably Adobe.
18       Q.   Is that Adobe Interiors?
19       A.   Yes.
20            (Exhibit 1 marked.)
21       Q.   Let me show you what's been
22   marked Exhibit 1 to your deposition.
23       A.   Okay.
24       Q.   Do you recognize that table?
25       A.   Yes.

Page 49

1        Q.   Do you know who makes that
2    table?
3        A.   Trendily.  I'm assuming.
4        Q.   That looks like the MJ dining
5    table to you?
6        A.   I think so.  It's a bad
7    angle.  I think.  I'm not 100 percent
8    sure, but I think so.
9            (Exhibit 2 marked.)
10       Q.   I'm showing you what's been
11   marked Exhibit 2.  Do you recognize
12   Exhibit 2?
13       A.   Yes.
14       Q.   What do you recognize Exhibit
15   2 as?
16       A.   It's a credenza.
17       Q.   Do you know who makes that
18   credenza?
19       A.   It looks like the one
20   Trendily made.
21       Q.   The MJ -- what is that, MJ
22   sideboard, they called it?
23       A.   Yes.
24            (Exhibit 3 marked.)
25       Q.   I'm showing you what's been

email@tobyfeldman.com          Toby Feldman, Inc.          Certified WOB
tobyfeldman.com                NATIONWIDE SERVICES          (800) 246.4950

**Richard Christopher Sanders**

7/23/2018

Page 50

```
1    marked Exhibit 3.  Do you recognize
2    Exhibit 3?
3         A.   I do recognize it.
4         Q.   And what do you recognize it
5    as?
6         A.   It's a desk.
7         Q.   Is that -- do you know who
8    makes that desk?
9         A.   From this angle, no, I cannot
10   tell you.
11        Q.   And does it look like a
12   Trendily desk?
13        A.   It looks like it could be a
14   Trendily desk.
15        Q.   Was this the MJ desk?
16        A.   It could possibly be the MJ
17   desk.  I can't be certain on that.
18   It's a very bad angle.
19        Q.   Right, I understand.  It's
20   just the end angle.  Have you ever seen
21   another desk with the -- say, the
22   ironwork in the form of -- is that a
23   cross in there?
24        A.   I'm aware of another one.
25   I've not actually seen it, but I am
```

Page 51

```
1    aware of it.
2         Q.   So Trendily had that on their
3    MJ desk, right?
4         A.   Yes.
5         Q.   And what's the other one
6    you're aware of?
7         A.   Jason Scott.
8         Q.   So you said you -- the first
9    customer you talked to about the MJ
10   Collection pieces was Adobe?
11        A.   I believe so.
12        Q.   And who at Adobe did you talk
13   with?
14        A.   Tanner Dipple.
15        Q.   Was that face to face, or in
16   text, or how did you meet with him?
17        A.   I don't remember.  I probably
18   called him and wanted to set up a
19   meeting.  And then went and saw him,
20   I'm guessing.  I can't remember.
21        Q.   And you talked about the MJ
22   pieces with him?
23        A.   When we -- when I met with
24   him to talk about the MJ pieces, yes.
25        Q.   And how did that conversation
```

Page 52

```
1    go?  What was his response?
2         A.   He liked them and thought
3    they looked good, and he wanted to buy
4    some.
5         Q.   Of all three pieces or any
6    one in specific?
7         A.   I think he bought all three.
8    I can't remember.
9         Q.   And I'm just asking to the
10   best of your memory.
11        A.   Yeah, yeah.
12        Q.   I know this was a while back.
13        A.   Yeah.
14        Q.   I just --
15        A.   I believe so, but I don't
16   know if he bought the desk or not.  I
17   cannot remember.
18        Q.   Did Jason Scott come up at
19   all in that conversation with Tanner?
20        A.   Yeah, I'm sure he said that
21   he thought they looked like Jason
22   Scott.
23        Q.   What did you respond when he
24   said that?
25        A.   These are our pieces and, you
```

Page 53

```
1    know, they look really good.  They're a
2    good price.
3         Q.   And Adobe ended up buying MJ
4    Collection pieces?
5         A.   Yes.
6         Q.   Do you recall who you talked
7    with about the MJ Collection pieces
8    after that?
9         A.   Other customers?  I know we
10   talked to Western Heritage.  I mean, I
11   offered them to a lot of people, you
12   know.  You know, the majority of my
13   customers, you know, I would speak to
14   about it.
15        Q.   Sure.  And did you speak to
16   the majority of your customers about
17   the MJ pieces?
18        A.   I speak to -- when I go to
19   see my customers, I'm going to speak to
20   them about everything that we have to
21   offer.  So yes.
22        Q.   And you recall speaking to
23   them about the MJ Collection pieces?
24        A.   I don't specifically remember
25   that, but I'm sure I did.  I see a lot
```

email@tobyfeldman.com
tobyfeldman.com

Toby Feldman, Inc.
NATIONWIDE SERVICES

Certified WOB
(800) 246.4950

Richard Christopher Sanders                                7/23/2018

Page 54

1   of people.
2       Q.   Yeah.  And I understand that.
3   But how many customers do you deal with
4   in the state of Texas?
5       A.   55, 60.
6       Q.   Do you have a list somewhere
7   of these customers?
8       A.   Uh-huh.
9       Q.   Where is that?
10      A.   I have -- I have a list, you
11  know, on paper.  There's probably more
12  than that.  I'm thinking of ones that I
13  probably deal with on a consistent
14  basis.
15      Q.   Is 55 to 60?
16      A.   I'm guessing, yeah.
17      Q.   That's why your phone is
18  ringing all the time.
19      A.   Yes, yes.
20      Q.   You mentioned Western
21  Heritage.  Who is that?
22      A.   Who is it?
23      Q.   Well, what is Western
24  Heritage?
25      A.   Western Heritage is, you

Page 55

1   know, a rich ranch store in
2   Weatherford, Texas.
3       MR. GREEN:  A what kind of
4   store?
5       Q.   (By Mr. Dietrich)  Yeah.
6       A.   Rich ranch.
7       Q.   Rich ranch.  What is that?
8       A.   That's the term we use for
9   the type of furniture they sell.
10  That's what Trendily manufactures is
11  rich ranch furniture.
12      Q.   Rich ranch furniture?
13      A.   Yes.  That's the term used.
14      Q.   Does that mean it's kind of
15  pricy?
16      A.   That means high end.  You
17  know, it differentiates it from what
18  people around Texas call rustic, which
19  is low end.  It's not made out of pine
20  or any of that stuff.  It's much more
21  expensive, much higher quality.
22      Q.   Say, furniture from Mexico,
23  would you call that rustic, usually?
24      A.   Yes.
25      Q.   And you're rich ranch.  Is

Page 56

1   Jason Scott rich ranch?
2       A.   I don't know what Jason Scott
3   is.
4       Q.   So Western Heritage, you
5   said, is a rich ranch seller, retailer?
6       A.   I don't know if they would
7   call themselves that, but that's a term
8   we use, yes.
9       Q.   No, I get it.
10      A.   All right.
11      Q.   And, I'm sorry, where are
12  they located?
13      A.   Weatherford.
14      Q.   How far is that away from
15  Fort Worth?
16      A.   30, 35 miles.
17      Q.   And who is your contact at
18  Western Heritage?
19      A.   Ron and Tammy.
20      Q.   Is that Ron McBee?
21      A.   Yes.
22      Q.   And what's Tammy's last name?
23      A.   I don't know what Tammy's
24  last name is now.  It was McBee.
25      Q.   Oh, I see.  Does Tammy still

Page 57

1   work at Western Heritage?
2       A.   Yes.  They both still work
3   there, yes.
4       Q.   And Ron -- is Ron your
5   primary contact there?
6       A.   I would say it's probably
7   about -- actually, I've got three
8   contacts there.  I've got Ron, Tammy,
9   and then there's a lady that works for
10  them that's their lead designer named
11  Debbie.
12      Q.   And who did you talk about
13  the MJ Collection pieces with?
14      A.   That would have been Ron and
15  Tammy.
16      Q.   And do you recall that
17  conversation, when about that was?
18      A.   No.  Honestly, I have no clue
19  when that was.  I'm sure it was in --
20  sometime in 2017.
21      Q.   Do you recall discussing -- I
22  guess are you familiar with the term "a
23  gallery"?
24      A.   A gallery?
25      Q.   Yeah.  A place where Trendily

15  (Pages 54 to 57)

**Richard Christopher Sanders**                                    7/23/2018

Page 58

1   might showcase its furniture inside of
2   another -- a retailer's show space?
3       A.   I know what you're saying,
4   yes.
5       Q.   Does that have another name?
6   Is gallery that name or --
7       A.   I guess that's a name, yeah.
8   I mean, you know, what -- basically,
9   what Trendily does is we just sell to
10  our customer.  We try to get our -- you
11  know, our customer is going to order
12  and order for a client or they're going
13  to order to put it on their floor.
14      Q.   Do you ever recall discussing
15  the gallery idea with someone at
16  Western Heritage, to do inside their
17  store?
18      A.   Yeah, there probably was a
19  discussion about that.
20      Q.   And what specifically did you
21  talk about?
22      A.   They talked about possibly
23  putting in several pieces to showcase
24  the items there in their store.
25      Q.   And were those MJ pieces?

Page 59

1       A.   Yes.
2       Q.   And was it just the three
3   pieces there -- the table, the desk and
4   the buffet -- or were there more
5   discussed?
6       A.   It was discussed that there
7   could be more pieces to put in there.
8       Q.   More pieces in the MJ
9   Collection?
10      A.   Yes.
11      Q.   And what other kind of pieces
12  were those that were discussed?
13      A.   I don't recall specifically.
14  You know, just other pieces that
15  would -- that would compliment what was
16  already -- what we already had.
17      Q.   And were those other pieces
18  going to be taken from Jason Scott
19  designs?
20          MR. GREEN:  Objection,
21  leading.
22      A.   I'm not aware of that.
23      Q.   (By Mr. Dietrich)  Did Jason
24  Scott come up at all in your discussion
25  with Western Heritage?

Page 60

1       A.   They mentioned that the stuff
2   looked like Jason Scott, yes.
3       Q.   Did Trendily ever follow
4   through and have an MJ Collection
5   gallery in Western Heritage?
6       A.   No.
7       Q.   Do you know why, why that
8   didn't happen?
9       A.   No, I don't.  I know that
10  there was a -- when was the lawsuit
11  filed?  The lawsuit was filed, I guess,
12  what was it, August of last year?  And
13  so the second the lawsuit was filed,
14  Trendily stopped, ceased everything.
15      Q.   Before that, did you also
16  discuss this gallery concept with
17  someone at Adobe?
18      A.   I don't recall having that
19  conversation with Adobe at all.
20      Q.   Did you ever meet with Jerry
21  Dipple about the MJ Collection
22  furniture?
23      A.   Probably.
24      Q.   Do you recall meeting with
25  Jerry?

Page 61

1       A.   I've met with Jerry many
2   times, yes.
3       Q.   And do you recall discussing
4   this gallery idea with him?
5       A.   I recall meeting with Jerry
6   and us talking about making them our --
7   you know, talking with them about
8   possibly being a Trendily -- showing
9   Trendily in their store, a lot of
10  Trendily.  You know, we weren't talking
11  specifically about MJ.  We were talking
12  about all of Trendily products.
13      Q.   In the Adobe store?
14      A.   Yes.
15      Q.   And did that idea pan out?
16      A.   No.
17      Q.   Do you know why?
18      A.   I just think they decided
19  they didn't think they wanted to do
20  that.  They wanted to -- I personally
21  feel they didn't want to put all their
22  eggs in one basket.
23      Q.   So you were talking about
24  making Adobe a Trendily showcase?
25      A.   Trendily -- all of Trendily,

16  (Pages 58 to 61)

Richard Christopher Sanders                                7/23/2018

Page 62

1    yeah.  We discussed that, yes.
2        Q.   Do you recall Jerry ever
3    mentioning Jason Scott with regards to
4    the MJ Collection?
5        A.   No, I don't remember talking
6    with Jerry about Jason Scott.  I'm not
7    saying I didn't, but I don't recall.
8        Q.   That's all I want.
9        A.   Most of my conversations were
10   with Tanner.
11       Q.   Most of your conversations
12   were with Tanner?
13       A.   Yes.  I mean, I've talked
14   with Jerry many times, but whenever we
15   were talking with Jerry, it was always
16   about that grander scheme of the whole
17   thing.
18       Q.   I understand.
19       (Exhibit 4 marked.)
20       Q.   Let me show you what's been
21   marked Exhibit 4.  Just take a minute
22   to look over it.
23       A.   Okay.
24       Q.   And you said earlier you
25   texted with Tanner --

Page 63

1        A.   Uh-huh.
2        Q.   -- about business?
3        A.   Uh-huh.
4        Q.   And do you recognize these
5    text messages?
6        A.   Uh-huh.
7        Q.   Can you say "yes" or "no" for
8    the record?
9        A.   Oh, I'm sorry.
10       Q.   That's all right.
11       A.   Yes, yes.  I'm sorry.
12       Q.   It's easy to slip into, so
13   I'll try to catch you if you do.  No
14   problem.
15       A.   I wasn't doing that on
16   purpose.
17       Q.   And are these texts between
18   you and Tanner?
19       A.   Yes.
20       Q.   And looks like the date there
21   is April 7th, and I believe that's
22   2017.  Does that sound right?
23       A.   Yes.
24       Q.   And on the first page there,
25   you said, "Hey, I'm thinking that I

Page 64

1    should go ahead and put you guys down
2    for one of those beds and a table and
3    desk."
4        Do you see that?
5        A.   Yes.
6        Q.   Do you think you're referring
7    to the MJ Collection table and desk
8    there?
9        MR. GREEN:  Objection,
10       leading.
11       A.   I assume so.
12       Q.   (By Mr. Dietrich)  If you'd
13   turn to the second page.  In the middle
14   you state, "The carved teak items we
15   were talking about this morning --
16   table, desk, credenza -- are just now
17   leaving India, so they will be here
18   around end of May."
19       Do you see that?
20       A.   Yes.
21       Q.   Did you write that text to
22   Tanner?
23       A.   Yes.
24       Q.   And was that in your capacity
25   as a rep for Trendily?

Page 65

1        MR. GREEN:  Objection, form.
2        A.   Well, I'm -- you know, you
3    and I spoke earlier about me having
4    lists of what's on the containers.  You
5    know, like the next container that's
6    coming, that's as far as I know.  So I
7    knew that we had some coming.
8        Q.   (By Mr. Dietrich)  And you're
9    sending this to him in an effort to
10   sell Adobe furniture, right?
11       A.   Correct.
12       Q.   And are these the MJ
13   Collection pieces that you're talking
14   about here?
15       A.   The table, desk, and
16   credenza, yes, those are the MJ pieces.
17       Q.   So you knew they were leaving
18   India in early April of 2017?
19       A.   That's what I'm saying here.
20       Q.   All right.  And was that from
21   that -- you said that sheet -- that
22   shipping sheet?  What do you call that?
23       A.   That's like a container list.
24   They might have been on the container
25   list or maybe Rahul just told me.  I

17 (Pages 62 to 65)

**Richard Christopher Sanders**                              7/23/2018

Page 66

1   don't remember.  I mean, obviously I
2   have a reason for telling him that.
3       Q.   And so does it sound about
4   right, it takes -- you say it's going
5   to be here around the end of May, and
6   this is April 8th.  Does it take a
7   month and a half to two months to get
8   from India to the U.S.?
9       A.   It's usually going to take
10  about 45 days on the water.  That's
11  just on the water.  So if somebody
12  orders something, you have to
13  manufacture it, then you have to stuff
14  it in a container.
15          So what I'm saying here is
16  that they have already been stuffed and
17  they're about to go on the water.  So
18  that's where I'm getting my time frame
19  from.
20      Q.   So that's basically just time
21  on the water?
22      A.   Correct.
23      Q.   And then the eight to ten
24  weeks that you mentioned earlier, is
25  that just the manufacturing time?

Page 67

1       A.   That's the total time.
2   That's the time manufacturing, on the
3   water, hit Houston, bring to Dallas.
4       Q.   So --
5       A.   And those times are
6   estimates.
7       Q.   I understand it's
8   approximate.  It could change if it
9   was -- depending on the furniture.
10      A.   Yeah.  If there's a big storm
11  in the ocean, you know, it can slow
12  them down.
13      Q.   Right.  So at this point
14  these MJ Collection pieces, they were
15  already made?
16      A.   These MJ pieces, based on my
17  text, yes.  Like I said, you know, I'm
18  looking at this text, and I know I said
19  it.  I remember saying it now that I'm
20  looking at it, but I don't remember
21  specifics.
22      Q.   No, and I'm -- I just want to
23  know what you remember about it.
24      A.   Yes.
25      Q.   And just about the general

Page 68

1   process --
2       A.   Sure.
3       Q.   -- of how long things might
4   take --
5       A.   Sure.
6       Q.   -- as an estimate.
7       A.   Uh-huh.
8       Q.   How many furniture pieces fit
9   in a container?
10      A.   It depends on what all is
11  being shipped.  I really don't know.
12  I'm sure that there could be, you know,
13  75, 80 pieces, depending on what it is.
14  You could have a lot of dining chairs.
15  You know, you can get a lot more of
16  those on there.  So it's all going to
17  depend on is there some really big
18  items or is it a bunch of small items.
19      Q.   Do you know recall if
20  Trendily ever had full containers of MJ
21  pieces?
22      A.   No.  There never were full
23  containers of MJ pieces.
24      Q.   So they were just included in
25  containers --

Page 69

1       A.   Correct.
2       Q.   -- but not a whole container?
3       A.   Right.
4       Q.   Do you know how many MJ
5   pieces were shipped around this April
6   time frame?
7       A.   I do not.
8       Q.   Would you go to the next
9   page, please?  Looks like Tanner says,
10  "My special order dining chairs will
11  arrive before that, right?"  And you
12  say, "Yes, different container."
13          Do you see that?
14      A.   Yes.
15      Q.   Do you recall what special
16  order dining chairs he was talking
17  about?
18      A.   He just had some dining
19  chairs that he wanted us to make for
20  him.  I don't remember what was on
21  them, but they were just -- we've got,
22  like, 10 or 12 different types of
23  dining chairs that we make, and this
24  was one of those, and he had asked
25  for -- you know, when people order

18  (Pages 66 to 69)

**Richard Christopher Sanders**

7/23/2018

Page 70

1    dining chairs, they order specific
2    fabric and other combinations, and he
3    was pressing me when am I going to get
4    those.
5        Q.   And they were going to come
6    before the MJ pieces?
7        A.   Based on this, yes.
8        Q.   And so can you -- you can see
9    multiple containers on the container
10   list, then?
11       A.   No.  So I'll have a list of
12   what's coming on a container that's
13   scheduled to hit Houston X day, and
14   then once they load another container,
15   then I get a list of that container
16   that's scheduled to hit Houston on a
17   later date.
18       Q.   So you knew these chairs were
19   in an earlier container?
20       A.   Right.
21       Q.   You got an earlier container
22   list?
23       A.   Yes.  And sometimes I don't
24   get the container list, and sometimes I
25   don't have it in front of me because

Page 71

1    I've been on the road so much and he
2    hasn't had an opportunity.  So I just
3    have to stop what I'm doing when
4    someone like this calls, and I have to
5    call Rahul and ask him, you know, when
6    are these scheduled to arrive.
7        So either I looked at a
8    container list or I called Rahul and
9    asked him and he told me, and that's
10   where I got the answer from, one of
11   those two things.
12       Q.   And how do you get the
13   container list?  Are they e-mailed to
14   you?
15       A.   No, he'll print it up and
16   hand it to me.  Like I said, so if I'm
17   in the office and he thinks about it or
18   I think about it to ask, I'll get one.
19   If I'm on the road and neither of us
20   think about it, I might not have one.
21   So there's sometimes I don't have one
22   at all, and that's when I have to call.
23       Q.   But Rahul has a system where
24   he can print up container lists?
25       A.   He has a list of whatever is

Page 72

1    coming on the container.  It's the
2    packing list.
3        Q.   How about for prior past
4    containers?  Do you know if there's a
5    record that exists of what was on those
6    containers?
7        A.   There's -- there's a packing
8    list for every container that comes in.
9        Q.   Did you prepare a sales pitch
10   for the MJ pieces?
11       A.   I think -- I'm trying to
12   remember.  You know, I don't really
13   prepare -- I know what it -- I know
14   what it is I have to sell, and I just
15   go in and I talk about it.  You know,
16   for this I just went in and said, you
17   know, these are gorgeous pieces,
18   they're -- you know, they're reclaimed
19   teak.  Look at the level of detail on
20   the carvings, that kind of stuff.
21   That's what I would say.
22       And obviously I knew what the
23   size was and what the price was going
24   to be.  So I guess that's how I
25   prepared for it.

Page 73

1        Q.   Did you have specific
2    customers that you targeted for sale of
3    these pieces?
4        A.   Of these pieces?
5        Q.   Yes.
6        A.   Yeah, I would target -- well,
7    I targeted everybody that I normally
8    deal with, but I didn't -- some of
9    them, I wouldn't target just simply
10   because -- I've got a range of
11   customers.  I've got customers who are
12   high end, who I know can afford
13   something like this, and then I've got
14   some customers who are more of like you
15   were talking the Mexico stuff.  And so
16   some of those customers -- we're like
17   at the very upper end.  They barely can
18   figure out a way to sell our products,
19   and so I wouldn't target them.
20       Q.   The upper scale or the
21   retailers selling to upper scale
22   consumers, I guess?
23       A.   Right.
24       Q.   That's who you were
25   targeting?

