# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# CIVIL EXHIBIT LIST

FILED ✓  LODGED ___
RECEIVED ___  COPY ___
JUN 2 4 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

___ Preliminary Injunction   ___ TRO   ___ Non-Jury Trial   _x_ Jury Trial

Case Number <u>CV17-02712-PHX-JJT</u>   Start Date: <u>06/23/2020</u>

<u>Jason Scott Collection, Inc. vs. Trendily Furniture, LLC; Trendily Home Collection; LLC; and Rahul Malhotra</u>

_x_ Plaintiff/Petitioner   ___ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1. | | 6-23-20 | Photos of Jason Scott Sacred Heart Dining Table, Borgota Buffet, Iron Star Desk |
| 2. | | 6-23-20 | Print ads featuring Jason Scott pieces |
| 3. | | 6-23-20 | Photos of Jason Scott Collection line market display |
| 4. | | 6-23-20 | Articles about Jason Scott Collection |
| 5. | | 6-23-20 | Photos of Trendily accused products |
| 6. | | 6-23-20 | Photo of Trendily table at Adobe Interiors |
| 7. | | 6-23-20 | Photo of Trendily buffet at Western Heritage |
| 8. | | 6-23-20 | Side-by-side comparison of Jason Scott and Trendily Desks |
| 9. | | 6-23-20 | Comparison of Trendily desk with Jason Scott carvings |
| 10. | | 6-23-20 | Screenshots of accused products on Trendily website |
| 11. | | 6-23-20 | Jason Scott's first cease-and-desist letter to Trendily dated 5/24/2017 |

1

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 12. | | 6-23-20 | Emails between Bill Holland and Jason Forsberg dated May 2017 |
| 13. | | 6-23-20 | Emails between Bill Holland and Jason Forsberg dated June 2017 |
| 14. | | 6-23-20 | Sally Brumbaugh email to Jason Forsberg dated 7/6/2017 1:55 p.m. |
| 15. | | 6-23-20 | Sally Brumbaugh email to Jason Forsberg dated 7/6/2017 2:04 p.m. |
| 16. | | 6-23-20 | B. Runyon text to Jason Forsberg re: Trendily desk at Adobe dated 7/14/2017 |
| 17. | | 6-23-20 | Adobe Facebook post of Trendily desk |
| 18. | | 6-23-20 | Adobe Facebook post of Trendily table |
| 19. | | 6-23-20 | RJ Chisum Facebook post of Trendily table |
| 20. | | 6-23-20 | Emails between Shawn Beach and Jason Forsberg in July 2017 |
| 21. | | 6-23-20 | Adobe text to Bo Runyon re: desk purchase |
| 22. | | 6-23-20 | Texts between Brian Forsberg and Ben Aufill |
| 23. | | 6-23-20 | Coyote Candle yearly sales summary |
| 24. | | | Jason Scott lost profits summary |
| 25. | | 6-23-20 | Runyon's Cowboys & Indians ad with Jason Scott Collection pieces |
| 26. | | 6-23-20 | Subpoena response by Western Heritage |
| 27. | | 6-23-20 | Subpoena response by Adobe Interiors |
| 28. | | | MJ Invoices from Trendily |
| 29. | | | CTT email and invoices |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 30. | | 6-23-20 | Text messages between Rahul Malhotra and Tanner Dipple of Adobe |
| 31. | | 6-23-20 | Trendily-CTT contract |
| 32. | | 6-23-20 | Audio recording of meeting with Trendily reps at Runyon's Furniture on 8/15/2017 |
| 33. | | 6-23-20 | Defendants' responses to First Interrogatories by Jason Scott |
| 34. | | 6-23-20 | Defendants' responses to First Requests for Admission by Jason Scott |
| 35. | | 6-23-20 | Screenshot of Fiesta Furnishings website featuring Jason Scott table |
| 36. | | 6-23-20 | Jason Forsberg's May 2017 credit card statement |
| 37. | | 6-23-20 | Exhibits cited in depositions of witnesses testifying by deposition (filed Dkt. 107) |
| 38. | | 6-23-20 | Jason Scott's second cease-and-desist letter to Trendily dated 6/27/2017 |
| 39. | | | Brumbaugh's Furniture ad featuring Jason Forsberg |
| 40. | | | Fiesta Furniture ad featuring Jason Forsberg |
| 41. | | | Video of Edmond Furniture TV ad featuring Jason Scott Collection |
| 42. | | | |
| 43. | | | |
| 44. | | | |
| 45. | | | |