# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Scott Collection Incorporated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Trendily Furniture LLC, et al.,<br><br>　　　　　　Defendants. | **NO. CV-17-02712-PHX-JJT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 9, 2021, judgment is entered in favor of Plaintiff and against Defendants on Plaintiff's copyright infringement claim in the amount of $19,995.00 in damages to Plaintiff. Judgment is also granted in favor of Plaintiff and against Defendants on Plaintiff's trade dress infringement claim, and Defendants are ordered to pay $132,747.00 in damages plus reasonable attorneys' fees to Plaintiff. Defendants are permanently enjoined from selling any Accused Products in the future and must destroy the Accused Products in their possession.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 9, 2021

　　　　　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　　　　By　　Deputy Clerk