19 (Pages 70 to 73)

Page 74

```
1    A.  Yes.
2    Q.  Rich ranch --
3    A.  Sure.
4    Q.  -- folks?
5    A.  Yes.  Like I said, that's an
6  internal term.  I guess, obviously,
7  nobody has ever heard of it.  I use it
8  all the time.
9    Q.  I get it, though.  I mean,
10 I've looked at a lot of this furniture
11 at this point, and I get it.
12   A.  Yeah.
13   Q.  So I might refer back to it
14 sometime.
15   A.  Yeah, uh-huh.
16   Q.  But, I mean, it's not --
17 right.  You differentiate the furniture
18 coming from Mexico from this kind of
19 furniture, the MJ --
20   A.  Or our upholstery or any of
21 the other items that we make.  Like I
22 said, we make tons of case goods items.
23 I mean, we make a lot of case goods
24 items.  And all of our case good
25 items -- you know, nothing is made out
```

Page 75

```
1  of pine, which is what the Mexican
2  stuff is.  So, yeah, our stuff -- we
3  differentiate it.
4    Q.  Did you ever discuss with
5  Rahul what customers to target with the
6  MJ Collection pieces?
7    A.  No.  No.  I mean, I'm going
8  to go see all my customers.  We don't
9  discuss go see this guy or go see that
10 guy.  You know, it's go see everybody.
11   Q.  Did Rahul ever talk to you
12 about his plans for sales of these
13 pieces?
14   A.  I'm not -- what do you mean
15 by that?
16   Q.  Yeah, maybe that's a bad
17 question.  Did he ever set sales goals
18 for the MJ Collection pieces for you?
19   A.  No, he did not.
20   Q.  Did he ever talk to you about
21 plans for expanding the MJ Collection
22 line?
23   A.  He did talk about creating
24 more pieces, yes.
25   Q.  And what specifically did he
```

Page 76

```
1  say about creating more pieces?
2    A.  That he wanted to create more
3  pieces.  I didn't get into with him,
4  you know, what pieces he was speaking
5  of specifically.
6    Q.  And you said that you had
7  talked about that idea with Ron at
8  Western Heritage?
9    A.  Rahul and I have talked about
10 that idea with Ron at Western Heritage,
11 yes.
12   Q.  So Rahul was there for that
13 meeting, too?
14   A.  Yes, yes.
15   Q.  So you said Adobe, Western
16 Heritage, those are some of the
17 customers that you pitched the MJ Collection
18 to?
19   A.  Uh-huh.
20   Q.  Do you recall offhand any
21 other customers that you pitched it to?
22   A.  Obviously I pitched it to
23 Runyon's.
24   Q.  How about Dennards?
25   A.  Yes, I did do Dennards.
```

Page 77

```
1    Q.  Where is Dennards?
2    A.  Dennards is in Whitesboro.
3    Q.  Hat Creek?
4    A.  Yes.
5    Q.  And is there one called
6  Waller Rustic Furniture?
7    A.  Yes.
8    Q.  Did you pitch the MJ
9  Collection to them?
10   A.  Uh-huh.  Yes, I did.
11   Q.  Hill Country?
12   A.  No.
13   Q.  You didn't pitch it to --
14   A.  No.
15   Q.  Why not?
16   A.  Because Hill Country had
17 something that looked similar.
18   Q.  And what was that?
19   A.  The Jason Scott stuff.
20   Q.  Did you see that at Hill
21 Country?
22   A.  Yes.  I told you that at the
23 very beginning.
24   Q.  And did you ever talk with
25 Bill at Hill Country about the MJ
```

email@tobyfeldman.com          Toby Feldman, Inc.          Certified WOB
tobyfeldman.com                NATIONWIDE SERVICES         (800) 246.4950

**Richard Christopher Sanders**                                    7/23/2018

Page 78

1    Collection?
2        A.   No, I never did.
3        Q.   Did you ever -- do you know
4    who Bill at Hill Country is?
5        A.   Oh, yes.
6        Q.   Okay.
7        A.   Very, very well.
8        Q.   Did you ever talk with Bill
9    about Jason Scott Collection?
10       A.   No.
11       Q.   Other than Hill Country
12   having Jason Scott furniture, was there
13   any other reason that you didn't pitch
14   the MJ Collection to them?
15       A.   Because he had it.  That's
16   why I didn't.
17       Q.   We've already covered that
18   Runyon's had it too, right?
19       A.   Runyon's came to me and asked
20   me to pitch it to her specifically.
21   She reached out to me.  So there's a
22   difference there.
23       Q.   So the first contact with
24   Runyon's, in your testimony, was what?
25       A.   She reached out to me and

FRE 802

Page 79

1    asked me to show it to her.
2        Q.   In what form did she reach
3    out to you?
4        A.   I don't remember if it was a
5    text or an e-mail or a phone call.
6    Honestly, I don't remember.
7        Q.   Did you pitch MJ Collection
8    furniture to a place called Calamity
9    Jane's?
10       A.   No.
11       Q.   Are you familiar with
12   Calamity Jane's?
13       A.   Oh, yes.  I know Calamity
14   very well.
15       Q.   Do you do business with
16   Calamity Jane's?
17       A.   Yes.
18       Q.   And why didn't you pitch the
19   MJ Collection furniture to Calamity
20   Jane?
21       A.   Because she had something
22   similar.
23       Q.   Was it Jason Scott?
24       A.   Yes.
25       Q.   Now, each time that you've

Page 80

1    said something similar, you were
2    referring to Jason Scott, right?
3        A.   Each time I've said it so
4    far, yes.
5        Q.   And did you see anything else
6    similar on their floor to these pieces
7    other than Jason Scott?
8        A.   No, I guess not.
9        Q.   And what was the reaction?
10   We talked about -- is it Auer Haus?  Is
11   it H-A-U-S?  Is that a customer of
12   yours?
13       A.   Auer Haus, yes.
14       Q.   How do you spell that?  Do
15   you recall?
16       A.   A-U-E-R, new word, H-A-U-S.
17       Q.   And did you pitch MJ
18   Collection furniture to them?
19       A.   Yes, I did.
20       Q.   Where are they located?
21       A.   Fredericksburg.
22       Q.   Where is that in relation to
23   Dallas?
24       A.   It's like -- San Antonio --
25   you know where San Antonio is?

Page 81

1        Q.   Yes.
2        A.   Okay.  So it's, like,
3    northwest of San Antonio.
4        Q.   What was the reaction,
5    generally, to the MJ Collection pieces
6    from your customers?
7        A.   Everybody thought it was very
8    nice pieces, very high quality, looked
9    great, lots of craftsmanship.
10       Q.   Did anybody else mention
11   Jason Scott in those conversations?
12       A.   Runyon's did.
13       Q.   How about Dennards or Hat
14   Creek or any of those?
15       A.   Hat Creek might have.  I
16   don't recall.
17       Q.   And who did you talk with at
18   Hat Creek?
19       A.   Corey.
20       Q.   And you continued to pitch
21   the MJ Collection spring of 2017
22   through summer of 2017?
23       A.   I pitched the MJ Collection
24   until we were told to stop pitching the
25   MJ Collection.

21  (Pages 78 to 81)

Richard Christopher Sanders                                        7/23/2018

Page 82

1    Q.   And that was when the lawsuit
2    was filed?
3    A.   Yes.
4    Q.   And how were you told to
5    stop?
6    A.   Rahul told me that we had
7    been -- that there had been a lawsuit
8    filed and we needed to stop.  So
9    don't -- don't pitch it to anyone from
10   this point forward.  And I'm, like,
11   okay.
12   Q.   Did he tell you by phone or
13   e-mail or text?  Do you remember?
14   A.   He told me in the office.
15   Q.   Oh.
16   A.   Face to face.
17   Q.   Face to face.  Did he ever
18   mention to you before that that
19   Trendily had gotten cease and desist
20   letters relating to Jason Scott
21   furniture?
22   A.   I don't recall that.
23   Q.   Do you recall him saying that
24   Trendily had gotten any kind of letter
25   from Jason Scott?

Page 83

1    A.   He may have said something
2    about some sort of a letter.  I don't
3    remember.  There might have been.  I
4    don't remember.  Maybe.
5    Q.   But he didn't tell you to
6    stop selling the furniture --
7    A.   No.
8    Q.   -- on account of the letter?
9    A.   No.
10   Q.   How did the customers that
11   you pitched the MJ Collection to
12   respond to the pricing of those pieces?
13   A.   They liked the price.
14   Q.   Do you recall what the
15   pricing was?
16   A.   Yes.
17   Q.   And what was it?
18   A.   The table was 1899, the desk
19   was 1699, and the credenza was 1399.
20   Q.   And that's -- that's a
21   wholesale price, correct?
22   A.   Yes.
23   Q.   Do you know what customers
24   were charging retail for those pieces?
25   A.   No idea.

Page 84

1    Q.   Do you know Shawn Beach of
2    Calamity Jane's?
3    A.   Yes, I do.
4    Q.   And when you say you knew
5    Calamity, are you referring to Shawn?
6    A.   Yes.  I mean, I don't call
7    her Calamity.  I know the Calamity Jane
8    store.  Yes, I know Shawn.
9    Q.   And is it your testimony that
10   you've never pitched the MJ Collection
11   pieces to Shawn?
12   A.   I did not pitch MJ Collection
13   to her.
14   Q.   Did you ever discuss them in
15   any fashion with her?
16   A.   She asked me if -- if we had
17   any -- let's see, she came to me, and
18   she asked me -- I'm trying to remember.
19   Hold on.  There was some piece -- I
20   can't remember which one -- that she
21   asked if we could do.  Now that you
22   mentioned it, I do remember this.  She
23   asked me if there was some piece that
24   we could do.  I can't remember which
25   one of these it was, because she

Page 85

1    couldn't get it in in enough time from
2    Jason Scott.
3    Q.   It was one of the MJ pieces,
4    though?
5    A.   I believe so.  I don't
6    remember which one.
7    Q.   And what did you respond?
8    A.   I don't remember.  I remember
9    that I think I told her that we could
10   talk about it and we could figure out
11   when, you know, I could show it to her,
12   or something like that.
13   I don't remember much about
14   that conversation, but -- it's -- it's
15   real blurry, but I do remember that she
16   asked me.  But I had not -- see, the
17   whole thing with her is the same thing
18   like with Runyon's.  I didn't market
19   with -- market to her.  She reached out
20   to me.
21   Q.   Do you know if that was by
22   phone or e-mail?  How?
23   A.   It was probably by text.  It
24   might have been by phone.  Either phone
25   or text.  She and I text a lot.

email@tobyfeldman.com                    Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                         NATIONWIDE SERVICES                    (800) 246.4950

Richard Christopher Sanders                                    7/23/2018

Page 86

1    Q.   Do you think you might still
2  have that text?
3        A.   No, I don't --
4        Q.   If it were by text?
5        A.   No, I wouldn't have it,
6  because we don't -- we don't keep texts
7  past 30 days or something like that.
8        Q.   You say "we don't keep texts
9  past 30 days."  Who is "we"?
10       A.   Trendily.
11       Q.   Is that a company policy?
12       A.   Yes.
13       Q.   And who -- how was that
14 company policy communicated to you?
15       A.   I was told.
16       Q.   By who, Rahul?
17       A.   Uh-huh.
18       Q.   When were you told that
19 policy?
20       A.   A long time ago.
21       Q.   Around when you started?
22       A.   Yeah.
23       Q.   Does that policy apply to
24 e-mail, too?
25       A.   No.

Page 87

1        Q.   Just text messages?
2        A.   (Witness nods head.)
3        Q.   You're nodding, but --
4        A.   I'm sorry, I'm sorry.
5        Q.   That's all right.
6        A.   I'm sorry.
7        Q.   I'll try to catch you when it
8  happens.
9        A.   Yes.
10       Q.   So that's a yes?
11       A.   Yes.
12       Q.   All right.  So you don't keep
13 texts past 30 days?
14       A.   Correct.
15       Q.   Is it set up to auto-delete
16 or --
17       A.   Yes.
18       Q.   -- do you delete them?
19       A.   No, it's set up to
20 auto-delete.
21       Q.   It's set up on your phone to
22 auto-delete?
23       A.   Yes.
24       Q.   Was there any change made to
25 that policy when the lawsuit was filed?

Page 88

1        A.   No.
2        Q.   So your texts still
3  auto-delete every 30 days?
4        A.   Yes.
5        Q.   Is there any policy about
6  preserving e-mails?
7        A.   No.
8        Q.   Do you have any kind of
9  auto-delete function set up on your
10 e-mail account?  Do you know?
11       A.   I do not, no.
12       Q.   You don't have an
13 auto-delete?
14       A.   No.
15       Q.   So your meeting with          FRE 802
16 Runyon's, how did that come about?
17       A.   She reached out to me and
18 asked me to come show her.  She wanted
19 me to show her -- see, I'd been wanting
20 to meet with her for a while just to
21 show her all the Trendily stuff.  And
22 she reached out to me and said that she
23 wanted me to come and show her the --
24 the MJ stuff.
25       Q.   And "she," that's Bo?

Page 89

1        A.   Yes.
2        Q.   Bo Runyon?
3        A.   Yes.
4        Q.   So did you go to Runyon's?
5        A.   Yes.
6        Q.   And did you show Bo the MJ
7  Collection pieces?
8        A.   Yes, I showed her pictures.
9  I talked about everything.  I showed
10 her everything.
11       Q.   Everything from Trendily?
12       A.   Yes, correct.
13       Q.   At that time was Trendily
14 selling to Runyon's?
15       A.   We were selling off and on to
16 Runyon's.  We probably hadn't sold
17 anything to them -- we might have sold
18 a few things that year.  We sold quite
19 a few things to them back in December
20 of 2016, and then maybe -- maybe a few
21 things.  But they weren't -- I wouldn't
22 call them a good, consistent customer
23 at that point.
24       Q.   So you were trying to build
25 that relationship?

23  (Pages 86 to 89)

Richard Christopher Sanders                                    7/23/2018

Page 90

1      A.   Correct.
2      Q.   You said you showed photos to
3   Bo.  Were those hard copy photos?  Were
4   those on an iPad?
5      A.   Those were the Dropbox
6   photos.
7      Q.   So on an iPad?
8      A.   On an iPad, yes.
9      Q.   At that point did you know
10   that Runyon's had Jason Scott on the
11   floor there?
12      A.   Yes.  Once again, she asked
13   me to show it to her.
14      Q.   No, I understand that.  But
15   you're walking into the store, and I
16   think -- where did the meeting take
17   place?
18      A.   In her store.
19      Q.   And at that point can you see
20   Jason Scott furniture on the floor?
21      A.   I don't recall seeing Jason
22   Scott on the floor that day, but I had
23   seen Jason Scott in her store before,
24   yes.
25          (Exhibit 5 marked.)

Page 91

1      Q.   So are you aware now that Ms.
2   Runyon recorded that conversation?
3      A.   Yes.
4      Q.   Have you ever seen this
5   transcript of the conversation?
6      A.   Yes.  This transcript is --
7   it's wrong at the top, but...
8      Q.   For Calamity Jane's?
9      A.   Yeah, Bo is not the owner of
10   Calamity Jane's.
11      Q.   Right.  She's the owner of
12   Runyon's?
13      A.   Correct.
14      Q.   Do you recall -- so Chris,
15   Dara -- is that Dara Dykes?
16      A.   Dara.
17      Q.   Dara, sorry.
18      A.   Yes.
19      Q.   And was she part of that
20   conversation as well?
21      A.   Yes.
22      Q.   And Robin, who was an
23   employee of Runyon's, not Calamity
24   Jane's.
25      A.   Yes.

Page 92

1      Q.   Do you recall her being a
2   part of that conversation?
3      A.   Yes, I do.
4      Q.   And so here -- and this
5   states it's an excerpt, and right there
6   at the top, it states "Chris."  You
7   say, "This is Indian teak, it's
8   reclaimed teak."
9          Do you see that?
10      A.   Yes, I do.
11      Q.   So at that point, you're
12   talking about the MJ Collection, right?
13      A.   Yes.
14      Q.   And down a couple of lines,
15   you state, "I have a container coming
16   the middle of September, around
17   September 15th I have a container
18   coming in, and I might have some on
19   there."
20          Do you see that?
21      A.   Yes, I do.
22      Q.   And do you recall saying that
23   to Bo?
24      A.   Yes.
25      Q.   To your knowledge, was there

Page 93

1   a container with MJ pieces coming in
2   September?
3      A.   I knew I had a container
4   coming, and I was hoping maybe there
5   was some pieces on there.  I did not
6   know for sure if there were.  But
7   that's -- you know, when you're selling
8   to somebody, you're going to -- and
9   then I even said that, I might have
10   some on there.  So I wasn't sure.
11      Q.   Do you know if MJ Collection
12   furniture was ever removed from a
13   container after -- because the lawsuit
14   was filed?
15      A.   Removed from a container?
16      Q.   Sure.  Maybe it was on there
17   and then it was taken off before it got
18   to the U.S.?
19      A.   I'm not aware of that, no.
20      Q.   So on the second page -- and
21   we're going to go through some of the
22   things in this transcript.  It might
23   take a few minutes --
24      A.   Sure.
25      Q.   -- but just bear with me

email@tobyfeldman.com                Toby Feldman, Inc.              Certified WOB
tobyfeldman.com                    NATIONWIDE SERVICES              (800) 246.4950

**Richard Christopher Sanders**                                    7/23/2018

---

Page 94

1  here.
2      A.  No problem.
3      Q.  Towards the middle you
4  state -- I think you're talking about
5  who you're selling to.  It says, "No,
6  nobody around here.  I've got a lot of
7  customers that are buying in, like, in
8  San Antonio, West Texas.  Really don't
9  have anybody down here."
10         Do you see that?
11     A.  Yes.
12     Q.  Do you recall saying that to
13 Bo?
14     A.  Yes.
15     Q.  What customers in San Antonio
16 were you referring to?
17     A.  This is me being a salesman
18 and stating that, you know, my product
19 is sold -- I've got lots of customers
20 in San Antonio.  So when I'm talking
21 right here, I'm talking about selling
22 all of Trendily.
23         So, you know, do I have
24 anybody specifically in San Antonio
25 that I sold MJ to?  No, I didn't have

---

Page 95

1  anybody in San Antonio that bought MJ
2  from me.  But I'm talking about -- what
3  I'm doing is I'm just expanding my
4  sales pitch to create more desire from
5  her.
6      Q.  And at this point you're
7  looking at an MJ Collection piece,
8  right?
9      A.  I don't remember.  Maybe.
10     Q.  Well, Bo says right up above,
11 "But -- but that's beautiful."
12         Do you see that?
13     A.  Uh-huh.  Does it say that --
14 I mean, where does it say that we're
15 looking at an MJ piece?
16     Q.  Well, in the first page
17 you're referring to the teak furniture.
18     A.  Sure.  But, I mean, we --
19 yeah, but we were going all over the
20 place.
21     Q.  Right.
22     A.  So there's no way to know.
23 See, because -- because here, she's
24 talking about somebody, and she says,
25 "Robin worked at Grass Roots," and then

---

Page 96

1  she says "That's pretty."  That could
2  be anything.  Then she says, "Now, who
3  all do you -- who do you sell to?"
4  I -- you know, I can't -- I don't know
5  if we're talking about MJ specifically
6  at that moment or not.
7      Q.  And she asks, "Does Adobe or
8  The Arrangement or Brumbaugh's carry
9  it?"
10         Do you see that?
11     A.  Uh-huh.
12     Q.  And you respond, "Brumbaugh's
13 on occasion might do something like
14 this."
15     A.  Yes.  So there's no way we're
16 talking about MJ right there because I
17 don't sell to Brumbaugh's -- sell MJ to
18 Brumbaugh's."  So we have to be talking
19 about something else.
20     Q.  Well, Brumbaugh's does Jason
21 Scott quite a bit, don't they?
22     A.  Yeah, but do you see what I'm
23 saying?  I never sold to Brumbaugh's.
24 Never even tried to.
25     Q.  Never sold MJ to Brumbaugh's?

---

Page 97

1      A.  Correct.  See, when we're
2  looking at the iPad, I'm showing tons
3  of pictures.
4      Q.  Uh-huh.  If you'd look at
5  page 4, and the top of 5, you say, "The
6  dining room table is 96 by 48, and it's
7  $1,899."
8      A.  Yes.
9      Q.  Do you see that?
10     A.  Yes.
11     Q.  That's the MJ table, isn't
12 it?
13     A.  Correct, yes.
14     Q.  And that's the dimensions of
15 the MJ table?
16     A.  Yes.
17     Q.  And the price of the MJ
18 table?
19     A.  Yes.
20     Q.  So at that point you're
21 talking about the MJ table?
22     A.  Yes.
23     Q.  And right before that, Bo
24 says -- and this is on page 4 -- "You
25 have consoles that have -- that look

---

                              25  (Pages 94 to 97)

**Richard Christopher Sanders**

7/23/2018

Page 98

1  like that as well or have that teak."
2  And you say, "That's something we're
3  currently working on."
4        Do you see that?
5    A.  Yes.
6    Q.  And do you recall saying that
7  to Bo?
8    A.  Yes.  I mean, I don't
9  remember specifically saying that, but
10  I'm reading that I said it.
11    Q.  And what's a console to you?
12    A.  A console table.
13    Q.  What is a console table, just
14  for --
15    A.  So a console table would be a
16  table that is taller -- you know, that,
17  like, goes up against the back of a
18  sofa.  It's like the height of a back
19  of a sofa.  And it would go up -- a lot
20  of people call them sofa tables.
21    Q.  And they are narrower than a
22  dining table?
23    A.  It's narrow.  It's very
24  narrow, yes.
25    Q.  Kind of set your keys on when

Page 99

1  you walk in the door kind of thing?
2    A.  Possibly.  Yeah.  You could
3  see it when you walk in an entryway,
4  yes.
5    Q.  And to your knowledge was
6  Trendily making an MJ-type console
7  table at that time?
8    A.  I don't believe so.
9    Q.  Do you know if Trendily had
10  plans to make a console table at that
11  time?
12    A.  I think that at some point
13  Trendily was probably going to, yes.
14    Q.  And is that what you're
15  referring to, that's something we are
16  currently working on?
17    A.  I believe so.  As you can
18  read through here, you can tell that
19  she's asking -- you know, she's asking
20  a lot of leading questions.  She's
21  trying to get me to say things.
22        MR. DIETRICH:  Object as
23  nonresponsive.
24    Q.  (By Mr. Dietrich)  So down
25  here at the bottom of page 5 --

Page 100

1    A.  Uh-huh.
2    Q.   -- you're talking about Jason
3  Scott at this point, and Bo says
4  "Because he's very selective of who he
5  sells to."  And you said, "True."
6        Do you see that?
7    A.  Hold on.  Okay.
8    Q.  Are you familiar with Jason
9  Scott's exclusivity?
10    A.  No, I'm not.  I'm just -- you
11  know --
12    Q.  You're just agreeing at this
13  point?
14    A.  I'm just agreeing, yeah.  I
15  don't have any idea what his
16  exclusivity is or who he sells to or,
17  you know, other than who I've seen in
18  the stores.
19    Q.  So on the top of page 6,
20  you're talking about this MJ table,
21  still referring to it.
22    A.  Okay.
23    Q.  And you're stating all the
24  stuff -- "All this stuff that I'm
25  showing you is hot, hot, hot."

Page 101

1    A.  Yes.
2    Q.  Do you see that?
3    A.  Yes.
4    Q.  What did you mean by that?
5    A.  It means that a lot of people
6  are very excited about it.
7    Q.  Was it selling well at this
8  point?
9    A.  Once again, I had sold some
10  pieces, but this is me, you know --
11  that's part of my job is to create
12  desire from the customer.  And so, you
13  know, I'm going to say this is a hot
14  item.  This is an item that I'm
15  pushing, so I'm going to say it's hot.
16        So -- and it was hot because
17  we had a lot of people that were
18  excited about it.  We had not sold very
19  much of it at that point.
20    Q.  Just below that, you say, "So
21  there's that table," and Bo says, "Oh,
22  wow, okay."  You say, "So that's a
23  picture of it with the carved seat."
24  And Bo says, "That's really pretty.
25  It's similar.  It's pretty similar."

26  (Pages 98 to 101)

**Richard Christopher Sanders**                                        7/23/2018

---

Page 102

```
 1          At that point she's referring
 2  to the MJ table being similar to the
 3  Jason Scott table.
 4          MR. GREEN:  Objection, form.
 5      A.  I don't know what I meant
 6  about a carved seat.  That makes no
 7  sense.  Carved seat.  I don't
 8  understand that.
 9          MR. GREEN:  What page are we
10  on?
11          THE WITNESS:  6.
12          MR. DIETRICH:  On page 6.
13      Q.  (By Mr. Dietrich)  Do you set
14  your photographs up with, like, a --
15  maybe like a place setting, like with
16  seats and around the table?
17      A.  No.  Sometimes, but we didn't
18  on that.  I mean, we would put -- we
19  would put chairs around it.
20      Q.  So could that be a carved
21  seat?
22      A.  I wouldn't -- I just -- it
23  doesn't make any sense because I
24  wouldn't say a carved seat.  I would
25  say a chair.
```

Page 103

```
 1      Q.  I understand.
 2      A.  It's almost like somebody got
 3  that wrong when they were going through
 4  and marking down what I said.  They
 5  must have misheard it or something, but
 6  anyway.
 7      Q.  Well, Bo says, "It's pretty
 8  similar," and you say, "Yeah, it is
 9  similar."  She says, "Is the scale of
10  it the same?"  And you say, "Uh-huh."
11  Do you see that?
12      A.  Yes.
13      Q.  Is the scale of the Trendily
14  table the same as the scale of the
15  Jason Scott table?
16      A.  I'm not 100 percent sure what
17  size the Jason Scott table is.  I don't
18  know.  I never did -- I never did look.
19  I never did ask.  I just know what size
20  Trendily's is.
21          I know that their table, I
22  was told -- like I said, I don't really
23  recall ever seeing a Jason Scott dining
24  table.  But I was told that they were
25  similar, so...
```

Page 104

```
 1      Q.  And just below that, you say,
 2  "This is the sideboard we do."
 3      A.  Yes.
 4      Q.  And Bo says, "Is that teak,
 5  too?"  And you say, "Uh-huh, yeah.
 6  This is from the same collection."
 7          Do you see that?
 8      A.  Yes.
 9      Q.  And at that point, you're
10  showing the photo of the MJ sideboard?
11      A.  Yes.
12      Q.  And middle of page 7, you
13  say, "This is 1399 and is 72 inches."
14      A.  Yes.
15      Q.  Is that the price of the MJ
16  sideboard?
17      A.  Yes.
18      Q.  And the dimensions?
19      A.  Yes.
20      Q.  And you say just above that,
21  "One of the things it shows is that
22  Trendily's capabilities are just
23  continually improving and getting
24  better and better and better.  And
25  there's really nothing we can't do at
```

Page 105

```
 1  this stage."
 2          Do you see that?
 3      A.  Yes.
 4      Q.  What did you mean by that?
 5      A.  Meaning that we're a very,
 6  very competent furniture manufacturer.
 7  We make high-end furniture.  We can
 8  make fantastic pieces, and we do make
 9  fantastic pieces.  We're very proud of
10  what we can do and what we're able to
11  do.
12      Q.  So down toward the bottom of
13  this page, Dara says, "The last couple
14  of containers have sold out just like
15  that," and your response is, "Well,
16  they have been sold before they even
17  got here."
18          Do you see that?
19      A.  Yes.
20      Q.  Was that true?  Had you
21  presold containers of MJ Collection
22  pieces?
23          MR. GREEN:  Objection, form.
24      A.  Do you remember when we were
25  talking about containers and I told you
```

email@tobyfeldman.com                    Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                         NATIONWIDE SERVICES                   (800) 246.4950

**Richard Christopher Sanders**                                       7/23/2018

Page 106

```
 1    how when a container comes in there's
 2    going to be a variety of different
 3    pieces on it?  So we sold some MJ
 4    pieces prior to them even showing up.
 5    And when I -- when she says the last
 6    couple of containers have sold out,
 7    first of all, she had only been there a
 8    month.  She just threw that out there.
 9    She didn't know what she was talking
10    about.  But what I was saying is,
11    "Well, they've been sold before they
12    even got here."
13         So let's say there was two or
14    three pieces on a container.  Before
15    they even arrived in Dallas, I already
16    had them sold.  That's what I mean by
17    that.
18         Q.  (By Mr. Dietrich)  So you're
19    not talking about full containers.
20         A.  No.
21         Q.  You're talking about pieces
22    in containers.
23         A.  Correct.  And as I said
24    before, we never, ever sold full
25    containers of MJ.
```

Page 107

```
 1         Q.  And that's why we're going
 2    through this.
 3         A.  Sure.
 4         Q.  I want to make sure what the
 5    facts are.
 6         A.  Right.  And that's the only
 7    reason why I'm saying it again.
 8         Q.  Now, with those ones that
 9    you've presold, I mean, this is August
10    2017 at this point.  So do you recall
11    who you had presold MJ Collection
12    pieces to?
13         A.  I believe we presold to
14    Western Heritage.
15         Q.  Anyone else that you recall?
16         A.  Maybe Adobe.  I don't know.
17    See, we sold them, and then we
18    didn't -- we didn't even have them yet.
19    And so then when we finally got a few
20    pieces, those were sold, and so then we
21    didn't have any again.  So...
22         Q.  And so then you were
23    working -- I guess were they
24    manufacturing more in India then?
25         A.  At that point they're
```

Page 108

```
 1    supposed to be manufacturing more in
 2    India.  You know, once again, when we
 3    hit August, all that stopped, so...
 4         Q.  Do you know if there's still
 5    MJ Collection pieces in India?
 6         A.  No, I have no idea.
 7         Q.  So you don't know if there
 8    are or not?
 9         A.  No, I don't know.
10         Q.  Do you know if there are any
11    MJ Collection pieces in Trendily's
12    possession in the U.S.?
13         A.  I don't think so, but I don't
14    know.
15         Q.  On the top of page 8, Dara
16    says, "We're having to amp up." And you
17    respond with, "The production, yeah."
18         Do you see that?
19         A.  Yes.
20         Q.  Is that true?
21         A.  Once again --
22         Q.  Was that true at the time?
23         A.  Once again, that's her and I
24    selling.  You know, neither of us
25    really had any -- any idea how many
```

Page 109

```
 1    were coming, if they were coming, when
 2    they were coming.  We're just selling.
 3         Q.  So do you know anything about
 4    whether Trendily picked up production
 5    of the MJ pieces around this time in
 6    2017?
 7         A.  You know, I don't know.  It
 8    never seemed to me like they did
 9    because I didn't sell that many.  I
10    wanted to sell a lot more, but I
11    didn't.
12         Q.  Because you didn't have the
13    supply?
14         A.  Correct.
15         Q.  Going to the next page, page
16    9, towards the middle you said, "So I
17    wanted to show you" -- and it's
18    inaudible, but then just below that,
19    you're referring to the desk and that
20    the desk is $1,699.  Do you see that?
21         A.  Yes, yes.
22         MR. GREEN:  Objection, form.
23         Q.  (By Mr. Dietrich)  I think at
24    that point you're showing her a picture
25    of the desk.
```

email@tobyfeldman.com                Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                      NATIONWIDE SERVICES                  (800) 246.4950

Page 110

```
 1          A.   Yes.
 2          Q.   And her response is, "Oh, my
 3     gosh, now, that looks like it.  That
 4     looks like Jason Scott."  And your
 5     response is "Yeah."
 6          Do you see that?
 7          A.   Yes.
 8          Q.   So -- and then just below
 9     that she's referring to a desk out
10     front and that this looks like the desk
11     out front.
12          Do you see that?
13          A.   Yes.
14          Q.   Now, that's the Jason Scott
15     desk out front, right?
16          A.   Yes.
17          Q.   And did you ever say anything
18     like, no, it's different; no, it's not
19     related to the Jason Scott desk?
20     Anything like that?
21          A.   Yeah, I did on the next page.
22          Q.   And what did you say?
23          A.   I said that ours was bigger,
24     basically.
25          Q.   You said, "Ours is a
```

Page 111

```
 1     different size.  Yours is smaller"?
 2          A.   Yes.
 3          Q.   At that point did you know
 4     that the designs were the same, though?
 5          MR. GREEN:  Objection.
 6          A.   I knew that the -- I knew
 7     that the desks looked similar.
 8          Q.   (By Mr. Dietrich)  Other than
 9     the size, were there any other
10     differences?
11          A.   Yeah.  The -- our desk --
12     excuse me.  Our desk had a different
13     finish on it.  Our desk was made out of
14     different wood.  Our desk, the -- the
15     MJ desk was smoother-looking on the
16     top.  The Jason Scott piece was much --
17     it looked much more scraped.  So they
18     looked -- they looked -- like I said
19     and I've said before, they were
20     similar, but they looked different.
21          Q.   When you say "different
22     wood," what do you mean?
23          A.   Ours was made out of Indian
24     teak.
25          Q.   And how is that different
```

Page 112

```
 1     from what Jason Scott's is made out of?
 2          A.   His is made of Indonesia
 3     teak.
 4          Q.   Did you talk to Chuck about
 5     that?
 6          A.   No.  I just know that.
 7          Q.   And what's the difference
 8     between Indian teak and Indonesian
 9     teak?
10          A.   They come from two different
11     countries.
12          Q.   I understand that.  But you
13     can get pine from the U.S. and pine
14     from Mexico.  There's a border between
15     them, but I don't know that that
16     changes the pine.  Is there some
17     difference between Indian teak and
18     Indonesian teak?
19          MR. GREEN:  Objection, form.
20          A.   That, I don't know.  I just
21     know that they're from different
22     countries.  So I'm -- you know, maybe
23     I'm making an assumption that they're
24     different.  You know, I would assume
25     that pine that comes from one part of
```

Page 113

```
 1     the United States versus pine that
 2     comes from Mexico, I would assume it
 3     would be different.
 4          Q.   (By Mr. Dietrich)  Do you
 5     know of any actual difference between
 6     the wood teak from the two different
 7     countries, other than just that they
 8     come from two different countries?
 9          A.   No.
10          Q.   So you don't know if one
11     looks different than the other?
12          A.   I know that the -- looking at
13     our desk and looking at their desk or
14     our credenza and their credenza, they
15     looked -- you know, like I said, the
16     finish looked different to me, the way
17     it -- the way it accepted the stain
18     looked different to me.
19          Q.   Down at the bottom of page
20     10 -- let's just finish up with this
21     and we can take a quick break.
22          A.   Okay.
23          Q.   Bo says, "If he comes in
24     here" -- at this point you're talking
25     about Jason Scott again -- "and he was
```

Page 114

1  seeing something like -- like that,
2  like, would I get in any type of
3  trouble or what kind of feeling -- what
4  kind of feeling on that?"  And you
5  state, "Here's how I view that.  You
6  would probably -- you might get in
7  trouble with him because he might say,
8  why are you purchasing that if you're
9  buying from me?"  And she says,
10 "Uh-huh, right."  And you say, "But I
11 don't think anything can happen to you
12 outside of that."
13         Do you see that?
14    A.  Yes, I do.
15    Q.  And do you recall that
16 conversation with Bo?
17    A.  Yes.
18    Q.  So what did you mean by that
19 she might get in trouble with Jason
20 Scott?
21    A.  Because he probably wouldn't
22 like that.
23    Q.  Like what?
24    A.  Like her buying something
25 from me.

Page 115

1    Q.  Well, something specifically
2  the MJ Collection?
3    A.  Yes.
4    Q.  Why wouldn't he like that?
5    A.  Because, once again, she's
6  saying that it looks very similar, and
7  I agree that it looks similar.  And so
8  he probably wouldn't like it.
9    Q.  Down at the bottom of page
10 11, it appears you're still talking
11 about the MJ Collection pieces.  And
12 she asks if you're going to protect her
13 as far as sales.  Your response is,
14 "We're not going to -- we wouldn't sell
15 it.  If we entered into a situation
16 where we're selling this to you, we're
17 not going to sell to anybody around
18 here."
19         Do you see that?
20    A.  Yes.
21    Q.  Is that that kind of
22 exclusivity protection that you talked
23 about?
24    A.  Yes, correct.
25    Q.  At this point, though,

Page 116

1  weren't you already selling these
2  products to Adobe and Western Heritage?
3    A.  Yes.
4    Q.  Aren't those fairly close to
5  Runyon's?
6    A.  Oh, not really.  Fort Worth
7  is a very large place.  I didn't -- I
8  didn't consider that.  You know, I
9  wouldn't sell to anybody in the
10 immediate area of her.  But neither one
11 of them are in the immediate area.
12 Weatherford is way off.  And, you know,
13 I didn't view it that way.
14    Q.  So you didn't view them as in
15 the area of exclusivity that you would
16 provide?
17    A.  No, I did not, no.
18    Q.  Page 12, you say "Yeah,
19 that's the goal.  Basically, it's
20 just -- it blew up on us.  You know
21 what I mean?"  Bo says, "Right."  You
22 said, "Yeah, it went so fast that we
23 couldn't keep up, but now we
24 understand, you know, what the need
25 is."

Page 117

1    A.  Yes.
2    Q.  Bo says, "Right," and you
3  say, "We can handle it.  We can handle
4  anything.  It's just sometimes we might
5  not be prepared for the response."
6         Do you see that?
7    A.  Yes.
8    Q.  Do you recall that
9  conversation with Bo?
10    A.  Yes.
11    Q.  And when you say, "It just
12 blew up on us," what are you talking
13 about there?
14    A.  I'm talking about the
15 excitement surrounding the product and
16 people wanting to buy it.
17    Q.  The MJ Collection?
18    A.  Yes.
19    Q.  And just below that, Dara
20 states, "We have 15 -- about 15 other
21 pieces in the works that we're doing,
22 so it will take a couple of weeks,
23 probably, for us to get all those down
24 and out and flushed out, but we'll
25 definitely come show you when we..."

email@tobyfeldman.com                  Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                        NATIONWIDE SERVICES                   (800) 246.4950

**Richard Christopher Sanders**                                    7/23/2018

1          Do you know what 15 other
2   pieces in the works she's talking about
3   there?
4       A.   No idea.
5       Q.   And you follow that up
6   saying, "Yeah, we'll have end tables,
7   we'll have console tables, we'll have
8   all kind of things.  I just -- I don't
9   have any pictures of it yet."
10      A.   Yeah.  That's me just knowing
11  that, you know, if we continue,
12  obviously we're going to have to add
13  other pieces.
14      Q.   To the MJ line?
15      A.   Correct.
16      Q.   So on the very last page, Bo
17  just says, "How can I get these
18  pictures?"  And you say, "I can send
19  you a Dropbox."
20          Do you see that?
21      A.   Yes.
22      Q.   Okay.  Did you send Bo that
23  Dropbox?
24      A.   I think I did.
25          (Exhibit 6 marked.)

1       Q.   I'm showing you what's been
2   marked Exhibit 6.  Is that the e-mail
3   where you're sending Bo the Dropbox
4   link?
5       A.   Yes.
6       Q.   And do you recognize that?
7       A.   Yes.
8       Q.   That's your Trendily e-mail
9   address there?
10      A.   Yes, it is.
11      Q.   Do you have a
12  trendilyfurniture.com e-mail address,
13  too, or is it just Trendily Home
14  Collection?
15      A.   Just Trendily Home
16  Collection.
17      Q.   And you use that for Trendily
18  business?
19      A.   Yes.
20      Q.   I'm just -- you say, "I'll
21  have answers" -- or you say, "Here's
22  the Dropbox link.  I will have answers
23  to your other questions tomorrow."
24          Do you see that?
25      A.   Yes, I do.

1       Q.   Did you send this before or
2   after the meeting?
3       A.   It had to be after the
4   meeting, I guess.  I don't know whether
5   we had a meeting.
6       Q.   I believe the meeting was on
7   the 15th, but -- I'm just curious if
8   you had another conversation with her
9   or anything after that meeting and
10  after you sent this -- this e-mail.
11      A.   She texted me.  I don't
12  remember what she asked.  She asked me
13  some questions, but I didn't reply to
14  her.
15      Q.   And those texts, those would
16  be gone now?
17      A.   Yes.
18          MR. DIETRICH:  Let's take a
19  little break.
20          THE WITNESS:  Okay.
21          (Lunch recess 12:10 p.m. -
22  12:58 p.m.)
23      Q.   (By Mr. Dietrich)  So we just
24  took a little break.  We were talking
25  about your meeting with Bo Runyon --

1       A.   Okay.
2       Q.   -- and went through the
3   transcript there.  You said Dara was at
4   that meeting?
5       A.   Yes.
6       Q.   And that must have been in
7   the month that she was employed with
8   Trendily?
9       A.   Correct.
10      Q.   And did that have anything to
11  do with why she was let go?
12      A.   No.  I don't believe she was
13  let go.  I think -- I think she just
14  left.
15      Q.   Okay.  Okay.  Do you know
16  where she is now?
17      A.   I do not.  I think -- I
18  think -- I think she sells lighting or
19  something.  I don't know.  I have not
20  spoken to her.
21      Q.   Around that time in August
22  2017, were you in contact with Tanner
23  at Adobe about MJ Collection pieces?
24      A.   I don't recall.
25      Q.   Do you also communicate with,

**Richard Christopher Sanders**                              7/23/2018

Page 122

```
 1    I believe it was, Tanner's brother,
 2    Colton?
 3         A.  No.  I mean, Colton, I
 4    believe, sent -- whenever they were
 5    buying from us, he would send the
 6    purchase orders, but that was pretty
 7    much the extent of it.
 8         Q.  So your communications would
 9    be with Tanner?
10         A.  Yes.
11         (Exhibit 7 marked.)
12         Q.  I'm showing you what's been
13    marked Exhibit 7.  Do you recognize
14    this e-mail here?
15         A.  Yes.
16         Q.  And this is from Colt Dipple
17    to you?
18         A.  Yes.
19         Q.  You just sent this to me the
20    other day, right?
21         A.  Right.
22         Q.  And the date of Colt's e-mail
23    to you is July 28th, 2017?
24         A.  Yes.
25         Q.  Do you recall receiving this
```

Page 123

```
 1    e-mail?
 2         A.  Yes.
 3         Q.  And what was this e-mail
 4    regarding?
 5         A.  He was purchasing an MJ
 6    console table and one of our Vancouver
 7    wing chairs.
 8         Q.  And with regard to the MJ
 9    console table, it says on the second
10    page there, "See attached picture for
11    reference."
12         Do you see that?
13         A.  Yes.
14         Q.  And on the second-to-last
15    page, page 4 --
16         A.  Yes.
17         Q.  -- there's a picture of a
18    console table, right?
19         A.  Yes.
20         Q.  Is that the MJ console table?
21         A.  No, I don't believe that's
22    the MJ console table, because we
23    didn't -- no, it's not an MJ console
24    table because we never made an MJ
25    console table.
```

Page 124

```
 1         Q.  Is that -- do you know who
 2    makes that console table?
 3         A.  I can't be certain of who
 4    makes it.
 5         Q.  This is a picture from
 6    Runyon's, correct?
 7         A.  Yes.
 8         Q.  And is -- why was Colton, to
 9    your knowledge, sending you a picture
10    of this console table?
11         A.  I suppose so that we could
12    make one that looks like that.
13         Q.  And had you discussed that
14    with him or with Tanner?
15         A.  I don't remember that
16    discussion.  Maybe.  I don't remember.
17         Q.  And do you recall discussing
18    an MJ console table?
19         A.  No.  Not specifically, no.  I
20    remember, you know, talking about doing
21    additional pieces at some point, but
22    that's it.  I don't know specifically
23    what.
24         Q.  But he had a price here, $999
25    for this console table.  Do you see
```

Page 125

```
 1    that?
 2         A.  Yes.
 3         Q.  Where would he have gotten
 4    the price from?
 5         A.  He either got it from me or
 6    from Rahul.  And I would have had to
 7    have asked Rahul what the price was.
 8         Q.  And there's a size for the
 9    console table, 72 by 18 by 34.  Do you
10    see that?
11         A.  Yes.
12         Q.  So at that point Trendily had
13    already had the size of this console
14    table down, right?
15         A.  Trendily had a size that I
16    assume they were going to make, yes.
17         Q.  So what did you do when you
18    got this e-mail from Colt?
19         A.  I turned it in to the office.
20         Q.  To your knowledge, did
21    Trendily begin manufacturing the pieces
22    that were requested here by Adobe?
23         A.  I know we manufactured the
24    Vancouver wing chair.  I don't ever --
25    I'm not aware of us ever manufacturing
```

email@tobyfeldman.com                Toby Feldman, Inc.                      Certified WOB
tobyfeldman.com                      NATIONWIDE SERVICES                     (800) 246.4950

**Richard Christopher Sanders**                           7/23/2018

Page 126

1  the console table.
2      Q.   You said you did manufacture
3  the Vancouver wing chair?
4      A.   Yes.
5      Q.   So you received this e-mail
6  from -- from Colt with the photos
7  attached to it?
8      A.   Yes.
9      Q.   And the photos say they're
10 from Runyon's Fine Furniture, right?
11     A.   Yes.
12     Q.   And did Trendily then make
13 copies of these chairs?
14     A.   That -- that chair is a chair
15 we make.  That's a chair Trendily makes
16 and has made for quite some time.
17     Q.   Do you know if that's a chair
18 that Trendily originally designed?
19     A.   No, I don't know that.
20     Q.   Are you familiar with a
21 company named Massoud?
22     A.   Yes.
23     Q.   Do you know if they make
24 chairs like this?
25     A.   That specific chair, no, I

Page 127

1  don't.
2      Q.   You don't know if they do or
3  not?
4      A.   No, I don't.
5      Q.   Do you know who makes the
6  chairs in this photograph from
7  Runyon's?
8      A.   No, I don't.
9      Q.   Did you do any kind of
10 checking into that when Adobe sent you
11 this photograph and asked you to copy
12 the chairs?
13     A.   No, because we make that
14 chair.
15     Q.   But you don't know if these
16 specific chairs are made by Trendily,
17 right?
18     A.   That specific chair?  That's
19 just showing me -- that's just showing
20 me, you know, the chair that I make.
21 That may not be the one I make, but I
22 make that chair.  So he's just showing
23 me a picture of a chair, but we make
24 that chair.
25     Q.   I just want to make sure I'm

Page 128

1  clear on this.  The chairs in these
2  photographs, do you sell these chairs
3  to Runyon's?
4      A.   Those chairs?
5      Q.   Yes.
6      A.   I don't believe I sold that
7  chair to them, no.
8      Q.   So you got this photograph
9  from Runyon's, and Adobe said, "Can you
10 make a copy of this chair"?
11     A.   I didn't get that photo from
12 Runyon's.  Adobe sent that photo.
13     Q.   And then you submitted it to
14 Rahul, I suppose?
15     A.   I submitted the PO to him.  I
16 don't know if I submitted the picture
17 of the chair or not because why would I
18 need to?  We already know how to make
19 that chair?  I mean, maybe I did.  I
20 don't recall.
21     Q.   Okay.  I think I understand
22 now.  So the Vancouver wing chair, is
23 that Trendily's name for that chair?
24     A.   Yes, yes.
25     Q.   And so you have -- if you say

Page 129

1  Vancouver wing chair, he knows --
2      A.   Oh, yeah.
3      Q.   Rahul knows what you're
4  talking about?
5      A.   Yes, exactly.
6      Q.   How about --
7      A.   That's a Trendily name,
8  Vancouver wing chair.
9      Q.   How about the MJ console
10 table?  Did you send the photograph of
11 that to Rahul?
12     A.   I don't remember.  Probably.
13 I assume so.
14     Q.   Because you weren't making
15 that one yet?
16     A.   Correct.
17     Q.   Did he ever respond back that
18 they weren't going to make it?
19     A.   No.
20     Q.   Do you know if Trendily goes
21 through any kind of review of
22 intellectual property rights before
23 producing a piece of furniture?
24     A.   I don't know of anything like
25 that, no.

email@tobyfeldman.com                    Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                         NATIONWIDE SERVICES               (800) 246.4950

Richard Christopher Sanders                          7/23/2018

Page 130

1        Q.   And then subsequent to this
2    e-mail, you invoiced Adobe for the MJ
3    console and the chairs, right?
4        A.   I suppose so.
5        Q.   Do you know if anybody else
6    makes a chair like the Vancouver wing
7    chair?
8        A.   I'm sure other people do.
9        Q.   I mean, is it, in your
10   knowledge, a common design?
11       A.   I would think so, yes.
12       Q.   Do you know the names of
13   anybody -- any other companies?
14       A.   No, I do not.
15            (Exhibit 8 marked.)
16       Q.   I'm showing you what's marked
17   Exhibit 8.
18       A.   Yes.
19       Q.   Do you recognize these
20   documents?
21       A.   Yeah, these are sales orders
22   and invoices from Trendily.
23       Q.   To Adobe?
24       A.   Yes.
25       Q.   So the first one there on the

Page 131

1    first page is the sales order dated
2    August 3rd, 2017.  Do you see that?
3        A.   Yes.
4        Q.   And that's for that MJ
5    console table and the Vancouver chairs,
6    right?
7        A.   Right.
8        Q.   Is there a difference between
9    Vancouver club chair and Vancouver wing
10   chair?
11       A.   We call it -- the actual name
12   is the Vancouver club chair, but it's
13   the same chair.
14       Q.   And did you create this sales
15   order?
16       A.   No, I did not.  No, I don't
17   create the sales orders.
18       Q.   Who creates the sales orders?
19       A.   That would be Patricia.
20   Remember, at the beginning I told you
21   that I'll either write it up in RepZio
22   or they'll send a purchase order?  If
23   they send a purchase order, then I just
24   turn the purchase order in directly to
25   her, and then she creates a sales

Page 132

1    order.
2        Q.   So Colt sent the purchase
3    order to you --
4        A.   Correct.
5        Q.   -- and you turned that in to
6    Trendily?
7        A.   Yes.
8        Q.   And so then you don't create
9    a purchase order, then?
10       A.   I'll create -- I create a
11   purchase order if the customer -- like,
12   if I go see a customer, I'm at their
13   store and I talk them into buying
14   certain items, I'm taking notes and I'm
15   going to create a purchase order.  If
16   someone sends me a text or calls me and
17   says, hey, I want to buy this or I want
18   to buy that, can you write that up for
19   me, I can do that.
20            But if someone sends a
21   purchase order such as he did, then
22   there's really no reason for me to
23   enter it into the system when I have a
24   written copy from him.  So I just turn
25   it over.

Page 133

1        Q.   So you turned that one in,
2    and then a sales order was created?
3        A.   Correct.
4        Q.   So looking a couple of pages
5    in to the third page, this one's titled
6    "Invoice"?
7        A.   Yes.
8        Q.   I kind of covered this
9    before, but I want to know how your
10   system works.  When is the invoice
11   created?
12       A.   So the invoice is created
13   once the piece is identified as in
14   stock.  And then the customer is
15   invoiced.
16       Q.   So here we have MJ office
17   desk, MJ sideboard, and MJ dining
18   table.
19       A.   Yes.
20       Q.   So those are in stock on the
21   date of the invoice?
22       A.   That's what -- that's how the
23   invoice system works, yes.
24       Q.   And then are those shipped to
25   Adobe?  Do they come pick them up?  How

email@tobyfeldman.com                    Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                          NATIONWIDE SERVICES                   (800) 246.4950

Richard Christopher Sanders                              7/23/2018

Page 134

1    does that work?
2        A.   They would come pick them up.
3        Q.   And then pay Trendily?
4        A.   Yes.
5        Q.   Upon pickup?
6        A.   Usually they would -- yeah,
7    they would bring a check.
8        Q.   So you have one of each of
9    the MJ Collection pieces here in June
10   29th, 2017.
11       A.   Uh-huh.  Yes.
12       Q.   Is that accurate?
13       A.   That seems accurate, yes.
14       Q.   And on the following page,
15   there is a sales order also for one
16   piece each of those MJ Collection
17   pieces.
18       A.   Yes.
19       Q.   Do you see that?
20       A.   Yes.
21       Q.   And that's April 10th, 2017?
22       A.   Yes.
23       Q.   Would this sales order relate
24   to this invoice?  These are the same
25   pieces?

Page 135

1        A.   That, I don't know.
2        Q.   Is there a way you can tell?
3        A.   Well, if the POs matched, but
4    the POs don't match.
5        Q.   So does that indicate that
6    this sales order was for three
7    different pieces than what are shown on
8    the June 29th invoice?
9        A.   It could.
10       Q.   Did you actually cancel any
11   orders with Adobe based on Rahul's
12   direction to stop selling?
13       A.   I don't remember.  I mean, if
14   I had any orders in place with them and
15   he said stop selling, then I would
16   have, but I don't recall specifically.
17       Q.   So up until mid-August, you
18   were still selling -- of 2017, you were
19   still selling MJ Collection?
20       A.   I was selling it until we
21   were -- until the lawsuit, and then we
22   stopped.
23       Q.   So when Rahul gave you the
24   direction to stop, you said that was in
25   a face-to-face meeting?

Page 136

1        A.   Yes.
2        Q.   What did you do after that
3    with regard to these pieces, the MJ
4    Collection?
5        A.   I just -- I stopped -- I
6    stopped trying to market them, and I
7    didn't talk about them.
8        Q.   Did you have customers ask
9    you about them?
10       A.   I had Tanner ask me about
11   them.
12       Q.   Anybody else?
13       A.   I don't recall.
14       Q.   And what did you tell Tanner
15   when he asked about them?
16       A.   They were not -- we're not
17   doing that anymore.
18       Q.   Did you tell him why?
19       A.   I said there's just some
20   things have come up and we're not going
21   to -- not going to be doing that for
22   right now.
23       Q.   Now, with regard to the MJ
24   Collection pieces that retailers had
25   already bought, did you take any action

Page 137

1    with regard to those?
2        A.   The ones the retailers had
3    already bought?  I don't -- I don't
4    recall.
5        Q.   Did you -- if they hadn't
6    sold them yet, did you try to pull them
7    out?
8        A.   Yeah, yeah, we did.  We did.
9    You're right.  We had to reach out and
10   ask if anybody had sold anything.  And
11   if they had, then we needed to find out
12   about it.
13       Q.   And how did you reach out?
14   What form was that communication?
15       A.   I called.
16       Q.   And did you actually take
17   back any MJ Collection pieces as a
18   result of that effort?
19       A.   I think so.  Honestly, I
20   can't remember who, though.
21       Q.   Oh, no.  That might be a
22   follow-up, but you do remember taking
23   some back?
24       A.   I think so.  I think.
25       Q.   And do you know what happened

email@tobyfeldman.com                    Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                        NATIONWIDE SERVICES                   (800) 246.4950

**Richard Christopher Sanders**                                    7/23/2018

---

Page 138

1    to those pieces?
2        A.   No, I don't.
3        Q.   Did you take any other
4    actions as a result of the lawsuit?
5        A.   Like what?
6        Q.   Anything at all.
7        A.   No.
8        Q.   Do you know if Trendily
9    implemented any kind of process like
10   reviewing intellectual property rights?
11       A.   I think after that, he said
12   that we want to take a look at --
13   anytime anybody asks us to do something
14   custom, we want to make sure that we're
15   not doing anything that could create a
16   situation like this.
17       Q.   Rahul said that?
18       A.   Yes.
19       Q.   And do you know when?
20       A.   No.
21       Q.   Was that an e-mail or --
22       A.   No.
23       Q.   -- face to face?
24       A.   No, it was face to face.
25       Q.   And you said most of your --

Page 139

1    say, if you're not face to face, most
2    of your communication with Rahul was
3    text message?
4        A.   Text or phone call.
5        Q.   And that you had texted him
6    about MJ Collection pieces before?
7        A.   I don't remember specifically
8    texting him about MJ pieces.  I mean,
9    we talk a lot.  A lot.  So possibly we
10   did.
11       Q.   And when you -- this is
12   probably just a -- just something to
13   clarify, when you say "we talk a lot,"
14   talk means text as well?
15       A.   We talk on the phone and we
16   text.  I would say probably equal
17   amounts both.
18       Q.   Do you recall if Western
19   Heritage was where the idea for
20   creating MJ Collection pieces came
21   from?
22       A.   No, I don't.  I don't know
23   about that.
24            (Exhibit 9 marked.)
25       Q.   I'm showing you what's been

Page 140

1    marked Exhibit 9.  Do you recognize
2    this front page?
3        A.   It looks like it's an
4    inventory report.  This is not
5    something that I would normally see.
6        Q.   That was my next question for
7    you.  Is this something you use in your
8    business?
9        A.   No, I don't, no.
10       Q.   Do you know how to read it,
11   or is somebody else better at that?
12       A.   I assume I can read it.
13       Q.   This first page looks like
14   it's for the MJ office desk.  Do you
15   see that under "Memo"?
16       A.   Yes.
17       Q.   And do those customers there
18   under "Name," do those look like the
19   people that you sold the MJ office desk
20   to?
21       A.   Yes, they do.
22       Q.   And we talked about Western
23   Heritage, Adobe.  Waller Rustic
24   Furniture, I believe we've mentioned
25   them?

Page 141

1        A.   Yes.
2        Q.   Where are they located again?
3        A.   Waller, Texas.
4        Q.   And where is Waller, Texas?
5        A.   It's near Houston.
6        Q.   Do you have any other
7    customers down near Houston?
8        A.   I have a few in Houston.
9    Houston is not a big rich ranch market.
10       Q.   So I see -- and I'm just
11   going to ask you how to read this
12   because I'm not sure.  I see Waller
13   listed twice, and I don't know, does
14   that mean that they bought two MJ
15   office desks or not?
16       A.   Like I said, I'm -- I'm going
17   to try to read it.  I don't know.  Let
18   me look.  Yeah, see, I don't ever see
19   this, so I'm not 100 percent sure how
20   to answer that question.
21       Q.   Okay.  I -- I just wanted to
22   figure out how to read it.
23       A.   Yeah.
24       Q.   So I can always ask someone
25   that --

email@tobyfeldman.com                    Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                          NATIONWIDE SERVICES                  (800) 246.4950

Richard Christopher Sanders                          7/23/2018

---

Page 142

1        A.  Yeah.
2        Q.  -- is more familiar with it.
3        A.  Yeah.  Sorry.  I'm not
4    familiar with this.
5        Q.  No, that's okay.  With regard
6    to Adobe Interiors, that third line
7    says "Quantity:  5."  Do you see that?
8        A.  Yes, I do.
9        Q.  Do you recall selling five MJ
10   desks --
11       A.  No.
12       Q.  -- to Adobe?
13       A.  I don't -- I don't remember
14   selling five.
15       Q.  Again, I'm not saying you
16   did.
17       A.  Right.
18       Q.  I just don't know what that
19   number means.
20       A.  Yeah, I'm -- I apologize.
21   I'm just not -- I'm not knowledgeable
22   enough with this form to really know
23   how to read it.
24       Q.  Just looking at the second
25   page, and I'll just ask you about the

---

Page 143

1    customers.  I see Western Heritage,
2    Adobe, Waller, Dennards.
3        A.  Yes.
4        Q.  Are those the people that you
5    sold the MJ dining table to?
6        A.  Yes.
7        Q.  Do you recall selling it to
8    anybody that's not on the list here?
9        A.  No, I do not.
10       Q.  And on the third page, for
11   the MJ sideboard, I see Western
12   Heritage, Adobe, Waller, Dennards, and
13   Auer Haus.
14       A.  Yes.
15       Q.  Are those the people that you
16   sold the sideboard -- MJ sideboard to?
17       A.  Yes, I believe so.
18       Q.  And do you recall selling it
19   to anybody else?
20       A.  No, I do not.
21       Q.  Do you recall actually
22   selling any of the MJ pieces to Hat
23   Creek, Hat Creek Interiors?
24       A.  I don't believe we sold any
25   to Hat Creek.  I don't think so.  I

---

Page 144

1    don't remember.
2        (Exhibit 10 marked.)
3        Q.  I'm showing you what's been
4    marked Exhibit 10.  Do you recognize
5    this e-mail?
6        A.  Yes, I do.
7        Q.  And this is from Bo Runyon to
8    you, right?
9        A.  Yes.
10       Q.  I don't see that Rahul is
11   copied on this, but then his name is at
12   the top of the page.  Do you know how
13   Rahul got this e-mail?
14       A.  I probably forwarded to him.
15       Q.  Do you know if that was --
16       A.  Or maybe I didn't forward it
17   to him, because he gets copies of my
18   e-mails.
19       Q.  Rahul gets copies of your
20   e-mails?
21       A.  Yes.
22       Q.  Of all of your
23   chris@trendilyhomecollection.com
24   e-mails?
25       A.  Yes, he does.

---

Page 145

1        Q.  And has that always -- that
2    account always been set up like that?
3        A.  Yes.
4        Q.  If you send e-mails out, can
5    he see them as well?
6        A.  No.
7        Q.  So incoming e-mails?
8        A.  Correct.
9        Q.  Do you recall being in the
10   Trendily warehouse at some point when
11   Jason Scott Forsberg came in?
12       A.  Yes.
13       Q.  When was that?
14       A.  I don't remember the date.
15   It was sometime in -- it was sometime
16   before the lawsuit.
17       Q.  And what happened when Jason
18   came in?
19       A.  He came in and said that he
20   had been at some store and that they
21   had told him to come to our office to
22   see some MJ pieces.
23       Q.  Did you show him MJ pieces?
24       A.  No.
25       Q.  Did he say who he was?

---

email@tobyfeldman.com                Toby Feldman, Inc.                     Certified WOB
tobyfeldman.com                    NATIONWIDE SERVICES                    (800) 246.4950

Richard Christopher Sanders                                    7/23/2018

Page 146

1      A.   No, he did not.
2      Q.   Did Rahul recognize him?
3      A.   Yes.
4      Q.   What did Rahul say?
5      A.   Rahul said, "You're Jason
6   Scott."  And he said, "No, I'm not,"
7   and he said, "Yes, you are."
8      Q.   And then what happened?
9      A.   Rahul said, "I think you need
10  to leave."  And he said, "Okay."
11     Q.   Do you know how Rahul knew he
12  was Jason Scott?
13     A.   I'm sure he's seen pictures
14  of him before.
15     Q.   Did Rahul tell you that or is
16  that just a guess?
17     A.   That's a guess.
18     Q.   Did Rahul say anything about
19  following that happening, after Jason
20  left?
21     A.   He said, "That's crazy, huh,
22  that he came here."
23     Q.   Did Rahul say anything about
24  why he thought he was there?
25     A.   He said, "I don't understand

Page 147

1   why he's here other than, you know,
2   he's thinking that maybe we're selling
3   something that looks like his stuff."
4      Q.   And --
5      A.   He said, "But I don't
6   understand why he couldn't just come in
7   and tell us who he is, as opposed to
8   try to pretend like he's someone else."
9      Q.   And did you believe Rahul to
10  be referring to the MJ Collection
11  pieces at that point?
12     A.   I would assume so, yes.
13     Q.   Did Rahul say anything else
14  about Jason coming in?
15     A.   No, that was it.
16     Q.   And did he ever specifically
17  tell you how he recognized Jason?
18     A.   No.  He just said he knew
19  what he looked like.
20     Q.   Is Trendly making any new
21  furniture out of reclaimed teak?
22     A.   No.
23     Q.   Is Trendly making any new
24  furniture out of teak?
25     A.   No.  We're making new

Page 148

1   furniture out of reclaimed wood.
2      Q.   But not teak wood?
3      A.   Not specifically teak, no.
4      Q.   Has there been any discussion
5   about making furniture like the MJ
6   Collection but changing the carvings on
7   it?
8          MR. GREEN:  Objection, form.
9      A.   There's been discussion about
10  making some pieces with our own
11  carvings on them.
12     Q.   (By Mr. Dietrich)  And what
13  types of pieces are those?
14     A.   Dining tables -- dining
15  tables, beds, console table, I think a
16  buffet, TV stand.
17     Q.   Has there been any discussion
18  about how the carvings on those pieces
19  would compare to Jason Scott?
20     A.   No, because the carvings
21  are -- they don't compare.  They're
22  completely different.  They're
23  original.
24     Q.   Who designed those carvings?
25     A.   I don't know for certain.  I

Page 149

1   just was shown, these are the -- this
2   is what they look like.
3      Q.   And when you say "they're
4   completely different, they're
5   original," has there been any analysis
6   of whether they're different from Jason
7   Scott's furniture?
8      A.   Well, I mean, you can look at
9   them and tell that it's different.
10     Q.   Have you ever seen a Jason
11  Scott catalog?
12     A.   No.
13     Q.   Have you ever looked at Jason
14  Scott's website?
15     A.   Huh-uh.
16     Q.   Do you have access to
17  photographs of Jason Scott furniture
18  from any location?
19     A.   If I wanted to go on the
20  Internet and look up his furniture, I
21  could, but I never did.
22     Q.   But any other access besides
23  just the Internet?
24     A.   Like what?
25     Q.   Oh, a catalog, a customer

email@tobyfeldman.com                Toby Feldman, Inc.                      Certified WOB
tobyfeldman.com                     NATIONWIDE SERVICES                  (800) 246.4950

**Richard Christopher Sanders**                                   7/23/2018

Page 150

1  list, anything else?
2      A.  Oh, no, I don't have a
3  catalog, no.
4      Q.  Did you ever discuss any of
5  these new carved furniture pieces with
6  Rahul?
7      A.  Yes.
8      Q.  Did Jason Scott come up at
9  all as part of those conversations?
10     A.  No.
11     Q.  Have you sold any of the new
12  carved furniture pieces?
13     A.  Yes.
14     Q.  Which pieces are actually in
15  stock or have you been able to sell?
16     A.  I sold one of each of the
17  pieces -- yeah, I've sold one of each.
18     Q.  To whom?
19     A.  To Dennards.
20         MR. GREEN:  To who?
21         THE WITNESS:  Dennards.
22     Q.  (By Mr. Dietrich)  And do you
23  know how to spell that for the record?
24     A.  D-E-N-N-A-R-D-S.
25     Q.  So you've sold one of each of

Page 151

1  the pieces to Dennards?
2      A.  Yes.
3      Q.  And is that -- each of the
4  pieces means the dining table, bed --
5      A.  Right.
6      Q.  -- buffet, and TV stand?
7      A.  Yeah, the new -- the new
8  carved pieces, yeah.
9      Q.  So one of each of all of
10  those to Dennards?
11     A.  Yes.  And I believe I sold
12  one to Waller, but just -- I think I
13  just sold him a console.  And I sold
14  him a console in a different finish.
15         (Exhibit 11 marked.)
16     Q.  So you said you sold Waller a
17  console in a different finish?
18     A.  Yes.  In a dark finish.
19     Q.  And one with a lighter finish
20  or just that one with a dark finish?
21     A.  I think just the darker
22  finish.
23     Q.  And that was a console, you
24  said?
25     A.  Yes.

Page 152

1      Q.  Taking a look at Exhibit 11,
2  do you recognize that table?
3      A.  Yes, I do.
4      Q.  And who makes that table?
5      A.  Trendily.
6      Q.  Is that one of the new carved
7  table pieces you're talking about?
8      A.  Yes.
9      Q.  Do you have photographs of
10  the other pieces in your possession?
11     A.  I have access to them, yes.
12     Q.  Is that on the Dropbox?
13     A.  I think it's on the Dropbox,
14  yeah.
15     Q.  Is there anywhere else you'd
16  have access to them?
17     A.  No.  I guess that would have
18  to be where I would get them.
19     Q.  And is this the table that
20  you sold to Dennards?
21     A.  Yes.
22     Q.  Is this table finished, or is
23  it unfinished in this photograph?
24     A.  I'm not sure if it's finished
25  in that photograph.  I can't answer

Page 153

1  that question.  I don't know.
2      Q.  Did it look about like
3  this -- did you actually physically see
4  the table or just see photos?
5      A.  I've seen the table.  I did
6  not see the one that I sold to
7  Dennards, no.  But I have seen the
8  table.
9      Q.  Is the color in this
10  photograph, is it consistent with a
11  finished table or an unfinished table?
12     A.  It's fairly consistent.  I
13  think that looks a little light.
14     Q.  A little light for a finished
15  one?
16     A.  Yes.
17     Q.  And have you ever contacted
18  another retailer seeking to buy any
19  Jason Scott furniture from them?
20     A.  I'm sorry?  Seeking to buy
21  Jason Scott furniture?
22     Q.  Yes.
23     A.  No, never.
24     Q.  And to your knowledge, has
25  Trendily ever copied anyone else's

email@tobyfeldman.com                  Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                        NATIONWIDE SERVICES                   (800) 246.4950

Richard Christopher Sanders                                    7/23/2018

Page 154

1   furniture?
2       A.  No, but there's a lot of
3   pieces out there that everybody does
4   that are kind of, like, similar as far
5   as upholstery pieces go.  There's lots
6   of upholstery pieces that look very
7   similar.  So, like, this company makes
8   it, this company makes it, Trendily
9   makes it.  Lots of companies make the
10  same pieces.
11      Q.  How about case goods?
12      A.  Case goods, not really, no.
13          MR. DIETRICH:  I don't have
14  any more questions for you.
15          THE WITNESS:  You don't?
16          MR. DIETRICH:  Nope, I don't.
17  I imagine Chuck may have some, but
18  I'm not sure.
19          MR. GREEN:  I do.  I have a
20  few.  I do.
21          (Exhibit 12 and 13 marked.)
22              EXAMINATION
23  BY MR. GREEN:
24      Q.  Mr. Sanders, I've handed you
25  what's been marked Exhibit Number 12.

Page 155

1   Do you recognize that -- the table
2   that's in that picture?
3       A.  Yes, sir.
4       Q.  And is it the same one, just
5   a bigger -- a bigger version of it,
6   than Exhibit 11 that you were shown a
7   few minutes ago?
8       A.  Yes.
9       Q.  And I've also handed you
10  Exhibit Number 13.  And can you tell us
11  what that purports to be?
12      A.  This says Jason Scott.
13      Q.  And it's their Sacred Heart
14  dining table?
15      A.  Yes.
16      Q.  Shown at the bottom?  Now, if
17  you compare the two -- the Exhibit 12
18  and Exhibit 13 -- and let's -- they're
19  both dining tables, right?
20      A.  Yes.
21      Q.  If you look at the top of the
22  table, they have the same rectangular
23  shape, right?
24      A.  Yes.
25      Q.  And in your experience, have

Page 156

1   you seen many, many dining tables that
2   have rectangular shape?
3       A.  Yes, I have.
4       Q.  If you look at the -- at the
5   edges of the tabletop, are they
6   different, for the two tables?
7       A.  Yes, they are.
8       Q.  And what differences do you
9   see?
10      A.  The Jason Scott piece has
11  nail heads.  Ours does not.  The Jason
12  Scott piece has a -- a place
13  underneath -- I can't remember the name
14  of it.
15      Q.  Apron?
16      A.  Apron, yes, exactly.  That's
17  what I was looking for.  Ours does not
18  have an apron.
19      Q.  Okay.  And then what about
20  the corners, the top corners of the two
21  table tops?  Do they differ?
22      A.  Yeah, the Jason Scott piece
23  is straight, and ours is cut at an
24  angle.
25      Q.  Okay.  And then there's

Page 157

1   carving on the side of the top piece of
2   Exhibit Number 12, which is the
3   Trendily piece, right?
4       A.  Yes.  And there's no carving
5   on the Jason Scott side.
6       Q.  On the side.  Now, there is
7   carving on the apron --
8       A.  On the apron, yeah.
9       Q.  -- of the Jason Scott piece,
10  correct?
11      A.  Correct.  Yes, sir.
12      Q.  Let's look for a second at
13  the pedestal base.  The second page of
14  Exhibit Number 13 has a little bit
15  better picture of the Jason Scott
16  pedestal base.  Do you see that?
17      A.  Yes.
18      Q.  And then the second page of
19  Exhibit 12 has a close-up picture of
20  the pedestal base of the Trendily
21  table.
22      A.  Yes.
23      Q.  Now, do you see any
24  differences between the two -- the two
25  bases?

email@tobyfeldman.com                  Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                       NATIONWIDE SERVICES                   (800) 246.4950

Richard Christopher Sanders                                    7/23/2018

Page 158

1      A.   Yes, sir.
2      Q.   And just at the top -- at the
3  top of the pedestal base, what
4  differences do you notice about the
5  top?
6      A.   Well, the top of the Trendily
7  base is -- it comes down straight, and
8  the Jason Scott piece actually starts
9  at a -- at a curve.
10     Q.   It flares out?
11     A.   Yes, sir.
12     Q.   And then both pieces have
13  some carving on it, right?
14     A.   Yes.
15     Q.   The Jason Scott carving is
16  part of the entire design of that
17  bulbular and upper portion --
18     A.   Yes.
19     Q.   -- of the pedestal base?
20          MR. DIETRICH:  Objection,
21     form.
22     Q.   (By Mr. Green)  Do you see
23  differences in the carvings between the
24  two pieces of furniture, Exhibit Number
25  12 and 13?

Page 159

1      A.   Yes, I do.
2      Q.   Tell us what differences you
3  see.
4      A.   The Jason Scott pieces look
5  like floral carvings, and it starts at
6  the bottom of the bulbus area and it
7  goes all the way -- without
8  interruption, all the way to the top,
9  whereas on the Trendily, there's
10  nothing that looks like a flower.  It
11  looks like some leaves, and then
12  there's a -- right in the center, there
13  is a -- there's a designation to where
14  that carving stops, and then the
15  carving above that is just ovals.
16     Q.   Okay.  Now, that separator
17  that you talked about --
18     A.   Yes.
19     Q.   -- is there one of those on
20  the Jason Scott piece?
21     A.   There is not.
22     Q.   Okay.  Now, let's talk about
23  below the bulbus area.  Do you notice
24  any differences?
25     A.   Yes.  On the -- below the

Page 160

1  bulbus area, there is, once again, nail
2  heads on the bottom part of the
3  pedestal, and there's not on Trendily,
4  but there is on Jason Scott.
5          Once again, the carvings are
6  different.
7      Q.   Okay.  If you look just below
8  the bulbus portion of the pedestal base
9  on both photographs, this -- there is
10  an area that has carving on both
11  pieces, right?
12     A.   Yes.
13     Q.   Is the carving the same?
14     A.   No, the carving is different.
15     Q.   This area that has what looks
16  like -- I'm going to call them round
17  balls carved in.  Do you see what I'm
18  talking about?
19     A.   Yes, sir.
20     Q.   Is that on the Jason Scott
21  piece?
22     A.   It is not.
23     Q.   Okay.  We were talking about
24  that area that has what appears to be
25  the balls that are -- that are in a

Page 161

1  line on the pedestal base of the
2  Trendily piece, right?
3      A.   Yes.
4      Q.   And below that there's a
5  section of the Trendily piece that has
6  no carvings on it, right?
7      A.   Correct.
8      Q.   And it kind of bows outward?
9      A.   Yes.
10     Q.   Like a scoop.
11     A.   Yes.
12     Q.   And is there a similar space
13  on the Jason Scott piece?
14     A.   No.  No, there is not.
15     Q.   And then from that point it
16  looks like the Trendily piece now bows
17  out and then meets a little larger
18  piece that's the bottom piece of the
19  leg.
20     A.   Yes.
21     Q.   And is that similar, or is
22  that the same as the Jason Scott --
23     A.   No, it is not the same.
24     Q.   -- portion?  Okay.  The
25  carved part at the bottom of the

41  (Pages 158 to 161)

**Richard Christopher Sanders**                                    7/23/2018

Page 162

1    Trendily piece, that carved part is
2    cupped outward.
3         A.   Yes.
4         Q.   And is that the same on the
5    Jason Scott piece?
6         A.   No.
7         Q.   Okay.  In the furniture
8    business do you run across pieces of
9    furniture at different stores by
10   different manufacturers that have a
11   similar look?
12        A.   Yes, I do.
13        Q.   Does that happen frequently?
14        A.   Happens all the time.
15        Q.   All right.
16            (Exhibit 14 marked.)
17        Q.   I've handed you Exhibit
18   Number 14, which is a bunch of pages,
19   37 pages of pictures of pedestal base
20   tables.  If you'd just flip through it
21   real quick.  Is that right?
22        A.   Yes, sir.
23        Q.   Okay.  And I'm just -- I
24   wanted to go through just an example of
25   different kinds of pedestal base

Page 163

1    tables.  If you'll look at the very
2    first page, it shows a pedestal base
3    round table, correct?
4         A.   Yes.
5         Q.   And it has a tabletop, the
6    very top of it tapers out to an edge
7    that is similar but not the same as the
8    Trendily table we were just looking at
9    on Exhibit Number 12.
10        A.   Yes.
11        Q.   The pedestal base has a
12   bulbus or round area in the middle of
13   it.
14        A.   Yes.
15        Q.   And it looks like the
16   pedestal base itself is round.
17        A.   Yes.
18        Q.   And the bottom portion of it
19   is round?
20            MR. DIETRICH:  Objection,
21   leading.
22        Q.   (By Mr. Green)  Is the bottom
23   portion round?
24        A.   The bottom portion is round,
25   yes.

Page 164

1         Q.   The next page shows
2    another -- another heavy wood look to
3    the piece of furniture, correct?
4            MR. DIETRICH:  Objection,
5    leading.
6         A.   Yes.
7         Q.   (By Mr. Green)  And what do
8    you notice about the pedestal base on
9    this picture?
10        A.   The pedestal base is heavily
11   carved.
12        Q.   Okay.  Is it common for you
13   to see furniture in different furniture
14   stores by different manufacturers that
15   have heavy carvings?
16            MR. DIETRICH:  Objection,
17   form.
18        A.   It is.  I see it all the
19   time.
20        Q.   (By Mr. Green)  The next
21   page, page 3 now we're on, shows a
22   dining table with a single pedestal
23   base, correct?
24        A.   Yes, sir.
25        Q.   And what is the shape of the

Page 165

1    top?
2         A.   Round.
3         Q.   It looks like it's got --
4         A.   Or oval.
5         Q.   Or oval?  Okay.  And it has
6    an apron on it?
7         A.   Yes.
8         Q.   And this particular one, does
9    it have a bulbus pedestal base with a
10   round area in the middle?
11        A.   It does have a bulbus
12   pedestal base.
13        Q.   But instead of having a
14   circular area that meets the floor,
15   this has four legs?
16        A.   Yes.
17        Q.   And page 5 is another example
18   of a dining room table.  This one is
19   what shape?
20        A.   This one is round.
21        Q.   Okay.  Is it also a round
22   pedestal base?
23        A.   It has a round pedestal base.
24   This one does not have the bulbus part.
25        Q.   Okay.  It does have the

42 (Pages 162 to 165)

Richard Christopher Sanders                    7/23/2018

Page 166

1    four -- the four legs that form the
2    very bottom portion?
3        A.   Yes.
4        Q.   On page 5 is yet another one
5    that's a little different, right?
6        A.   Yes.
7        Q.   This one is a round table
8    with an apron?
9        A.   Yes.
10       Q.   And, again, a round pedestal
11   base but not the bulbus design, or if
12   it's bulbus, it's got a much less
13   distinct bulbus area.
14       A.   Yes.
15           MR. DIETRICH:  Objection,
16   leading.
17       Q.   (By Mr. Green)  And then page
18   6, describe that one generally.
19       A.   This is a round table with an
20   apron underneath, and then it has a
21   carved area prior to having the bulbus
22   portion, and then it has the four --
23   four legs.
24       Q.   Okay.  And page 7, can you
25   describe that one?

Page 167

1        A.   It's, again, a round table
2    with an apron underneath.  This one
3    actually has -- looks to be like some
4    nail heads.  There may be even some
5    different wood carving around the
6    bottom portion of the apron, then it
7    has a very bulbus, completely round
8    base sitting on top of the -- the floor
9    base.
10       Q.   Does the apron appear to have
11   carving on the apron itself?
12       A.   Yes.
13       Q.   Go ahead and go to page 8,
14   and tell us what you see in this table.
15       A.   Another round table.  This
16   one has a flared out base.  Up closer
17   toward the top of the table -- towards
18   the tabletop, it has what appears to be
19   some carvings, and then it flares out
20   like half of a circle, and then it has
21   some flat wood pieces for the feet.
22       Q.   Okay.  And now the -- the
23   shape of the bottom part of it, what is
24   it?
25       A.   Square.

Page 168

1        Q.   On page 9, describe the table
2    you're seeing here.
3        A.   Okay.  This one is round and
4    then it has -- the base has arms that
5    are holding the table up, and those
6    appear to be carved.  And then there's
7    several carvings underneath there, some
8    square carvings and then a flare-out
9    carving and then some more square
10   carvings and then four feet to support
11   the table.
12       Q.   Does it look like the table
13   on page 9 has kind of a bulbus area --
14       A.   Yes.
15       Q.   -- but has been squared off?
16       A.   Yes.
17       Q.   And page 10, take us
18   through -- through the description of
19   the piece of furniture on page 10.
20       A.   This one is a round table
21   that has an apron underneath, but the
22   table portion of itself has a -- sticks
23   out a little further than the apron.
24   And then the apron at the bottom
25   appears to have an area where there's a

Page 169

1    ridge at the bottom.  Then the base
2    flares out to a bulbus area, but the
3    bulbus area is rectangular with some
4    carvings, some straight carvings in
5    there, triangles.
6            And then underneath there, it
7    appears to start to come back down to
8    where the foot -- foot of the table
9    base is, and that foot has multiple
10   layers of flat carvings that get wider
11   and wider as it goes down.
12       Q.   They kind of step down?
13       A.   Yeah, it's a stairstep,
14   exactly.
15       Q.   And at the bottom of it,
16   what's the shape at the bottom?
17       A.   It's rectangular.
18       Q.   And I'm going to show you
19   page 11 of Exhibit Number 14.  What
20   is -- tell us about that table.
21       A.   Once again, it's a round
22   table, and it has a straight edge on
23   it, and then after the straight edge,
24   then it has an apron under there.  And
25   then the base, once again, flares out,

43  (Pages 166 to 169)

**Richard Christopher Sanders**                                    7/23/2018

Page 170

1    and then comes down with lots of
2    straight carvings in it.  And then it
3    goes down to a square base that flares
4    out and has carvings on it, and it kind
5    of stairsteps out.
6        Q.    Okay.  Page 12 looks to me
7    like it's the same table -- or very
8    similar to the one on --
9        A.    Yes.
10       Q.    -- page 11.
11       A.    Yes, it does.
12       Q.    Do you know whether that --
13   those two tables are made by the same
14   people or not?
15       A.    I do not, no.
16       Q.    Go to page 13.  Generally
17   describe the table in page 13.
18       A.    Okay.  This is a round table,
19   and it has some wood, not nail heads,
20   but, like, wood to look -- wood to look
21   like nail heads in the center, and then
22   it -- the base has what looks like a
23   square piece of wood, then it concaves
24   in and then starts to concave back out,
25   and then another square piece.  So it

Page 171

1    kind of flares in and back out.
2            And then underneath there,
3    it's pieces of wood that stairstep it
4    down to the floor.  And then on the
5    floor are those little pieces of wood
6    that look like nail heads surrounding.
7        Q.    Okay.  So the pieces of wood
8    that kind of look like nail heads, does
9    that give it kind of a similar look
10   even though it's not the same?
11       A.    Yes, it does.
12       Q.    Page 14, just describe this
13   table.
14       A.    Okay.  This table is round
15   with a straight edge.  Then it has --
16   and on the straight edge it has nail
17   heads.  And then under the straight
18   edge is the apron that appears to, in
19   this picture, have some carving and
20   nail heads on it.  And then under there
21   is the base, and the base starts off
22   slim and comes out and gets wider, and
23   then it's not really -- it's more of
24   a -- it flares out, but it's more of a
25   square look.  And then it comes back

Page 172

1    in, and then you stairstep down to the
2    floor, and each stairstep has the nail
3    heads on it.
4        Q.    Is that bulbular part of
5    it -- we've seen that before on these
6    earlier pictures.  It's bulbular but
7    it's square?
8        A.    Yes.
9        Q.    And then we've seen this
10   stairstepping of the pieces below
11   that --
12       A.    Yes.
13       Q.    -- on several different
14   models, right?
15       A.    Yes.
16       Q.    Very briefly on the picture
17   on page 15, it has the same bulbular
18   pedestal base?
19       A.    Yes.
20            MR. DIETRICH:  Objection,
21       leading.
22       Q.    (By Mr. Green) And, again,
23   the stairstep down to the --
24            MR. DIETRICH:  Objection,
25       leading.

Page 173

1        A.    Yes.
2        Q.    -- square bottom.  Right?
3        A.    Yes, it does.
4        Q.    Then we get over to page 16
5    and there's two tables.  Can you
6    generally -- are they round?
7        A.    No, these are square tables.
8        Q.    Do they have carving around
9    the edges?
10       A.    They have carving around the
11   edges on both of them.
12       Q.    And can you describe
13   generally the -- there's two different
14   tables.  One of them is the square
15   Gitana table, correct?
16       A.    Yes.
17       Q.    And then the one on the right
18   is the Briana table?
19       A.    Yes.
20       Q.    Can you tell us quickly the
21   difference between the pedestal bases?
22       A.    The pedestal base on the
23   Gitana table has a large block of wood
24   underneath it that's square, and then
25   under that, it stairsteps out, and then

email@tobyfeldman.com                    Toby Feldman, Inc.                     Certified WOB
tobyfeldman.com                        NATIONWIDE SERVICES                  (800) 246.4950

**Richard Christopher Sanders**                                    7/23/2018

Page 174

1    at the base it has carvings.
2         And then on the Briana table,
3    that is more of an oval where it
4    starts, a bulbus, as we've been using
5    that term, and it has lots of carving
6    on it, and then it has four legs that
7    are carved.
8         Q.   Okay.  Page 17 has two
9    tables.
10        A.   They're both round.  The
11   kitchen Mesa has carvings on the side.
12   It's a straight cut but it has carvings
13   on the side, and it has a bulbus base
14   that's kind of oblong.  And then it
15   descends into a bunch of straight
16   stairsteps, and at the bottom it has
17   nails on it.
18        MR. DIETRICH:  I'll object as
19        nonresponsive.  I don't think
20        there was a question pending.
21        Q.   (By Mr. Green)  If I asked
22   you to describe it, would your
23   description be what you just said?
24        A.   Yes.
25        Q.   On the bottom picture,

Page 175

1    just -- does that table, the Gitana
2    kitchen table, does it look similar to
3    the one on page 14 that you already
4    discussed?
5         A.   It looks similar.
6         Q.   Similar but not the same,
7    right?
8         A.   Exactly, yes.
9         Q.   In fact, the bulbus portion
10   of the pedestal on page 14 looks like
11   it's a little more cramped down than
12   the one --
13        A.   Yes.
14        Q.   -- at the bottom of page 17.
15        MR. DIETRICH:  Objection,
16        leading.
17        Q.   (By Mr. Green)  Right?
18        A.   Yes, it does.
19        Q.   Page 18, tell us about this
20   table.
21        A.   This table is a round table
22   heavily carved on the edge, on the top
23   edge and on the side edge.  And then it
24   has a round base that is heavily carved
25   that descends into more of a -- so it's

Page 176

1    round and like a circle, and then
2    underneath that it's like a half circle
3    that is carved, and then it's sitting
4    on top of four feet that are heavily
5    carved.
6         Q.   Okay.  If you could turn to
7    page 19, it shows a bigger table with
8    two pedestals, right?
9         A.   Yes.
10        Q.   Can you give a quick
11   description of the table on page 19?
12        A.   This is a rectangular table.
13   Appears smooth on the tabletop.  And
14   then the base, it's got two legs for
15   the base, and each base is -- has
16   some -- drops straight, and then it
17   curves -- and then it's a little bit of
18   circular and then straight again and
19   then circular and then straight again,
20   and it's kind of a stairstep and lots
21   and lots of carvings.
22        Q.   Okay.  So far we've gone
23   through 19 pages of tables -- and
24   there's more to come -- but have you
25   seen any table that you know who the

Page 177

1    manufacturer is?
2         A.   No.
3         Q.   Okay.  Go to page 20, and
4    tell us generally about the table you
5    see there.
6         A.   Rectangular table.
7         Q.   It's not a great picture.
8         A.   No, it's not a good picture,
9    but it looks like it might have some
10   carving on the top, and then there's an
11   apron underneath there.  And then it
12   has two pedestal bases that flare out
13   and get larger, then they come back in,
14   and then you've got the stairstep
15   effect of the straight wood.
16        Q.   And the very bottom of it is
17   what shape?  Squares?
18        A.   Square.
19        Q.   On the portion where you're
20   thinking that there's carving on top,
21   does that look like some kind of rope
22   carving?
23        A.   It looks like a rope carving
24   to me.
25        Q.   All right.  Have you seen

email@tobyfeldman.com                Toby Feldman, Inc.                      Certified WOB
tobyfeldman.com                     NATIONWIDE SERVICES                    (800) 246.4950

Page 178

1  rope carving on different pieces of
2  furniture?
3      A.   Yes.
4      Q.   And do you see it often or --
5      A.   I see it a lot, yes.
6      Q.   Let's look at the wood Gitana
7  table on page 21.  Can you quickly
8  describe this one?
9      A.   Rectangular table.  It starts
10 off slim on the two pedestal bases, and
11 then the pedestal bases flare out and
12 then flare back in to, looks like,
13 square stairstepping again and carvings
14 on the bases.
15     Q.   Okay.  Page 23.  And I'm
16 going to get you to do two pages.  23
17 and 24.  Let's do them one at a time.
18 23.
19     A.   Do you want me to describe
20 it?
21     Q.   Yes, please describe 23.
22     A.   Okay.  23 is a rectangular
23 table with an apron underneath.  The
24 apron has, it looks like, some carving
25 in it and some nail heads.  And then

Page 179

1  you've got two pedestal bases that
2  flare out, and then you have the flat
3  stairstepping that we've seen before.
4  And then at the bottom you have nail
5  heads again that match the nail heads
6  on the apron.
7      Q.   And the bottoms are what
8  shape?
9      A.   The bottoms are square.
10     Q.   And the -- the pedestal has a
11 bulbus shape at the upper portion of it
12 that is squared off.
13     A.   Yes.
14     Q.   Page 24, can you tell us
15 about this table?
16     A.   This one is a rectangular
17 table on the top with nail heads going
18 around the sides.  This has the bulbus.
19 It's got two bases, two pedestal bases,
20 and they have the bulbus shape that
21 starts off slimmer and gets larger as
22 it goes down.  And then it -- and then
23 it straightens out and drops down
24 straight and then comes back in, and
25 then you have your stairstepping.  And

Page 180

1  then on the piece on the floor has the
2  nail heads that match the -- the top,
3  tabletop.
4      Q.   And the parts that meet the
5  floor are what shape?
6      A.   They're square.
7      Q.   And then the bulbus portion
8  of it, is it squared off?
9      A.   It's squared off.
10     Q.   Page 25 has a table that also
11 has a similar type pedestal base,
12 right?
13     A.   Yes.
14     Q.   Square bottom?
15     A.   Square bottom, yes.
16     Q.   Thick, heavy top?
17     A.   Yes.
18     Q.   Doesn't look like it has any
19 carving on it?
20     A.   No.
21     Q.   Page 26.  Can you describe
22 26?
23     A.   26 is a rectangular table.
24 The sides, it looks like it cuts in a
25 little bit on the sides, and you have

Page 181

1  nail heads, and you have two pedestal
2  bases that are squared off.  They have
3  a little bit of -- they flare out, and
4  then they flare out to a square, and
5  then you have your stairstepping down
6  to the bottom with nail heads and a
7  square base.
8      Q.   Okay.  Page 27.  Looks like
9  this picture is taken outdoors.
10     A.   Yes.
11     Q.   And what do you see that's
12 distinctive about this table?
13     A.   This is a rectangular table.
14 It doesn't appear from the picture to
15 have an apron.  It appears to not have
16 a straight cut, either.  It appears to
17 have more of a bullnose cut, which is
18 kind of a rounded cut on the edge.  And
19 then it has --
20     Q.   That is the tabletop?
21     A.   Yes, sir.  And then it has
22 two pedestal bases that are connected
23 by a stretcher.  The pedestal bases, it
24 looks like there's a square piece, and
25 then it cuts in and then flares back

email@tobyfeldman.com              Toby Feldman, Inc.                   Certified WOB
tobyfeldman.com                  NATIONWIDE SERVICES                  (800) 246.4950

**Richard Christopher Sanders**                                      7/23/2018

Page 182

1    out.  And as it drops down, it squares
2    off again, and then it cuts in, and
3    then it flares out sightly and creates
4    another square piece that connects the
5    two legs that are opposite of the
6    length -- the way the table is.
7        Q.  Okay.  If you look over on
8    page 28.  And tell us about that table.
9        A.  This is a rectangular table.
10   From the picture I can't tell.  It
11   doesn't appear that there's any carving
12   on the tabletop.  The base, it's a
13   two-pedestal base.  Looks like it has a
14   bulbus part in the middle, and it kind
15   of stairsteps.  It gradually gets
16   larger and larger with different pieces
17   of wood connected together to get to
18   that large piece.  And then it comes
19   back -- it comes back in and starts
20   getting more narrow, and it's connected
21   to two -- two feet that are connected,
22   looks like, by a stretcher.
23       Q.  All right.  That's a
24   heavy-looking piece of furniture,
25   though.

Page 183

1            MR. DIETRICH:  Objection,
2    leading; form.
3        Q.  (By Mr. Green)  Is it a
4    heavy-looking piece of furniture?
5        A.  It looks very heavy to me.
6        Q.  And that's really been the
7    look of most of these tables?
8        A.  Yes.  When you have these
9    large bases like this, it's going to be
10   heavy.
11       Q.  And the -- most of the tops
12   are heavy.
13       A.  Yes.
14       Q.  Thick.
15       A.  These all appear to be made
16   out of solid wood.
17       Q.  Page 29, can you quickly tell
18   us about --
19       A.  Rectangular table, two
20   pedestal bases.  Each of the pedestal
21   bases starts off with a -- there's a
22   square cut and then another square cut
23   that's a little smaller that flares out
24   to another square cut.  Then you have
25   the bulbus area that slowly flares out

Page 184

1    and gets larger as it goes down, and
2    then it curves in to some more square
3    cuts that are connected to two feet
4    that are connected by a stretcher.
5        Q.  Okay.  On page 30, can you
6    explain a little bit about this one?
7        A.  This is a rectangular table
8    with an apron that has some -- looks
9    like it has some wood pieces that have
10   been added onto intermittently on the
11   corners and on the sides of the apron.
12   And then you have two pedestal bases
13   that start off slim and flare out to a
14   square area that drops down straight
15   and creates a square, and then it
16   flares back in and then flares back out
17   to the two feet.
18       Q.  Looks generally to me like
19   that has a little cleaner-- cleaner
20   lines.
21       A.  Yeah.  That doesn't really
22   have any carvings.
23       Q.  Page 31, what about this
24   table?
25       A.  Rectangular table with -- the

Page 185

1    side of it is straight cut with nail
2    heads.  I can't tell if that's nail
3    heads or wood to look like nail heads.
4    One of those two.  And then it has two
5    pedestal bases.  It has a squared cut
6    connecting to the tabletop, and then
7    there's a large piece that's been
8    carved in.  And then it's square, and
9    then it comes in and then comes back
10   out and creates another square, and
11   then you stairstep to the floor.  And
12   then on the floor it's a square piece
13   with the nail heads again.
14       Q.  Okay.  And the -- the bigger
15   part of the pedestal where I'm pointing
16   right now --
17       A.  Yes.
18       Q.  -- that kind of looks like
19   you have an ice cream scoop that's
20   scooped out --
21       A.  Yes.
22       Q.  -- do you see what I'm
23   talking about?
24       A.  Yes.
25       Q.  Is that generally a design

email@tobyfeldman.com                Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                    NATIONWIDE SERVICES                    (800) 246.4950

Richard Christopher Sanders                                    7/23/2018

Page 186

1    that we've seen multiple examples of
2    here?
3          A.   Yes, we have.
4          Q.   Just like if we were talking
5    about the ones that are bulbular and
6    then squared, is that also -- we've
7    seen that style design?
8          A.   Yes.
9          Q.   Page 32 just is a picture of
10   a pedestal base.  Is that a style that
11   is similar to in look of many that
12   we've looked at?
13         A.   Yes, it is.
14         Q.   Page 33, same question again
15   about the table on page 33.  Similar
16   look?
17         A.   This is a similar look, yes.
18         Q.   And page 34?
19         A.   Yes, it's a similar look.
20         Q.   And page 35?
21         A.   That is a similar look.
22         Q.   Page 36?
23         A.   That is a similar look.
24         Q.   And page 37?
25         A.   Similar look.

Page 187

1          Q.   And I asked you, I think,
2    through page 19, but now let's talk
3    about the entire exhibit.  Did you see
4    any tables in here that you know who
5    makes that table?
6          A.   No, I did not.
7          Q.   Does Trendily sell tables
8    that have a similar look to some of
9    these?
10         A.   Yes, they do.
11         Q.   And is that in addition to
12   Exhibit Number 12?
13         A.   Yes, it is.
14         Q.   And we've just done that with
15   tables, but if you talked about
16   buffets, sideboards, or console tables,
17   is the same variation generally true?
18              MR. DIETRICH:  Objection,
19   form.
20         A.   Yes, it is.
21         Q.   (By Mr. Green) Can you tell
22   us whether or not you see a wide
23   variety of the types of differences in
24   design that we saw with the tables?  Do
25   you see that with other pieces of

Page 188

1    furniture?
2              MR. DIETRICH:  Objection,
3    form.
4          A.   I do see that with all the
5    different pieces of furniture.  So I
6    see that with buffets and credenzas and
7    console tables.
8          Q.   (By Mr. Green) Okay.  Your
9    job -- you are a sales rep for
10   Trendily, right?
11         A.   Yes.
12         Q.   You have your own company?
13         A.   Yes.
14         Q.   And you have another
15   manufacturer that you represent?
16         A.   Yes.
17         Q.   But you're not an employee of
18   Trendily?
19         A.   No.
20              MR. DIETRICH:  Objection,
21   leading.
22         Q.   (By Mr. Green) Are you an
23   employee of Trendily?
24         A.   I am not.
25         Q.   Is it your job to try to sell

Page 189

1    Trendily furniture to retail furniture
2    stores?
3              MR. DIETRICH:  Objection,
4    leading.
5          A.   Yes, that is my job.
6          Q.   (By Mr. Green) Does Trendily
7    sell many different types of tables?
8          A.   Yes, we do.
9          Q.   Consoles or sideboards?
10         A.   Yes.
11         Q.   Desks?
12         A.   Yes.
13         Q.   And then you also sell
14   upholstered furniture?
15         A.   Yes, we do.
16         (Exhibit 15 marked.)
17         Q.   (By Mr. Green) Mr. Sanders,
18   I've handed you Exhibit Number 15.  And
19   can you tell us what Exhibit Number 15
20   is?
21         A.   This is --
22         Q.   Just flip through it first.
23         A.   This is a bunch of different
24   tables, desks, and buffets that we
25   sell.

48 (Pages 186 to 189)

**Richard Christopher Sanders**                                7/23/2018

Page 190

```
1          Q.   Let me -- let me direct you
2    on to page 2 for a second.  Up in the
3    upper right-hand corner and the lower
4    left-hand corner is the Remington
5    trestle dining room table.
6          A.   Yes.
7          Q.   How long have y'all been
8    selling that?
9          A.   We've been selling it as long
10   as I've been with the company.
11         Q.   Okay.  You encountered some
12   Trendily furniture back when you were
13   just hauling furniture --
14         A.   Yes, sir.
15         Q.   -- and you were in furniture
16   transport.
17         A.   Yes, sir.
18         Q.   Do you remember that table
19   from that time period?
20         A.   I don't specifically remember
21   it, no, sir.
22         Q.   Okay.  But at least -- at
23   least the entire time you've been
24   working there?
25         A.   Yes.
```

Page 191

```
1          Q.   Okay.  And then the next page
2    is a -- is a little bit of a close-up,
3    a bigger picture of it.  Do you see
4    that?
5          A.   Yes.
6          Q.   Does that table have carving
7    around the edges?
8          A.   Yes, it does.
9          Q.   On page 4, there's a round
10   table.  Do you see that on the lower
11   right-hand corner?
12         A.   Yes, I do.
13         Q.   The two pictures?  Those are
14   two different tables, or are they two
15   different sizes?
16         A.   Yes, it's the same table with
17   different size.
18         Q.   Okay.  And that's the table
19   that has rope carving around the edge
20   of the table?
21         A.   Yes.
22         Q.   And do you know how long
23   y'all have been making that table,
24   Trendily?
25         A.   As long as I've been here,
```

Page 192

```
1    for sure.
2          Q.   And next to that to the left
3    is the Siena dining table that looks
4    like it's a rectangular table of
5    similar style as the other two, the two
6    round ones, but it's rectangular and
7    has two pedestal bases.
8          A.   Yes.
9               MR. DIETRICH:  Objection,
10        form; leading.
11         Q.   (By Mr. Green)  Does it have
12   carving around the edges?
13         A.   Yes, it does.
14         Q.   Page 5, there's four tables
15   that are -- that are listed side by
16   side.  Do you see those?
17         A.   Yes, I do.
18         Q.   Are they different sizes of
19   the same general design?
20         A.   Yes.
21         Q.   And how long have you sold
22   that table?
23         A.   As long as I've been at the
24   company.
25         Q.   And the pedestal base on that
```

Page 193

```
1    looks like it has that bulbus and
2    squared-off look --
3          A.   Yes.
4          Q.   -- that we talked about?
5          A.   Yes, it does.
6          Q.   And the next page is a little
7    closer-up picture of that table,
8    correct?
9          A.   Yes.
10         Q.   On the page 7, what is page 7
11   showing?
12         A.   That's one of the desks that
13   we manufacture.
14         Q.   Okay.  How long have you made
15   that desk?
16         A.   As long as I've been with the
17   company.
18         Q.   And then this piece of
19   furniture to the right of the desk,
20   what is that?
21         A.   That would be a buffet or a
22   credenza, sideboard.
23         Q.   Does it have hand carving on
24   it?
25         A.   Yes, it has a lot of carving
```

email@tobyfeldman.com                 Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                      NATIONWIDE SERVICES                   (800) 246.4950

Richard Christopher Sanders                                   7/23/2018

Page 194

1   on it.
2        Q.   Okay.  And it has -- it's not
3   just a rectangular top to it.
4        A.   No.  The top has got some
5   carving, and it has some movement to
6   it.
7        Q.   And how long have you sold
8   that buffet or --
9        A.   Since I've been with the
10  company.
11       Q.   And then page 8, what is
12  that?
13       A.   That's another desk that we
14  manufacture and sell.
15       Q.   What's the name of that desk?
16       A.   That's called the Star desk.
17       Q.   And does it have a star in
18  the middle?
19       A.   It does have a star in the
20  middle.
21       Q.   It looks like a Texas star.
22       A.   Yes, it is.  That's what it
23  is.
24       Q.   Okay.  And is there carving
25  around the edges of the desk?

Page 195

1        A.   There is rope carving around
2   the edge and then there's chip carving
3   inside that.
4        Q.   Okay.  So there's two
5   different carvings on the top part of
6   the desk?
7        A.   Yes.
8        Q.   And did you say that was rope
9   carving?
10       A.   The outside edge is rope
11  carving.
12       Q.   And what about -- then
13  there's a space, a different kind of
14  carving.
15       A.   That's called chip carving.
16       Q.   Chip carving?  And then what
17  about the next line behind that?
18       A.   That's nail heads.
19       Q.   Okay.  What is page 9
20  showing?
21       A.   9 is buffets and credenzas.
22       Q.   Okay.  If you look at the
23  Siena three-door buffet that's the
24  second from the left on the top --
25       A.   Yes.

Page 196

1        Q.   -- does that have ironwork in
2   it?
3        A.   Yes, it does.
4        Q.   And it scrolls in different
5   shapes?
6        A.   Yes.
7        Q.   How long have y'all made that
8   buffet?
9        A.   As long as I've been there.
10       Q.   And then the one on the far
11  right, how long have you made the
12  Province three-door buffet?
13       A.   As long as I've been there.
14       Q.   That one also has ironwork on
15  it?
16       A.   Yes.
17       Q.   Is it the same ironwork, same
18  shapes as the Siena, or is it
19  different?
20       A.   It's different.
21       Q.   Okay.  Has a similar look,
22  right?
23       A.   Yes, it has a similar look,
24  but it's different.
25       Q.   But it's clearly different?

Page 197

1        A.   Yes.
2        Q.   And then the Zeus three-door
3   buffet, second from the right on the
4   bottom --
5        A.   Yes.
6        Q.   -- looks like it has quite a
7   bit of hand carving; is that right?
8            MR. DIETRICH:  Objection,
9        form; foundation.
10       A.   Yes.  It has a lot of carving
11  on the doors, yes.  And it has carving
12  on the edges of the top and on the
13  base.
14       Q.   (By Mr. Green)  Okay.  On the
15  Vienna curved -- strike that.
16           The Vienna carved three-door
17  buffet on the upper left-hand corner of
18  the page --
19       A.   Yes.
20       Q.   -- what carving does that
21  have on it?
22       A.   That has a rope carving
23  coming down in between each door, and
24  then it has a large hand-carve on each
25  door.

email@tobyfeldman.com            Toby Feldman, Inc.              Certified WOB
tobyfeldman.com                NATIONWIDE SERVICES            (800) 246.4950

**Richard Christopher Sanders**                                    7/23/2018

---

Page 198

1      Q.   On that carving coming down
2  on the sides, have you heard that
3  called barber shop -- barber pole type
4  carving before?
5      A.   No, I have not.  I would just
6  call that a form of rope carving.
7      Q.   Okay.  Page 10, the Siena
8  two-door buffet at the lower right-hand
9  corner -- no, lower left-hand corner --
10     A.   Yes.
11     Q.   -- does that have decorative
12 ironwork on the doors?
13     A.   It does have decorative
14 ironwork, yes.
15     Q.   And does it have carving
16 around the top?
17     A.   It has a rope carving around
18 the top edge.
19     Q.   Okay.  The buffet called the
20 Casa Antigua four-door buffet that's
21 the second from the left on the top,
22 it's got a unique shape where it's not
23 just straight across the front.
24         MR. DIETRICH:  Objection,
25     form; foundation; leading.

---

Page 199

1      Q.   (By Mr. Green)  Can you
2  describe the shape of the top of that
3  buffet, the Casa Antigua buffet?
4      A.   It has a scalloped shape to
5  it.
6      Q.   Okay.  And then the one next
7  to it, the Alicante buffet, describe
8  the shape of the top of that one.
9      A.   The top of that is -- it's
10 cut at 45-degree angles on the edge --
11 on the edges.
12     Q.   The Siena -- the Siena
13 two-door buffet on the left-hand side
14 on the bottom, did we mention that that
15 has the carving around the top?
16     A.   Yes.
17     Q.   And what kind of carving is
18 that?
19     A.   That's a rope edge.
20     Q.   Yeah.  Let's go ahead and go
21 to the next page.  And these are all
22 just different buffet tables that --
23 that Trendily sells, right?
24     A.   Yes.
25     Q.   Are any of these new that

---

Page 200

1  you've only been selling a very short
2  time?
3      A.   No.
4      Q.   The Madrid carved open --
5      A.   Bookshelf.
6      Q.   -- bookshelf, it's hard for
7  me to tell from this picture.  Does it
8  have iron woodwork, or is this just
9  wood?
10     A.   This is all wood, but lots
11 and lots of carving on it.
12     Q.   Yeah.  Same thing with regard
13 to the one on the bottom right, the
14 Alisa four-door, it's got lots of
15 carving?
16     A.   Yeah, that has carving.
17 There's no iron there, but it's all
18 wood carvings.
19     Q.   Okay.  The Kidwell on the
20 next page, the Kidwell two-door buffet,
21 the legs aren't straight on the -- or
22 the sides aren't straight on the ends
23 of it.  Tell us about that.
24     A.   Those legs are heavily
25 carved.  Actually -- yes, those are

---

Page 201

1  heavily carved.  It looks like an
2  animal's leg, almost.
3      Q.   And how long have you been
4  selling that one?
5      A.   Since -- since I've been
6  there.
7      Q.   Okay.  The next page, page
8  13, it just has a blowup of one of
9  them, the Alisa four-door that we
10 talked about that was on page 11.
11     A.   Yes.
12     Q.   Just a closer-up picture of
13 the carving and so forth?
14     A.   Yes.
15     Q.   And then page 14 is a larger
16 picture of the Siena two-door buffet
17 that we talked about a minute ago?
18     A.   Yes.
19     Q.   The hardware, is that iron
20 hardware, the drawer pulls?
21     A.   Those drawer pulls are iron
22 hardware, yes.
23     Q.   And same thing with the pulls
24 on the --
25     A.   On the doors?

---

email@tobyfeldman.com                Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                      NATIONWIDE SERVICES              (800) 246.4950

**Richard Christopher Sanders**                    7/23/2018

Page 202

```
 1        Q.   -- the doors?
 2        A.   Yes.
 3        Q.   And that one had the
 4   decorative iron?
 5        A.   Yes, it does.
 6        Q.   And then page 15 is a bigger
 7   picture of the Siena three-door buffet,
 8   and it has the same -- same kind of
 9   heavy hardware?
10        A.   Yes.
11        Q.   Drawer pulls and door
12   handles?
13        A.   Yes.
14        Q.   And ironworks --
15        A.   Yes.
16        Q.   -- on the doors?
17        A.   Yes.
18        Q.   Page 16, what are page 16
19   and --
20        A.   These are -- these are coffee
21   tables.
22        Q.   Okay.  And how long have
23   y'all been making these coffee tables?
24        A.   Since as long as I've been
25   there.
```

Page 203

```
 1        Q.   And on the next page, page
 2   17, is a blowup of the Marbella coffee
 3   table that we saw on page 16, correct?
 4        A.   Yes.
 5        Q.   Can you describe that piece
 6   of furniture for me?
 7        A.   This has a rectangular
 8   tabletop, and then it has a square edge
 9   to it or a straight-cut edge to it.
10   And then underneath there is an apron,
11   and the apron has pieces of wood cut
12   out to create a vertical design, and
13   then under there you have turned --
14   four turned legs on each corner.
15        Q.   Okay.  If you look at the
16   edge of the tabletop of the Marbella
17   coffee table, is it similar to the edge
18   of the -- what's the name of this
19   table?
20        A.   Amir table.
21        Q.   The Amir table, which is
22   Exhibit Number 12, right?
23        A.   Yes.
24        Q.   Is that -- the way the
25   corners and the ends of the top, is
```

Page 204

```
 1   that similar to the Marbella?
 2        A.   Yes, it is.
 3        Q.   And then the last page of the
 4   exhibit is a coffee table?
 5        A.   Yes, it is.
 6        Q.   Tell us about that one.
 7        A.   This is a round coffee table,
 8   and this one has a rope edge carving
 9   around the side, and then it has a
10   single pedestal base that starts off
11   squared, but it's squares that have
12   been placed into a circular
13   configuration, and then it rounds off.
14   And then the -- the final product
15   that's on the floor flares out into,
16   like, four -- looks like it's one
17   piece, but it looks like it flares out
18   into four little edges.
19        Q.   What do you call the carving
20   that is around the edge of this table?
21        A.   I would call it a rope edge.
22        Q.   And then it looks like
23   there's some kind of carving on the
24   very top part.
25        A.   Yes.  Yes, there is.
```

Page 205

```
 1        Q.   Now, all of the pieces of
 2   furniture that we just looked at in
 3   Exhibit 15, are they Trendily
 4   manufactured pieces of furniture?
 5        A.   Yes, they are.
 6        Q.   And these are the kind of
 7   pieces of furniture that you are trying
 8   to sell to your customers --
 9        A.   Yes.
10        Q.   -- day in and day out?
11        A.   Yes.
12        Q.   Did I understand your
13   testimony earlier that you -- your
14   intent was to not try to market the MJ
15   Collection to furniture stores that
16   were already selling the Jason Scott
17   line?
18             MR. DIETRICH:  Objection;
19   form; foundation; leading.
20        A.   Yes.
21        Q.   (By Mr. Green)  Bo Runyon,
22   who owns the Runyon's furniture
23   store -- I'm not sure of the exact name
24   of the store -- but you know which one
25   I'm talking about?
```

FRE 611(c), 802

                                    52 (Pages 202 to 205)

**Richard Christopher Sanders**                    7/23/2018

Page 206

1      A.   Yes, sir.  Yes.
2      Q.   Did she reach out to you and
3   ask to be shown the MJ Collection?
4          MR. DIETRICH:  Objection,
5   leading.
6      A.   She did.
7      Q.   (By Mr. Green)  Do you know
8   whether or not Jason Scott asked her to
9   do that?
10     A.   I do not know.
11     Q.   Did you know that she
12  secretly taped and recorded the
13  meeting?
14     A.   I found out afterwards, yes.
15     Q.   Do you know who asked her to
16  do that?
17         MR. DIETRICH:  Objection,
18  form; foundation.
19     A.   I would assume Jason Scott
20  asked her to do it.
21     Q.   (By Mr. Green)  You don't
22  know that of your own --
23     A.   No.
24     Q.   -- knowledge, do you?
25     A.   No.

Page 207

1      Q.   But that's your assumption?
2      A.   Yes.
3      Q.   And I'm getting old and I'm
4   trying to remember the name of the
5   other company that reached out to you
6   that sold --
7      A.   Calamity Jane.
8      Q.   Calamity Jane.  Who was it at
9   Calamity Jane that reached out to you
10  and wanted - and asked -- and inquired
11  about the MJ Collection?
12     A.   Shawn Beach.
13     Q.   Do you know whether or not
14  Jason Scott suggested to Shawn Beach
15  that she reach out to you?
16     A.   I do not know.
17     Q.   And I believe you said at
18  some point after the lawsuit had been
19  filed and y'all stopped selling the MJ
20  Collection, that Tanner Dipple reached
21  out to you and was making inquiry about
22  the MJ Design Collection?
23     A.   Yes.
24     Q.   Do you know whether or not he
25  was asked to do that by Jason Scott?

Page 208

1      A.   I do not know.
2      Q.   Since the lawsuit was filed
3   and you had your conversation with
4   Rahul and he told you stop selling the
5   MJ Collection, have any of those pieces
6   been sold?
7      A.   No.
8          MR. GREEN:  I think that's
9   all I have right now.  Thank you.
10         MR. DIETRICH:  I just have a
11  few follow-up questions based on
12  what Chuck asked.
13         THE WITNESS:  Okay.
14         FURTHER EXAMINATION
15  BY MR. DIETRICH:
16     Q.   You called Exhibit 12 the
17  Amir table.
18     A.   Yes.
19     Q.   What's the name of the line
20  that you had discussed --
21     A.   Amir.
22     Q.   -- that this table is in?
23     A.   Amir.
24     Q.   Are the other pieces the Amir
25  console or --

Page 209

1      A.   Yes.
2      Q.   -- whatever?
3      A.   Yes.  Exactly, yes.
4      Q.   I saw some tables in Exhibit
5   15 called the ME dining table.  Do you
6   recall those?
7      A.   In this one here?
8      Q.   Yes.  Does that sound
9   familiar to you from Trendily's line?
10     A.   The ME trestle dining table?
11     Q.   Yeah.
12     A.   Yes.
13     Q.   What does ME mean if you
14  know?
15     A.   Midas Exports.
16     Q.   And we're talking about the
17  MJ Collection.  What does MJ mean, if
18  you know?
19     A.   MJ?  It just -- it could mean
20  Michael Jordan, Michael Jackson.
21  Seriously, it doesn't mean anything.
22     Q.   That's my question, did it
23  have -- it wasn't an acronym or
24  something or not?
25     A.   No, it was not.  Just sounds

email@tobyfeldman.com                Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                    NATIONWIDE SERVICES                  (800) 246.4950

**Richard Christopher Sanders**                                    7/23/2018

Page 210

1  good.
2      Q.   And we looked at 37 pages of
3  different tables in Exhibit 14.  Are
4  any of those tables that Trendily sells
5  or manufactures?
6      A.   The one on page 1 looks
7  like -- looks similar to one we
8  manufacture.  I can't tell if that's us
9  or not.  We make one that looks
10  similar.
11          I'm sorry.  I'm going through
12  as quick as I can.
13      Q.   No, it's okay.  You can take
14  your time.  I want to make sure I get
15  an answer, knowledgeable answer from
16  you.
17      A.   Yeah, it looks to be the only
18  one.
19      Q.   So first page, you said that
20  table looks similar?
21      A.   Yes.
22      Q.   And the 36 other pages, you
23  can identify that Trendily doesn't make
24  those tables?
25      A.   I'm -- I'm pretty certain --

Page 211

1  on most of them I'm very certain.  I'm
2  fairly certain on all of them that we
3  don't make any of those.
4      Q.   So you are not confused about
5  the manufacturer of any of those tables
6  being Trendily?
7      A.   No.
8      Q.   Are there any tables in
9  Exhibit 14 with carvings that you would
10  say that are similar to the Amir table
11  in Exhibit 12?
12      A.   11 has some similarities.  12
13  has a little bit of similarities.  Just
14  because they both have, you know, a
15  carving that's, you know, like a
16  straight line.  It's -- I don't know.
17  I guess not, really, the more I look at
18  it, no.  Because this is more of an
19  oval, and this is a straight-line cut.
20      Q.   On the base, you're talking
21  about?
22      A.   Right.  You're asking for
23  carving specifically?
24      Q.   Yes.
25      A.   Page 16, the Briana table has

Page 212

1  some carvings, you know, on the edge
2  that -- they're different, but, I mean,
3  they're a little bit kind of like that.
4          Page 19 has -- looks like to
5  be some oval carvings on the leg,
6  they're just squattier, that are kind
7  of like the carving.  And then there's
8  a lot of them that have the same --
9  like page 22 has the same look of the
10  base, as far as the bulbus area.
11      Q.   Sure.  Hang on there real
12  quick.  Let's look at page 22.  You
13  said it has the same look at the base.
14  I don't see any carving on the base, do
15  you?
16      A.   On 22?
17      Q.   Yes.
18      A.   Well, it's a blurry picture.
19      Q.   I'll give you that.
20      A.   There could be some carving
21  along the edge, but I can't tell for
22  certain.
23      Q.   And many of these say, 23,
24  they have a shape --
25      A.   Uh-huh.

Page 213

1      Q.   -- that's similar, but they
2  don't have carving, right?
3      A.   Correct.  I guess that's it.
4      Q.   So just a couple with a shape
5  that's generally similar but not
6  similar carvings.  Is that about right?
7      A.   Yes, I believe so.
8      Q.   Have you ever -- is today the
9  first day you did a side-by-side
10  comparison of the Amir table and the
11  Jason Scott table?
12      A.   Yes.
13      Q.   Do you know if Rahul or
14  anybody else has done that before?
15      A.   I have no idea.
16      Q.   Now, looking at the Jason
17  Scott table here, do you see any tables
18  in Exhibit 14 that have carvings that
19  are similar to the Jason Scott table?
20  Just for the record, that's Exhibit 13
21  with the Jason Scott table in it.
22      A.   11 has some carvings on the
23  bottom of the base there, a little bit.
24  12 has some carvings on the bottom of
25  the base.

email@tobyfeldman.com                Toby Feldman, Inc.                Certified WOB
tobyfeldman.com                      NATIONWIDE SERVICES               (800) 246.4950

Richard Christopher Sanders                                    7/23/2018

Page 214

1      Q.  And 11 and 12 look like they
2  might be the same table, right?
3      A.  I don't know.  Maybe.  Maybe
4  not.  I can't tell.
5      18 looks like the base has
6  some carvings that are similar.
7      Q.  In what way?
8      A.  They're -- you know, the
9  Jason Scott piece looks to me to be
10  like flowing, flowery-looking stems,
11  and this one in this picture looks
12  similar to me.  Once again, it's not
13  the best picture in the world, but it's
14  got carvings on it.
15      Q.  Right, I can see carvings.  I
16  can't tell what they are, but you're
17  the one looking at them.
18      A.  That looks to be it.
19      Q.  So, for example, looking at
20  page 21 of Exhibit 14, you'll agree
21  with me that this table doesn't have
22  carvings on it that are like the Jason
23  Scott piece?
24      A.  Yes.
25      Q.  And when you look at the

Page 215

1  furniture in Exhibit 15 that Trendily
2  sells, you said that they have been
3  making, I think, most or all of these
4  things since you've been with the
5  company?
6      A.  Yeah.  They've been made -- I
7  mean, they were making them when I
8  started.
9      Q.  And you've only been there
10  two and a half years?
11      A.  Correct.
12      Q.  So you don't know how far
13  before that they might have been making
14  these pieces?
15      A.  No.  You know, I assume
16  they've been making them for many, many
17  years prior, but I can't give a date or
18  anything.
19      Q.  Has -- does Trendily come up
20  with new designs for furniture often?
21      A.  On occasion they do.
22      Q.  How often would you say that
23  happens?
24      A.  A few times a year.
25      Q.  Because it sounded from your

Page 216

1  testimony like all of these furniture
2  pieces in 15 have been made for a long
3  time.
4      A.  Correct.
5      Q.  There's no new pieces in this
6  exhibit that you knew of?
7      A.  Not in this exhibit, no.
8      Q.  Are there pictures of new
9  pieces somewhere else?
10      A.  Yes.
11      Q.  Is that in the Dropbox?
12      A.  Yes.
13      Q.  So a couple of times a year,
14  Trendily comes up with new pieces, and
15  those go into the Dropbox?
16      A.  A few times a year, yes.
17      Q.  Not on the website, I guess?
18      A.  They just haven't been added
19  to the website because probably there
20  just hasn't been anybody who has had
21  time to add them.
22      MR. DIETRICH:  I don't have
23  any more questions for you.
24      THE WITNESS:  Okay.
25  ///

Page 217

1      FURTHER EXAMINATION
2  BY MR. GREEN:
3      Q.  The round Briana table that
4  was on page 18 of Exhibit 14 that has
5  the carving that you said looked kind
6  of similar to the Jason Scott carving
7  in Exhibit 13 --
8      A.  Yes.
9      Q.  -- do you know how long that
10  table has been made?
11      A.  No idea.
12      Q.  Do you know who makes that
13  table?
14      A.  I do not.
15      Q.  I'm talking about the one on
16  page 18 --
17      A.  Yeah.
18      Q.  -- of Exhibit 14.
19      A.  I don't know.
20      MR. GREEN:  I believe that's
21  all I have.
22      MR. DIETRICH:  All right.
23  You are done, Chris.
24      (Deposition concluded at 2:39
25  p.m.)

email@tobyfeldman.com                Toby Feldman, Inc.                    Certified WOB
tobyfeldman.com                      NATIONWIDE SERVICES                  (800) 246.4950

Page 218

```
1              IN THE UNITED STATES DISTRICT COURT
2                   FOR THE DISTRICT OF ARIZONA
3
4    JASON SCOTT COLLECTION,    §
     INC.,                      §
5                               §
            Plaintiff,          §
6    VS.                        §   CIVIL ACTION NO.
                                §   2:17-cv-02712-JJT
7    TRENDILY FURNITURE, LLC    §
     et al.,                    §
8                               §
            Defendants.         §
9
10
11
12            REPORTER'S CERTIFICATION
13            RICHARD CHRISTOPHER SANDERS
14                 JULY 23, 2018
15
16
17       I, Janice K. McMoran, RDR, CRR, TCCR, and
18   Certified Shorthand Reporter in and for the State
19   of Texas, hereby certify to the following:
20       That the witness, RICHARD CHRISTOPHER SANDERS, was
21   duly sworn by the officer and that the transcript of
22   the oral deposition is a true record of the testimony
23   given by the witness;
24       I further certify that pursuant to Federal
25   Rules of Civil Procedure, Rule 30(e)(1)(A) and (B)
```

Page 219

```
1    as well as Rule 30(e)(2), that the signature of the
2    deponent:
3        __X___ was requested by the deponent or a
4    party before the completion of the deposition and
5    is to be returned within 30 days from date of
6    receipt of the transcript.  If returned, the
7    attached Errata contains any changes and the
8    reasons therefor;
9        _____ was not requested by the deponent or a
10   party before the completion of the deposition.
11       I further certify that I am neither counsel
12   for, related to, nor employed by any of the parties or
13   attorneys to the action in which this proceeding was
14   taken.  Further, I am not a relative or employee of any
15   attorney of record in this cause, nor am I financially
16   or otherwise interested in the outcome of the action.
17       Subscribed and sworn to on this the 31st day
18   of June, 2018.
19
20       _____
21       JANICE K. McMORAN, RDR, CRR, TCRR
22       Texas CSR #1959
23       Expiration Date: 12/31/18
24
25
```

Page 220

```
1            ACKNOWLEDGMENT OF DEPONENT
2
3        I,_____, do hereby certify
4    that I have read the foregoing pages, and that the
5    same is a correct transcription of the answers given by
6    me to the questions therein propounded, except for the
7    corrections or changes in form or substance, if any,
8    noted in the attached Errata Sheet.
9
10       _____
11       RICHARD CHRISTOPHER SANDERS        DATE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 221

```
1                    E R R A T A
2    WITNESS: RICHARD CHRISTOPHER SANDERS
3    DATE: JULY 26, 2018
4    PAGE NO.  LINE NO.   CHANGE      REASON FOR CHANGE
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16       I, RICHARD CHRISTOPHER SANDERS, have read the
17   foregoing deposition and hereby affix my signature that
18   same is true and correct, except as noted above.
19
20       _____
21       RICHARD CHRISTOPHER SANDERS
22
23
24
25
```

email@tobyfeldman.com                Toby Feldman, Inc.              Certified WOB
tobyfeldman.com                      NATIONWIDE SERVICES            (800) 246.4950



EXHIBIT NO.
Janice McMoran
CSR, RDR, CRR

JSC00041




EXHIBIT NO. 8
7/23/18
Janice McMoran
CSR, RDR, CRR

JSC00038





JSC00035

1:46

CS

Chris

Fri, Apr 7, 3:41 PM

Hey I am sending that Dropbox link. What email do I send it to?

Adobe.interiors@icloud.com

Fri, Apr 7, 5:15 PM

Hey I'm thinking that I should go ahead and put you guys down for one of those beds and the table and desk. I want to be certain that I secure these guys for you. What do you think?

Let me show my dad first tomorrow to make sure. I'm sure he will go for it

I'll be seeing him first thing in the morning

Sounds good.

That drop box link has a lot of good stuff.

Glad to hear that. If you have

iMessage


Sanders
EXHIBIT NO. 4
Janice McMorah 1/25/18
CSR, RDR, CRR

1:47 



CS

Chris

Glad to hear that. If you have interest in anything you see just let me know and I can tell you pricing etc.

I'm gonna post a few of the good ones on FB and see what kind of response we get.

Awesome

Sat, Apr 8, 1:08 PM

The carved teak items we were talking about this morning - table, desk, credenza - are just now leaving India so they will be here around end of May.

We did not talk about the Indian door bed today. Did you want me to order that for you also?

Okay that is fine

My special order dining chairs will arrive before that right?

iMessage

**1:56**

**CS**

Chris

Okay that is fine

My special order dining chairs will arrive before that right?

Yes.

Different container.

Oh shit I forgot to show him that.
Let me talk to him again about it.
I'll see him Monday

Okay cool

Great. Thanks

Mon, Apr 10, 1:58 PM

Did you want to do one of those Indian door beds also?

Waiting on my dad to come here still.
He hasn't come in yet today

iMessage

<u>Transcript of Trendily Recording 08-15-17 Excerpt</u>

Bonita (Bo) Runyon – Owner of Calamity Jane's Trading Company

Chris – Trendily sales representative

Dara – Trendily sales representative

Robin – Employee of Calamity Jane's

_____

| | |
|---|---|
| Bo: | What is that, what kind of material? |
| Chris: | This is Indian teak, it's reclaimed teak.  So, there's no moisture content and it's reclaimed. [inaudible] |
| Unknown: | Thank you. |
| Bo: | What is the turnaround time? |
| Chris: | The turnaround time on this one, like I said if I had some coming in in a container I might have it here in like, I have a container coming the middle of September, around September 15th I have a container coming in, and I might have some on there. |
| Bo: | Oh really? |
| Chris: | I gotta check, I can find out for you. |
| Bo: | So, this is Bo, this is Little Bo. |
| Chris: | Yeah, we've talked. |
| Bo: | I don't know if you've met her. |
| Chris: | She talks to me on the phone all the time. |
| Bo: | She's kinda going to stand in, going to do a little training. |
| Chris: | Okay, that's cool. |
| Bo: | So, I told her to come in here and just be educated.  She's been doing the backroom stuff and I want her to be knowledgeable of the product, so I wanted her to come back here. |

1

Sanders

EXHIBIT NO. 5

1/25/18

Janice McMoran
CSR, RDR, CRR

| | |
|---|---|
| Chris: | So. |
| Bo: | You might want to go grab Robin.  Robin should be knowledgeable to the product.  So, Robin used to work at Grassroots.  I don't know if you know her or not, I don't know if ya'll know her. |
| Dara: | Is she dark headed? |
| Background voice: | No, she's blonde. |
| Bo: | [laughter] She works here but I can't say what she looks like, isn't that awful?  Oh, my gosh. |
| Chris: | No, you're busy, I get that, I get that. |
| Bo: | Oh my gosh, but anyway she's pretty new so I'd like for her to know too what Trendily is also about. |
| Chris: | Uh huh. |
| Bo: | But, but that's beautiful.  Now who all do you, now who do you sell to?  Because I don't like to … |
| Dara: | Nobody around here. |
| Chris: | No, nobody around here.  I've got a lot of customers that are buying in like, in San Antonio, West Texas, really don't have anybody down here. |
| Bo: | Okay, cool, alright.  Does the Adobe or The Arrangement or Brumbaughs carry it, which is fine, because I really don't mind if they [inaudible]. |
| Dara: | [inaudible] They're more special order. |
| Chris: | Yeah, Brumbaughs on occasion might do something like this, but not very often. |
| Bo: | Okay, that's beautiful. |
| Chris: | And, so, I was gonna go to some other pieces, but this, this is just our showroom that we had, this is the market that we had back in June. |
| Bo: | Uh huh. |

| | |
|---|---|
| Chris: | So, I just wanted to show you real quick, you've seen this table before. |
| Bo: | Yeah. |
| . . . | |
| Bo: | So, this is Robin. This is Miss Robin; Robin this is Chris from Trendily. |
| Chris: | How are you doing? |
| Dara: | I'm Dara. |
| Bo: | And Dara. |
| Dara: | Nice to meet you. |
| Bo: | So, pull you up a chair, no don't do that, here, no, no. |
| Background voice: | I'll do this and move this one over. |
| Bo: | Okay, alright. |
| Chris: | So, this. |
| Bo: | They're with Trendily, so, it's good that you get knowledgeable. |
| Chris: | We're local, we're in Dallas, and all of our upholstery is made from scratch in Dallas. |
| Robin: | Okay. |
| Chris: | We have lifetime warranties on all of our furniture. |
| Robin: | Well I come from the design district, so I've been doing this quite a while. |
| Chris: | Uh huh. |
| Bo: | Now, my question is--like one of my concerns is, like a lot of your products like the chairs, I was seeing on Wayfair... |
| Chris: | Wayfair? |
| Bo: | Um hmm, for just a few dollars less than what we were buying them for or, no for just a few dollars more than what I was buying them for. |

3

Chris:          We don't sell to Wayfair--are you sure about that?

Bo:          It was on something, it was online and it wasn't Trendily, well I don't know who it was, if it was saying Trendily or not, but it was actually brought up to us by one of our customers. And I was like well, we can't do that. So that's why I stopped kinda.

Chris:          No, you can't do that. Yeah, we don't sell to Wayfair and if you want.

Dara:          We're not doing any discount websites.

Chris:          We wouldn't do anything like that.

Dara:          The chairs are custom anyway; we don't have them stocked.

Bo:          Right, see I wish Karen was here because Karen was the one that showed me and said hey, Bo, did you know that Trendily is showing their stuff and it's like $375 and how much do we pay, or something, it was ridiculous.

Chris:          Something, something does not jive there because we would not do that. Number one we don't want to; our business is dealing with guys like you.

Bo:          Right.

Chris:          In our business we don't want to discount our products because then that sullies our name, sullies whoever--we don't want that.

Bo:          Uh huh, right.

Chris:          There's gotta be some confusion somewhere.

Bo:          Do you have consoles that have that look like that as well, or have that teak?

Chris:          That's something we're currently working on.

Bo:          Okay.

Chris:          So we're going to have consoles that look like this.

Bo:          Now the dining room table that I was inquiring on, now, tell me a little bit about that.

Chris:          The dining room table is 96 by 48…

Bo:          Okay.

Chris:       and it's $1899…

Bo:          Okay.

Chris:       and it's reclaimed teak as well.

Bo:          Okay, and its Indian teak?

Chris:       Uh huh.

Bo:          Okay, and then, is that the only size?  From the picture it looks like a Jason Scott. Is it a Jason … is it the scale of a Jason Scott?

Chris:       This is the [inaudible] when you say is the scale it is, does it look as good?

Bo:          Right.

Dara:        It's good, it's even better.

Bo:          Oh, really.

Chris:       Really.

Dara:        But it's different from theirs, it's not the same… It's the same scale, but it's a little bit different look.

Chris:       Yeah.

Bo:          Okay.

Dara:        We think it will still be really good.

Bo:          Okay. Because like if I bought here from Trendily, and then for whatever reason Jason comes in my store and sees a piece of it, or whatever he may not sell to me anymore so that's why I'm asking the questions.

Chris:       Uh huh.

Bo:          Because he's very selective of who he sells to.

Chris:       True.

Chris:          Something like this, this just happens to have the same finish…

Bo:             Uh huh.

Chris:          That we use, all of this stuff that I'm showing you is hot hot hot.

Bo:             Okay, alright.

Chris:          So,

Bo:             And then what about?

Chris:          You know, which I guess is a good thing for us.

Bo:             Uh huh.

Chris:          So, there's that table.

Bo:             Oh wow, okay,

Chris:          So that's a picture of it with the carved seat.

Bo:             That's really pretty---it's similar, it's pretty similar.

Chris:          Yeah, it is similar.

Bo:             Is the scale of it the same?

Chris:          Um hmm.

Bo:             It's very beautiful.

Chris:          This is…

Bo:             Oh, that's beautiful

Chris:          this is a sideboard that we do.

Bo:             Is that teak too?

Chris:          Uh huh, yeah, this is from the same collection.

Bo:             Wow, that's really pretty.

Chris:          Yeah, so this is the sideboard that we do that has that look.

6

| | |
|---|---|
| Bo: | Isn't that beautiful? |
| Robin: | Oh, yeah. |
| Bo: | It's darn similar to--it's gotten good because I've seen a lot of similar pieces, pieces that people have tried to do, you know, from a Jason Scott. |
| Chris: | One of the things it shows is that Trendily capabilities... |
| Bo: | Uh huh |
| Chris: | are just continually improving and getting better and better and better and ... |
| Bo: | How much is that piece? |
| Chris: | there's really nothing that we can't do at this stage. |
| Bo: | Oh, really? |
| Chris: | Yeah, this is $1399 and this is 72 inches. |
| Bo: | Oh, wow.  That is a good price, wow.  Okay. |
| Chris: | Once again, though, we're looking at probably 10 weeks for something like this right now. |
| Bo: | So you say it's hot, hot, hot, so how much do you have coming in, how soon could I get if I wanted to make a purchase, how soon could I get them, is there a minimum, is there--? |
| Chris: | What I can do is rather than me make a guess on that, when we get done here, I can call the owner then he and I can talk and I can find out when its coming in, which ones are allotted for, and if there's some that are allotted for yet.  Is that fair? |
| Bo: | Sure. |
| Dara: | The last couple of containers have sold out just like that. |
| Chris: | Well, they've been sold before they even got here. |
| Dara: | Before they even got here. |

7

| | |
|---|---|
| Bo: | Oh, wow. |
| Chris: | We've sold it before (chuckles). |
| Bo: | Really? |
| Dara: | We're having to amp up the… |
| Chris: | The production, yeah. |
| Bo: | Wow, so who's buying them? |
| Robin: | Where do the containers come from? |
| Chris: | India. |
| Robin: | India, okay. |
| Chris: | So all of our upholstery is done from scratch in Dallas. But anything that [inaudible], anything that has finish comes from India. But India it's a family-owned company. So, Rahul is the owner of the company and his father runs the factory in India. |
| Robin: | I'm pretty familiar with India and what they do and stuff. |
| Chris: | Just kinda giving you a little bit of background. |
| Bo: | Now, is Trendily the manufacturer? Is Rahul the maker? |
| Chris: | Uh huh, yeah. |
| Bo: | And it's his father that owns the factory? |
| Chris: | Well, he and his father own everything together. Rahul owns the company and his father runs the factory in India. Rahul runs the American operations, his dad runs the Indian operation. |
| Dara: | Which makes it nice because he owns the factory. |
| Bo: | Right. |
| Dara: | So, they can stop whatever they're doing to get more tables, to get more consoles, to get, you know. |
| Chris: | There's not a, there's no… |

| | |
|---|---|
| Dara: | Middleman. |
| Chris: | middleman, exactly. |
| Bo: | So, it's all of this reclaimed teak, is that what all of the wood is? |
| Chris: | The stuff that we've been showing you with these carvings? Yes, that's reclaimed teak, yes. We do, like, she was saying a lot of the stuff that we do is made out of mango wood. and then we've got some live edge that is made out of acacia, and now we're doing the teak, so. |
| Bo: | It looks a lot like Jason Scott [laughter]. That looks a lot like Jason Scott. |
| Dara: | It does look similar to it but [inaudible] from India. |
| Bo: | Oh, yeah, yeah. |
| Chris: | So, I wanted to show you um [inaudible]. |
| Bo: | Oh, my goodness, really? |
| Chris: | Um hmm. |
| Bo: | Oh, my gosh, now that looks like it, that looks like Jason Scott. |
| Chris: | Yeah. |
| Bo: | Now, how much is that desk. |
| Chris: | The desk is $1699. |
| Bo: | Really? |
| Chris: | Um hmm. |
| Bo: | Chuckling, doesn't it look like the desk in front? |
| Robin: | Oh, boy, it does, oh wow, it does. |
| Bo: | $1699? |
| Chris: | Um hmm. |
| Bo: | Wow! |

9

Dara:                      [inaudible] our scale.

Chris:                     Ours is different size, yours is smaller.

Dara:                      Yours is much smaller.

Robin:                     Oh, my.

Bo:                        For $1699?

Robin:                     That's a good-sized desk.

Chris:                     The desk is 72 inches, I believe.

Bo:                        And, what's the turn around time on that?

Dara & Chris:             The same, everything's the same.
(Talking together)

Bo:                        So, if I place an order today we're still looking at 10 to 12 weeks? Okay.

Dara:                      And, you probably, you should probably place it and then we'll get back to you on delivery and then you can decide because, [inaudible] all the containers we've had [inaudible]. But the nice thing is you're talking holidays mid to late October and here comes all this new stuff.

Bo:                        Right.

Dara:                      people are buying to get ready for the holidays especially for dining and [inaudible].

Bo:                        Now, back to that desk because that desk is pretty amazing and it's pretty doggone close to Jason Scott...

Chris:                     Um hmm.

Bo:                        If he comes in here and he was to see something like that, like, would I get in any type of trouble or is what kind of feeling on that.

Chris:                     Here's how I view that, you would probably, you might get in trouble with him because he might say why are you purchasing that if you're buying from me.

Bo:                        Um hmm, right.

Chris:                     But I don't think anything can happen to you outside of that.

| | |
|---|---|
| Bo: | Okay, alright. That's pretty darn--I like the price point on it--that's pretty darn, that's pretty darn close, that looks a lot like, I would have never guessed it not being--I would have looked at that and said that's a Jason Scott. |
| Chris: | Yeah. |
| Bo: | I wouldn't want to invest in this product because it sounds like I can get it sooner, and then if he comes in he'll probably take it out of the store and probably won't sell to me anymore. So, I want to make sure. [inaudible] Right, so that's what I'm saying, so if I was to take, if I want to invest in this, like because I like the stuff you know and I wouldn't want to lose the opportunity of carrying it, so that's why my, oh, what if he came in here and saw that and said what are you doing? |
| Chris: | Yeah, you can look at this picture and you can tell the craftsmanship. |
| Bo: | Now, that's the best craftsmanship of a Jason Scott knockoff that I've seen. I've never seen anything that looked that way, or looked that good or close. |
| Chris: | But, yeah, so I mean just like you said if he came in he's probably gonna, you might have an issue with you and him, but I mean as far as outside of you and him having an issue, no. |
| Bo: | Ok. |
| Chris: | There won't be any issues. |
| Bo: | Ok, then, what about, what's my guarantee in still be able to carry ya'll's product, like what are, what's the availability of it, are ya'll gonna, you know like, if he comes in, because I like the turnaround on ya'll's. |
| Chris: | So, basically saying is what are we going to do to protect you? |
| Bo: | Right. |
| Chris: | Ok. |
| Bo: | Yeah. |
| Chris: | We're not going to, we wouldn't sell it, if we entered into a situation where we're selling this to you, we're not going to sell to anybody around here. |

11

| | |
|---|---|
| Bo: | Because that's what I like about him, because he's picked and choose, chosen, you know, so um. |
| Dara: | We would protect you then, if you're going to invest in it we're gonna invest in you.  We're trying to get it to where it's 8 to 10 weeks delivery… |
| Bo: | Right, yeah. |
| Dara: | all the time. |
| Chris | Yeah, that's the goal, basically it's just, it blew up on us.  You know what I mean? |
| Bo: | Right. |
| Chris: | Yeah, it went so fast that we couldn't keep up, but now we understand, you know, what the need is. |
| Bo: | Right. |
| Chris: | We can handle it. We can handle anything, it's just sometimes you might not be prepared for the response. |
| Bo: | Right. What other pieces are in that line?  So, you got the rectangular dining table, You've got that, which is amazing, that just blows me away, and then the console. |
| Chris: | That's what we have right now. |
| Bo: | Okay. |
| Dara: | We have about 15 other pieces in the works that we're doing, so it will take a couple of weeks probably for us to get all those down and out and flushed out, but we'll definitely come show you when we… |
| Bo: | Ok. |
| Chris: | Yeah, we can do that. |
| Bo: | End tables, any kind of little end tables? |
| Chris: | Yeah, we'll have end tables, we'll have console tables, we'll have all kinds of things, it's just I don't have any pictures of it yet. |
| Bo: | Okay. |

12

Chris:          So…

Bo:             Alright.

Dara:           We're going as fast as we can.

Chris:          But I mean, if you can only imagine seeing what I've already shown you.

Bo:             Right.

Chris:          You can imagine in your head what they're going to look like.

Bo:             Right, okay.

Chris:          You also, from what we talked about, you understand where the price points are probably going to be.

Bo:             It's a pretty good price point. That's a really good price point, and I like the turnaround time, seems to be, so the desk is $1699, that console, 72 inch console, is $1399?

Chris:          Um hmm, and its scalloped, you saw that its scalloped.

Bo:             Right. And then um, ok, alright, so I guess that's all my questions, I think on that.

Chris:          Okay.

Bo:             Uh, I do love that, though. I like that look.

Chris:          Um hmm.

Bo:             I like all the pieces that you've shown me with that look.

Chris:          Once I have some more pictures I can show them to you as well.

Bo:             Do you have any questions?

Robin:          Oh no, I think I asked them. [laughter] I missed a little bit of it, but that's okay.

Bo:             And, then, um, what else? Oh, ok, so, I know that color is on that desk, the coloring on those other pieces, is it, so is the coloring just like the pieces I have on the floor, the Jason Scott pieces.

13

Chris:          The coloring on the Indian teak?

Bo:             On the teak?

Chris:          Yeah.

Bo:             So, they're all, so this is the same color as the …

Chris:          That? The bed?

Bo:             the Jason Scott?

Chris:          Yeah, all that stuff.

Bo:             That color? And that's also teak?

Chris:          Um hmm.  All that stuff is teak.

Bo:             I like that, that's my favorite, I think.

Chris:          Yeah, that's gorgeous.

Bo:             Oh, very, very, very interested in the console. Um, and I'm interested in the desk, the desk, the AMS desk.

Chris:          Okay.

Bo:             Not as much as I am the console and the, the a, the table.  Those are the ones I'm really, really, really interested in.  And then we're looking at 10-12 weeks on the console?

Chris:          I gotta to look through my notes [inaudible]. I'll get it for you, I promise you I can get it for you.

Bo:             Okay.

Bo:             I've been doing a lot of stuff, so I might be interested. Now I'll tell you I know we've knocked heads a little bit, me and Rahul, you've been very, very pleasant, very patient, you know, so just want to be sure, you know, start out [inaudible].

Chris:          What we can do is make sure that…

Bo:             He's been good to me, I mean he has.

14

| | |
|---|---|
| Chris: | we deal with Dara on that. |
| Bo: | Dara's cool, and you're cool [laughter] so there are two good ones to work with, and he's fine too, he is.  Just want to make sure that. |
| Chris: | I've been around so I know. |
| Bo: | [laughter] You have been around. |
| Chris: | So yeah, that's fine, we'll take care you.  That's a great desk. |
| Bo: | How can I get these pictures? |
| Dara: | Send her a Dropbox. |
| Chris: | I can send you a Dropbox. |
| Bo: | Yeah, do that.  This is a whole lot better than trying to look in a catalog. |
| Chris: | Yeah, that's why I'm showing you, yeah, and I can send it so you so you have access to it. |

. . .



-------------------------- Original Message --------------------------
Subject: Fwd: Trendily
From:    "Bo Runyon" <runyonsfinefurniture@yahoo.com>
Date:    Tue, August 15, 2017 9:53 pm
To:      "jason@jasonscottcollection.com" <jason@jasonscottcollection.com>
--------------------------------------------------------------------------

Sent From Bo Runyon IPhone

Begin forwarded message:

    From: Chris Sanders <chris@trendilyhomecollection.com>
    Date: August 15, 2017 at 10:00:02 PM CDT
    To: "runyonsfinefurniture@yahoo.com" <runyonsfinefurniture@yahoo.com>
    Subject: Trendily

    Here is the Dropbox link. I will have answers to your other questions
    tomorrow.

    https://www.dropbox.com/sh/j1bl7s9u1u0l3rl/AAAE_hmA01WrmhptGLq3IX0za?dl=0

    Thanks,

    Chris Sanders
    Trendily Furniture
    2991 Congressman Lane
    Dallas, TX 75220
    P: 214-529-3263 ~ F: 469-335-9770
    www.trendilyhomecollection.com


Thank you,

Jason Scott
Jason Scott Collection



EXHIBIT NO. 6
Janice McMoran
CSR, RDR, CRR

**Thursday, July 19, 2018 at 11:38:20 AM Mountain Standard Time**

| | |
|---|---|
| **Subject:** | FW: Adobe Interiors Purchase Order #395 |
| **Date:** | Thursday, July 19, 2018 at 11:30:28 AM Mountain Standard Time |
| **From:** | Chris Sanders |
| **To:** | tdietrich@mwswlaw.com |
| **Attachments:** | IMG_3903.JPG, IMG_3904.PNG, purchase395.csv |

As requested.

---

**From:** Colt Dipple <colt@adobeinteriors.com>
**Sent:** Friday, July 28, 2017 4:32 PM
**To:** Trendily <chris@trendilyhomecollection.com>; Tanner Dipple <tanner@adobeinteriors.com>; Colt Dipple <orders@adobeinteriors.com>
**Subject:** Adobe Interiors Purchase Order #395

Chris,

Here is the PO with the photos included, I forgot to attach them.

Thanks,

Colton Dipple


### From

**Adobe Interiors**
Account #: **TREN**
Purchase Order #: 395
Phone: Phone: (817) 294-0053
Email: colt@adobeinteriors.com
4651 Bryant Irvin Rd
Fort Worth, Texas 76132

### To:

**TRENDILY HOME COLLECTION**
Attn: **Chris Sanders**

### Shipping Instructions:

SHIP TO: 3016-A MARQUITA DR. - FORT WORTH, TX 76116

### Note:

TAG: PHILLIPS/TD

Chris,



Here is a PO, let us know if you have any questions.

Thanks,

Colton Dipple

## Order Details

| Vendor SKU | Quantity | Price | Description | UPC/EAN | Manufact. SKU |
|---|---|---|---|---|---|
| | 1 | $999.00 | MJ Console Table 72" x 18" x 34" *See attached picture for reference | | TRED |
| | 1 | $1200.00 | Vancouver Wing Chair *Caprieze/Salute Red Leather: SC, IB, IA, & SD *Galapagos Red Leather: OB, OA, AP *No wood trim around base *See attached picture for reference | | TRED |

|  |  |
|---|---|
| Discount: | $0.00 |
| Other: | $0.00 |
| Shipping: | $0.00 |
| Total: | $2199.00 |

This order was generated using Lightspeed Retail.
We offer free catalog and order integration services to suppliers.
Give us a call: 866-932-1801.















B020

# TRENDILY | FURNITURE LLC

A company of Mi'das Group
2991 CONGRESSMAN LANE
DALLAS, TX 75220
Main : 469-647-2553 Fax : 469-335-9770
Site: trendilyfurniture.com

# Sales Order

| Date | S.O. No. |
|------|----------|
| 8/3/2017 | 202066 |

| Name / Address | Ship To |
|----------------|---------|
| ADOBE INTERIORS<br>4651 BRYANT IRVIN RD<br>FORT WORTH, TX 76132 | ADOBE INTERIORS<br>4651 BRYANT IRVIN RD<br>FORT WORTH, TX 76132<br>817-294-0053 |

| P.O. No. | Terms | Rep | Ship Date | Ship Via |
|----------|-------|-----|-----------|----------|
| 080117 | Net 30 | CTT | 8/3/2017 | |

| Item | Description | Ordered | U/M | Rate | Backordered | Invoiced | Amount |
|------|-------------|---------|-----|------|-------------|----------|--------|
| 01-1-3-042-... | M.J. CONSOLE TABLE 72"<br>FINISH: #39 FINISH:#39<br>RECLAIMED TEAK<br>STANDARD | 1 | ea | 999.00 | 1 | 0 | 999.00 |
| 01-1-7-030 | VANCOUVER CLUB CHAIR<br>GR(3)  RED GATOR ON: OB & OA. /<br>GR(2)RED LEATHER ON: IB, IA, IW,<br>SEAT & DECK.<br>NAILHEADS: FRENCH NATURAL<br>SMALL<br>FINISH: WALNUT #12 | 1 | ea | 1,200.00 | 0 | 1 | 1,200.00 |

*Canceled per Rhaul*
*- purchased item*
*through Runyons*

| | Total | USD 2,199.00 |
|--|-------|--------------|

*$1200*

Sanders
EXHIBIT NO. 8
7/23/18
Janice McMoran
CSR, RDR, CRR

B022



| | FURNITURE LLC |

# Sales Order

| Date | S.O. No. |
|------|----------|
| 8/7/2017 | 202072 |

A company of Mi'das Group
2991 CONGRESSMAN LANE
DALLAS, TX 75220
Main : 469-647-2553 Fax : 469-335-9770
Site: trendilyfurniture.com

| Name / Address | Ship To |
|----------------|---------|
| ADOBE INTERIORS<br>4651 BRYANT IRVIN RD<br>FORT WORTH, TX 76132 | ADOBE INTERIORS<br>4651 BRYANT IRVIN RD<br>FORT WORTH, TX 76132<br>817-294-0053 |

| P.O. No. | Terms | Rep | Ship Date | Ship Via |
|----------|-------|-----|-----------|----------|
| S/M: STOCK | Net 30 | CTT | 8/7/2017 | |

| Item | Description | Ordered | U/M | Rate | Invoiced | Amount |
|------|-------------|---------|-----|------|----------|--------|
| 01-2-1-082-39 | M.J. DINING TABLE 96"<br>96"x48"x31"<br>FINISH:#39 RECLAIMED TEAK<br>STANDARD | 1 | ea | 1,899.00 | 0 | 1,899.00 |
| 01-5-2-011-39 | M.J. OFFICE DESK<br>72"x36"x31.5"<br>FINISH:#39 RECLAIMED TEAK<br>STANDARD | 1 | ea | 1,699.00 | 0 | 1,699.00 |

*pd w/ chk # 1007*

*8-12-17 JY*

| | **Total** | USD 3,598.00 |

B023

# TRENDILY | FURNITURE LLC

A company of Mi'das Group

2991 CONGRESSMAN LANE
DALLAS, TX 75220
Main : 469-647-2553 Fax : 469-335-9770
Site: trendilyfurniture.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/29/2017 | 102926 |

| Bill To | Ship To |
|---------|---------|
| ADOBE INTERIORS<br>4651 BRYANT IRVIN RD<br>FORT WORTH, TX 76132 | ADOBE INTERIORS<br>4651 BRYANT IRVIN RD<br>FORT WORTH, TX 76132<br>817-294-0053 |

| P.O. Number | Terms | Rep | Ship Date | Via | Tracking # |
|-------------|-------|-----|-----------|-----|------------|
| 062917 | Net 30 | CTT | 6/29/2017 | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | 01-5-2-011-39 | M.J. OFFICE DESK<br>72"x36"x31.5"<br>FINISH:#39 RECLAIMED TEAK<br>STANDARD | 1,699.00 | 1,699.00 |
| 1 | 01-2-3-052-39 | M.J. SIDE BOARD<br>72"x22"x31"<br>FINISH:#39 RECLAIMED TEAK<br>STANDARD | 1,399.00 | 1,399.00 |
| 1 | 01-2-1-082-39 | M.J. DINING TABLE 96"<br>96"x48"x31"<br>FINISH:#39 RECLAIMED TEAK<br>STANDARD | 1,899.00 | 1,899.00 |

PLEASE INSPECT ALL MERCHANDISE CAREFULLY & MAKE NOTATION OF
ANY DAMAGES OR DEFECTS PRIOR TO SIGNING PROOF OF DELIVERY.

Claims must be made within 48 hours of merchandise receipt.
Unauthorized returns are subject to a 25% restocking fee.

| | |
|--|--|
| **Total** | **USD 4,997.00** |
| **Payments** | **USD 0.00** |
| **Balance Due** | **USD 4,997.00** |

B024


A company of Mi'das Group
2991 CONGRESSMAN LANE
DALLAS, TX 75220
Main : 469-647-2553 Fax : 469-335-9770
Site: trendilyfurniture.com

# Sales Order

| Date | S.O. No. |
|---|---|
| 4/10/2017 | 201856 |

| Name / Address | Ship To |
|---|---|
| ADOBE INTERIORS<br>4651 BRYANT IRVIN RD<br>FORT WORTH, TX 76132 | ADOBE INTERIORS<br>4651 BRYANT IRVIN RD<br>FORT WORTH, TX 76132<br>817-294-0053 |

| P.O. No. | Terms | Rep | Ship Date | Ship Via |
|---|---|---|---|---|
| S/M: STOCK | Net 30 | CTT | 4/10/2017 | |

| Item | Description | Ordered | U/M | Rate | Invoiced | Amount |
|---|---|---|---|---|---|---|
| 01-5-2-011-39 | M.J. OFFICE DESK<br>72"x36"x31.5"<br>FINISH:#39 RECLAIMED TEAK<br>STANDARD | 1 | ea | 1,699.00 | 0 | 1,699.00 |
| 01-2-1-082-39 | M.J. DINING TABLE 96"<br>96"x48"x31"<br>FINISH:#39 RECLAIMED TEAK<br>STANDARD | 1 | ea | 1,899.00 | 0 | 1,899.00 |
| 01-2-3-052-39 | M.J. SIDE BOARD<br>72"x22"x31"<br>FINISH:#39 RECLAIMED TEAK<br>STANDARD | 1 | ea | 1,399.00 | 0 | 1,399.00 |

| | **Total** | USD 4,997.00 |
|---|---|---|